IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. JKB-16-0259 |
| **ELMIN IVAN PORTILLO-GUITERREZ, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

A STATUS TELEPHONE CONFERENCE is set in for May 28, 2020, at 3:00 P.M. Counsel for the Government is directed to arrange for and distribute conference call information to the parties.

DATED this 14th day of May, 2020.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge