```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                     NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,      )
                                    )
 4           Plaintiff,             )
          vs.                       )   CRIMINAL CASE NO. JKB-16-259
 5                                  )         JURY TRIAL
     MILTON PORTILLO RODRÍGUEZ,     )          VOLUME XV
 6   JUAN CARLOS SANDOVAL           )
     RODRÍGUEZ, JOSÉ DANIEL JOYA    )
 7   PARADA and ÓSCAR ARMANDO       )
     SORTO-ROMERO,                  )
 8                                  )
             Defendants.            )
 9   _____)

10                 Thursday, November 18, 2021
                        Courtroom 5D
11                   Baltimore, Maryland
          BEFORE THE HONORABLE JAMES K. BREDAR, CHIEF JUDGE
12
     For the Plaintiff:
13   Kenneth Clark, Esquire
     Anatoly Smolkin, Esquire
14   Zachary Stendig, Esquire
     Assistant United States Attorneys
15
     For the Defendants:
16       For Milton Portillo Rodríguez:
                 Laura Rhodes, Esquire
17               Robert Biddle, Esquire

18       For Juan Carlos Sandoval Rodríguez:
                 Gerald Ruter, Esquire
19               Sean Farrelly, Esquire

20       For José Daniel Joya Parada
                 Charles Curlett, Esquire
21               Laura McLarney, Esquire

22       For Óscar Armando Sorto-Romero
             Christoher Adams, Esquire
23           Edward Balarezo, Esquire

24                Nadine M. Bachmann, RMR, CRR
                  Federal Official Court Reporter
25               101 W. Lombard Street, 4th Floor
                    Baltimore, Maryland  21201
```

```
 1      Also Present:

 2           Federally Certified Spanish Interpreters:
                  Vicoria Dopazo
 3                Jaime de Castellvi
                  Lois Weaver
 4                Shelly Blumberg-Lorenzana

 5


 6           T A B L E   O F   C O N T E N T S

 7


 8      WITNESS              DIRECT      CROSS     REDIRECT   RECROSS

 9      Darwin Arias Mejía

10        Continued Direct Examination

11          By Mr Smolkin:  3/134

12


13

        _____
14                    MOTION TO SUPPRESS

15      WITNESS              DIRECT    CROSS      REDIRECT   RECROSS

16      Darwin Arias Mejía

17          By Mr. Smolkin: 107

18          By Mr Biddle:             109

19          By Mr. Ruter:             116

20      Alicia Zimmerman

21          By Mr. Stendig: 119

22          By Mr. Biddle:            122

23


24


25
```

**P R O C E E D I N G S**

1

2        **THE COURT:**  All defendants are present. All counsel

3  are present. Mr. Smolkin, are you ready to continue?

4        **MR. SMOLKIN:**  Yes, Your Honor.

5        **THE COURT:**  Let's bring the witness in and let's

6  bring the jury in.

7        **MR. ADAMS:**  Judge, this is Adams. Are you taking a

8  lunch break today just for my planning --

9        **THE COURT:**  We'll take a short lunch break probably

10  in the 1, 1:15 timeframe probably for an hour.

11        **(Jury arrived at 11:38 a.m.)**

12        **THE COURT:**  Be seated, please. Good morning, ladies

13  and gentlemen. We are ready to continue our jury trial. The

14  witness, Darwin Arias Mejía remains under oath. Mr. Smolkin,

15  next question, please.

16        **MR. SMOLKIN:**  Thank you, Your Honor.

17  **C O N T I N U E D   D I R E C T   E X A M I N A T I O N**

18  **BY MR. SMOLKIN:**

19  Q.   Good morning, Mr. Mejía.

20  A.   Good morning.

21  Q.   Mr. Mejía, yesterday we were talking about hand signs

22  that MS-13 uses. Do you remember that?

23  A.   Yes.

24  Q.   I'd like to now talk to you about tattoos. Do you have

25  any tattoos, sir?

1   A.   Yes.

2   Q.   And are there certain tattoos that are associated with

3   MS-13?

4   A.   Yes.

5   Q.   Can you describe what types of tattoos are associated

6   with MS-13?

7   A.   MS-13, the clique, the garra and the S.

8   Q.   Are you familiar with a symbol that has three dots?

9   A.   Yes.

10   Q.   And can you describe what that is?

11   A.   Yes.

12   Q.   Can you please describe it?

13   A.   The crazy life. Vida loca.

14   Q.   And what does the crazy life mean in the context of

15   MS-13?

16   A.   Cemetery, hospital and jail.

17   Q.   And do you have the three dots tattooed anywhere on your

18   body?

19   A.   Yes.

20   Q.   Where?

21   A.   Right here.

22        **MR. SMOLKIN:** And for the record, Your Honor, the

23   witness indicated next to his left eye.

24        **THE COURT:**  Yes, the record will so reflect.

25        **MR. SMOLKIN:** Thank you.

```
 1   BY MR. SMOLKIN:
 2   Q.   Mr. Mejía, where else on your body do you have tattoos,
 3   generally?
 4   A.   My stomach, and my feet, and my arms.
 5   Q.   And are some of your tattoos related to MS-13?
 6   A.   Yes.
 7   Q.   Mr. Mejía, I'd like to direct your attention to the
 8   screen in front of you. I'm going to show you Government's
 9   Exhibit 91-A.  Do you recognize Government's Exhibit 91-A
10   there in front of you?
11            THE INTERPRETER:  It's not on.
12            THE COURT:   No image. Raise your hand if you do not
13   have an image. That's called unanimous. Counsel, raise your
14   hand if you don't have an image.
15            MR. SMOLKIN:  Your Honor, I have it on my screen
16   here. There we go.
17            THE INTERPRETER:  Repeat the question, please.
18   BY MR. SMOLKIN:
19   Q.   Mr. Mejía, first is there an image on your screen now?
20   A.   Yes.
21   Q.   So I'm showing you Government's Exhibit 91-A on the
22   screen in front of you.
23   A.   Okay.
24   Q.   Do you recognize this image?
25   A.   Yes.
```

1    Q.   What is it?

2    A.   Myself.

3    Q.   It's a photo of yourself?

4    A.   Yes.

5    Q.   And Mr. Mejía, are you wearing a shirt in this

6    photograph?

7    A.   No.

8    Q.   So are some of your tattoos visible?

9    A.   Yes.

10   Q.   Now I'd like to zoom in so we can get a little closer

11   view of your upper body. Beginning with your chest which we've

12   zoomed in on, using the screen in front of you to touch and

13   mark, can you please touch and mark any MS-13-related tattoos?

14          **THE INTERPRETER:**  Excuse me, which ones do you want

15   him to mark?

16          **MR. SMOLKIN:**  Tattoos related to MS-13.

17   **BY MR. SMOLKIN:**

18   Q.   Okay, so let's talk about each area that you've marked,

19   one by one. Beginning with -- beginning with the large area

20   that you've circled on your upper chest. Do you see that?

21   A.   Yes.

22   Q.   How is that tattoo related to MS-13?

23   A.   It says Mara Salvatrucha.

24   Q.   And does it say that backwards?

25   A.   Yes.

1    Q.   Now directing your attention to the two smaller circles

2    underneath that large area where you've circled the letters M

3    and S, can you explain how those are related to MS-13?

4    A.   Mara Salvatrucha.

5    Q.   Are those the letters of MS-13?

6    A.   Yes.

7    Q.   Now directing your attention to the area on your left

8    shoulder that you have circled towards the top, how is that

9    tattoo related to MS-13?

10   A.   It means laugh now and cry later.

11   Q.   And is the phrase "laugh now and cry later" associated

12   with MS-13?

13   A.   Yes.

14   Q.   Now you've also circled an area lower on your left arm.

15   Can you describe how that tattoo is related to MS-13?

16   A.   It goes together with the other tattoo, but it is the

17   letters to cry -- I mean, laugh now, cry later.

18   Q.   Now I'd like to zoom out and then zoom back to the area

19   of your abdomen and your stomach. And now looking at this

20   zoomed-in image, can you mark on the screen in front of you if

21   there are any MS-13-related tattoos showed in this zoomed-in

22   portion?

23   A.   Yes.

24   Q.   Okay, let's begin with the circle on the top left near

25   the necklaces that you're wearing. Can you describe how that

```
 1        tattoo that you've circled is related to MS-13?

 2        A.   It says FLS.

 3        Q.   And what is FLS in the context of MS-13?

 4        A.   Fulton Locos Salvatrucha.

 5        Q.   And what is Fulton Locos Salvatrucha?

 6        A.   The clique.

 7        Q.   Is that your clique?

 8        A.   Yes.

 9        Q.   Directing your attention to the circle to the right of

10        the circle we were just talking about, how is that tattoo

11        related to MS-13?

12        A.   This one?

13        Q.   The one on the right side of the screen.

14        A.   This one?

15                  THE INTERPRETER:  He marked the center of the --

16        BY MR. SMOLKIN:

17        Q.   Why don't I circle it again over the top of your circle.

18        A.   Okay.

19        Q.   So can you explain how that tattoo is related to MS-13?

20        A.   Yes.

21        Q.   Okay, please explain.

22        A.   There's a 13, the MS, and the claw.

23        Q.   And the claw that you're referring to, is that underneath

24        the number 13?

25        A.   Yes.
```

1    Q.   Now what about the two circles on your lower stomach at

2    the bottom of the screen, how are those tattoos related to

3    MS-13?

4    A.   MS, Mara Salvatrucha.

5    Q.   Okay. Now Mr. Mejía, in addition to the tattoos we've

6    just looked at on the screen, do you have other tattoos

7    related to MS-13 on your body?

8    A.   Yes.

9    Q.   Do you have any MS-13-related tattoos on your left hand?

10   A.   Yes.

11   Q.   What kind of tattoo do you have on your left hand that

12   relates to MS-13?

13   A.   A devil with the claw and the S.

14   Q.   Okay, so how is the devil symbol related to MS-13?

15   A.   By the claw.

16   Q.   In general, are symbols like the devil part of the images

17   that MS-13 uses?

18          **THE INTERPRETER:**  Interpreter requests a repetition,

19   I'm sorry.

20   **BY MR. SMOLKIN:**

21   Q.   In general are symbols like the devil --

22          **MR. BIDDLE:**  Objection, leading.

23          **THE COURT:**  Overruled. He's referred to it.

24          **THE WITNESS:**  Yes.

25   **BY MR. SMOLKIN:**

1    Q.   Now Mr. Mejía, if you would, could you lift up your left

2    hand and show the members of the jury the MS-13-related

3    tattoos that are on your left hand?

4    A.   It's actually my right one.

5              MR. SMOLKIN:  Your Honor, could I request that the

6    witness stand up?

7              THE COURT:  Yes, please stand.

8              (Witness stands.)

9    BY MR. SMOLKIN:

10   Q.   And do you also have any letters tattooed on your left

11   hand?

12   A.   Yes.

13   Q.   What letters are those?

14   A.   FLS.

15   Q.   And are those associated with your clique?

16   A.   Yes.

17             MR. BIDDLE:  Your Honor, it's not possible to see

18   these tattoos from over here. Could counsel go over there or

19   what could we do?

20             THE COURT:  How many -- do you have more questions

21   about his arms?

22             MR. SMOLKIN:  I have no more questions about his

23   arms, Your Honor.

24             THE COURT:  The marshal will escort the witness to

25   the area of the podium. The witness will display his arms to

1    counsel. The witness will pull up his long sleeves. The

2    witness will hold his arms up in the air and show both aspects

3    of each arm.

4              **MR. SMOLKIN:**  The other arm as well.

5              **MR. BIDDLE:**  Thank you, Your Honor.

6              **THE COURT:**  The witness will stand before the jury

7    box and do the same thing. The witness will resume the witness

8    stand. You may continue.

9    **BY MR. SMOLKIN:**

10   Q.   Mr. Mejía, where did you get most of the tattoos that you

11   have on your body?

12   A.   In prison.

13   Q.   Was that when you were in state prison for the Second

14   Degree Assault convictions?

15   A.   Yes.

16   Q.   And while you were in prison on that charge, did you stay

17   involved with MS-13?

18   A.   Yes.

19   Q.   Did you communicate with other members of MS-13 who were

20   not in jail?

21   A.   Yes.

22   Q.   How did you communicate with them?

23   A.   By phone in the jail.

24   Q.   Okay. Were there also MS-13 members with you in jail?

25   A.   Yes.

```
 1    Q.   In addition to using the phone, did you also send letters
 2    or drawings to people on the outside?
 3    A.   Yes.
 4    Q.   I'd like to direct your attention now to Government's
 5    Exhibit 312-A. Do you recognize this exhibit?
 6    A.   Yes.
 7    Q.   And what are we looking at here?
 8    A.   A photo of me with other members of the clique in prison.
 9    Q.   So looking at the photo on the top left, are you the
10    person on the left, right, or middle?
11    A.   In the middle.
12    Q.   Who is the person over here on the left which I've
13    circled him?
14    A.   Wicho.
15    Q.   And was he a member of MS-13?
16    A.   Yes.
17    Q.   What clique was he a part of?
18    A.   Fulton.
19    Q.   Now I'm circling the person on the right side of the
20    photograph. Do you know who that is?
21    A.   Yes.
22    Q.   Who is that?
23    A.   Skinny.
24    Q.   And what clique was he a part of?
25    A.   Fulton.
```

1    Q.   Directing your attention to page 4 of this exhibit, do

2    you recognize page 4 of this exhibit?

3    A.   Yes.

4    Q.   What is it?

5    A.   A drawing that I did for somebody who was on the outside.

6    Q.   So you actually created this drawing?

7    A.   Yes.

8    Q.   Is there anything in this drawing that is associated with

9    MS-13?

10   A.   Yes.

11   Q.   Is there anything in this drawing that is not associated

12   with MS-13?

13   A.   No.

14   Q.   I don't want to spend a lot of time on it, but can you

15   just circle a few of the MS-13-related symbols and images?

16            **MR. SMOLKIN:**  For the record, Your Honor, the witness

17   has drawn numerous circles around various images in the

18   photograph.

19            **THE COURT:**   It will so reflect.

20   **BY MR. SMOLKIN:**

21   Q.   There are also some words that are written on this

22   photograph. I'll circle a few for example. Here are two words

23   on the left side of the photo. Do you see that?

24   A.   Yes.

25   Q.   Do you know what those words are?

```
 1    A.   Yes.

 2    Q.   What are they?

 3    A.   Positivo and Callado.

 4    Q.   And are those nicknames?

 5    A.   Yes.

 6    Q.   Are Positivo and Callado members of the Fulton clique?

 7    A.   Yes.

 8    Q.   Now I've circled the words "City boy" towards the bottom.

 9    Do you see that?

10    A.   Yes.

11    Q.   Do you know who City boy is?

12    A.   Yes.

13    Q.   Who is that?

14    A.   Me.

15    Q.   Directing your attention to Page 5 of this exhibit. Do

16    you recognize this?

17    A.   Yes.

18    Q.   What is it?

19    A.   Another drawing I made.

20    Q.   And is this drawing related to MS-13?

21    A.   Yes, sometimes, sometimes members of the gang do that.

22    Q.   When you say "do that," what do you mean?

23    A.   They tattoo this type of tattoo.

24    Q.   And you drew this on a piece of paper; is that right?

25    A.   Yes.
```

```
 1    Q.    Directing your attention now to Page 6 of this exhibit,

 2    do you recognize this?

 3    A.    Yes.

 4    Q.    What is it?

 5    A.    It's the image of laugh now, cry later.

 6    Q.    And do you know who drew this image?

 7    A.    Yes.

 8    Q.    Who drew it?

 9    A.    I did.

10    Q.    Directing your attention now to Page 11 of this exhibit.

11    Do you recognize this?

12    A.    Yes.

13    Q.    What is it?

14    A.    A song that I did.

15    Q.    Is this your handwriting?

16    A.    Yes.

17    Q.    Directing your attention to Page 15 of this exhibit --

18    one moment, Your Honor, please. Scrolling all the way to the

19    bottom of the page, do you see any symbols related to the gang

20    on the bottom of Page 15 of this exhibit?

21    A.    Yes.

22    Q.    What symbols do you see?

23    A.    MS.

24    Q.    Okay. And to the right of the symbol MS is there some

25    writing over there?
```

1    A.   Yes.

2    Q.   What is that writing?

3    A.   My nickname and Fulton Loco.

4    Q.   Directing your attention to Page 17 of this exhibit, do

5    you recognize this?

6    A.   Yes.

7    Q.   And what is it?

8    A.   A letter that I sent.

9    Q.   Do you know who you sent this letter to?

10   A.   Yes.

11   Q.   Who?

12   A.   Positivo.

13   Q.   Directing your attention to Page 21 of this exhibit, do

14   you recognize this?

15   A.   Yes.

16   Q.   And what is it?

17   A.   A letter that I also sent to Positivo.

18   Q.   Now it looks like at the top there's the word Carlitos.

19   Do you see that?

20   A.   Yes.

21   Q.   There's some writing directly to the right of the word

22   "Carlitos." Do you see that?

23   A.   Yes.

24   Q.   What is it?

25   A.   The 13, the claw and FLS and the three points.

```
 1    Q.   Directing your attention now to Government's Exhibit
 2    172-A, do you recognize this?
 3    A.   Yes.
 4    Q.   What is it?
 5    A.   A letter that I sent to a friend.
 6    Q.   Directing your attention now to Exhibit 172-B. What are
 7    we looking at here?
 8    A.   13, 40 West, FLS, Fulton Locotes.
 9    Q.   And is that related to MS-13?
10    A.   Yes.
11    Q.   Is it related to the Fulton clique in particular?
12    A.   Yes.
13    Q.   Directing your attention now to Exhibit 172-C. Do you
14    recognize this?
15    A.   Yes.
16    Q.   And what is it?
17    A.   A card that I made for my girlfriend.
18    Q.   Did you draw that picture?
19    A.   Yes.
20    Q.   Directing your attention to 172-D. Do you recognize this
21    picture?
22    A.   Yes.
23    Q.   And what is it?
24    A.   It's also a drawing I made.
25    Q.   Is this drawing related to MS-13?
```

1    A.    Yes.

2    Q.    I just have another couple of questions about tattoos. I

3    know that you have tattoos. Do you actually know also how to

4    give tattoos?

5    A.    Yes.

6    Q.    Where did you learn how to give tattoos?

7    A.    In prison.

8    Q.    Now Mr. Mejía, you mentioned that you got out of jail in

9    January of 2017; is that right?

10   A.    Yes.

11   Q.    When you got out of prison, were you still involved with

12   MS-13?

13   A.    Yes.

14   Q.    Were you still involved with the Fulton clique?

15   A.    Yes.

16   Q.    During that time frame beginning in 2017, January of

17   2017, what locations in Maryland was the Fulton clique active

18   in?

19   A.    Frederick, Montgomery, Annapolis.

20   Q.    And did you know MS-13 members in those areas?

21   A.    Yes.

22   Q.    Shortly after you were released from prison in June of

23   2017, did you have a meeting with any members of MS-13?

24   A.    Yes.

25   Q.    Approximately when was that meeting?

```
 1    A.   About two days after I got out.

 2    Q.   Okay. And where was the meeting?

 3    A.   Langley Park, Maryland.

 4    Q.   How did you get there?

 5    A.   A member of my family gave me a ride.

 6    Q.   Where specifically was the meeting, a house, a park, can

 7    you describe?

 8    A.   In a hotel.

 9    Q.   What was the purpose of the meeting?

10    A.   To get to know all the members in the clique and for them

11    to get to know me.

12    Q.   Now you had been in jail for several years, correct?

13    A.   Yes.

14    Q.   Were there some new members in the Fulton clique when you

15    got out?

16    A.   Yes.

17    Q.   Who were some of those new members?

18    A.   There were several.

19    Q.   Okay. Who were they?

20    A.   Chango, Guanaco, Advertencia, Little Gangster, and

21    Picoro.

22    Q.   Were there any other members that you met for the first

23    time at that meeting after you got out of jail?

24    A.   Yes.

25    Q.   And who were they?
```

```
 1      A.    Calmado.

 2      Q.    Anyone else?

 3      A.    Silvestre.

 4      Q.    Were there any members who were members before you went

 5   to jail at that meeting?

 6      A.    Yes.

 7      Q.    And who were they?

 8      A.    Positivo.

 9      Q.    Now after you got out of jail, what was your involvement

10   with the gang?

11      A.    Not a lot because I had just gotten out of jail.

12      Q.    Did you sell marijuana for the gang?

13      A.    Yes.

14      Q.    Where would you get the marijuana?

15      A.    In Wheaton.

16      Q.    From who?

17      A.    Guanaco and Positivo.

18      Q.    And where would you sell the marijuana?

19      A.    In Frederick.

20      Q.    Would you sell it personally or did someone help you sell

21   the marijuana?

22      A.    Someone helped me.

23      Q.    And did they give the money to you after the marijuana

24   was sold?

25      A.    Yes.
```

```
1    Q.   What did you do with the money?

2    A.   I gave it to someone else.

3    Q.   Who did you give it to?

4    A.   Guanaco or Positivo.

5    Q.   Now at that time after you had gotten out of jail, was

6    there a leader of the Fulton clique?

7    A.   Yes.

8    Q.   Who was the leader?

9    A.   Guanaco.

10   Q.   Were there any other leaders that you were aware of?

11   A.   Yes.

12   Q.   Who?

13   A.   Pelón.

14   Q.   Do you know where Pelón was living at the time?

15   A.   No.

16   Q.   And do you know where Guanaco was living at the time?

17   A.   Yes.

18   Q.   Where was he living?

19   A.   In Wheaton.

20   Q.   So you mentioned the areas where the Fulton clique was

21   active. I'd like to ask you about Frederick.

22   A.   Okay.

23   Q.   During that time in 2017 when you got out of jail, who

24   was part of MS-13 in Frederick?

25   A.   Just me.
```

```
 1    Q.   Were there any other newer members in Frederick when you
 2    got out of jail?
 3    A.   Yes.
 4    Q.   Who were they?
 5    A.   Catra and Moreno.
 6    Q.   Now what about in the area of Wheaton, who was part of
 7    MS-13 during that time frame in Wheaton?
 8    A.   Chango, Positivo and Guanaco.
 9    Q.   What rank did those three people have?
10    A.   Homeboy.
11    Q.   Other than homeboys in Wheaton, who else from the Fulton
12    clique was active during that time frame in Wheaton?
13    A.   Silvestre, Tímido and Calmado.
14    Q.   What about other cliques?  Were there MS-13 members in
15    the Wheaton area from other cliques who you knew?
16    A.   Yes.
17    Q.   Who did you know from other cliques?
18    A.   Slow and Lobo.
19    Q.   Now directing you to the Annapolis area, who was part of
20    MS-13 during that time period in Annapolis?
21    A.   Little Gangster, and Seco -- I mean, Advertencia and
22    Picoro.
23    Q.   Anyone else that you can think of?
24    A.   Sosa and Tricky.
25    Q.   Now I'd like to direct your attention to Government's
```

```
 1    Exhibit 22. Do you know who that is?

 2    A.   Yes.

 3    Q.   Who is that?

 4    A.   Mole.

 5    Q.   And who was Mole?

 6    A.   Homeboy from the clique.

 7    Q.   What clique?

 8    A.   Fulton.

 9    Q.   And what part of Maryland did he live in?

10    A.   I don't know where he lived, but he went between

11    Frederick and Wheaton.

12    Q.   Okay. Directing your attention to Government's Exhibit

13    16. Do you know who that is?

14    A.   Yes.

15    Q.   And who is that?

16    A.   Stewie.

17    Q.   And was he a part of MS-13?

18    A.   Yes.

19    Q.   What clique?

20    A.   Fulton.

21    Q.   And what rank?

22    A.   Homeboy.

23    Q.   Directing your attention to Exhibit 21. Do you know who

24    that is?

25    A.   Yes.
```

1    Q.   Who is that?

2    A.   Skinny.

3    Q.   And was he part of MS-13?

4    A.   Yes.

5    Q.   What clique?

6    A.   Fulton.

7    Q.   And what was his rank?

8    A.   Chequeo.

9    Q.   Was he also one of the people in the photograph we showed

10   you earlier when you were incarcerated?

11   A.   Yes.

12   Q.   Directing your attention now to Government's Exhibit 15.

13        **MR. RUTER:**  Your Honor, excuse me.  Could we have a

14   time frame again as to when each person was a homeboy or a

15   chequeo?

16        **THE COURT:**  Do your best to clarify that in your

17   questioning and in the answers you seek. Sustained.

18        **MR. SMOLKIN:**  Yes, Your Honor.

19   **BY MR. SMOLKIN:**

20   Q.   With respect to Exhibit 15, do you know who that is?

21   A.   Yes.

22   Q.   Who is that?

23   A.   Callado.

24   Q.   Was he part of the gang?

25   A.   Yes.

```
 1      Q.   What clique?

 2      A.   Fulton.

 3      Q.   And what was his rank?

 4      A.   Homeboy.

 5      Q.   And around what time frame, what year did you know him as

 6      a homeboy in the Fulton clique?

 7      A.   2013.

 8      Q.   Directing your attention to Government's Exhibit 13. Do

 9      you know who that is?

10      A.   Yes.

11      Q.   Who is that?

12      A.   Pelón.

13      Q.   And who was Pelón?

14      A.   Homeboy.

15      Q.   Was he a leader in the gang?

16      A.   Yes.

17      Q.   What clique?

18      A.   Fulton.

19      Q.   Had you actually met him in person before?

20      A.   Yes.

21      Q.   What time frame was it that you met him in person?

22      A.   Around 2012 or 2010.

23      Q.   Directing your attention to Government's Exhibit 17, do

24      you know who that is?

25      A.   Yes.
```

```
 1      Q.   Who is that?

 2      A.   Pequeño.

 3      Q.   Who is Pequeño?

 4      A.   Homeboy from the clique.

 5      Q.   And when did you know him to be a homeboy in the clique?

 6      A.   2010.

 7      Q.   Did you see him after you got out of jail?

 8      A.   Yes.

 9      Q.   Was he still part of the clique?

10      A.   No.

11      Q.   Okay. Was he completely out of the gang?

12      A.   No.

13      Q.   So can you describe what his involvement was in the gang

14      at that point?

15      A.   He was only in charge of keeping the money.

16      Q.   Directing your attention to Government's Exhibit 6. Do

17      you know who that is?

18      A.   Yes.

19      Q.   Who is that?

20      A.   Guanaco.

21      Q.   And when did you first meet Guanaco?

22      A.   2017.

23      Q.   What was his rank in the gang?

24      A.   Homeboy.

25      Q.   Okay. What clique?
```

1    A.   Fulton.

2    Q.   And was he a leader of the Fulton clique?

3    A.   Yes.

4    Q.   Directing your attention to Government's Exhibit 19. Do

5    you know who that is?

6    A.   Yes.

7    Q.   Who is that?

8    A.   Positivo.

9    Q.   Okay. When did you know Positivo, what years?

10   A.   2010.

11   Q.   Is that when you first met him?

12   A.   Yes.

13   Q.   Did you know him until the time you went to jail?

14   A.   Yes.

15   Q.   And did you know him after?

16   A.   Yes.

17   Q.   What was his rank?

18   A.   Homeboy.

19   Q.   What clique?

20   A.   Fulton.

21   Q.   Directing your attention to Government's Exhibit 7. Do

22   you know who that is?

23   A.   Yes.

24   Q.   Who is that?

25   A.   Chango.

```
 1      Q.   When did you know Chango?

 2      A.   2017.

 3      Q.   What was his rank?

 4      A.   Homeboy.

 5      Q.   What clique?

 6      A.   Fulton.

 7      Q.   And what part of Maryland was he operating in?

 8      A.   Wheaton.

 9      Q.   Directing your attention to Government's Exhibit 24. Do

10      you know who that is?

11      A.   Yes.

12      Q.   Who is that?

13      A.   Silvestre.

14      Q.   Who was Silvestre?

15      A.   Homeboy.

16      Q.   In what clique?

17      A.   Fulton.

18      Q.   And what time period did you know him as a homeboy?

19      A.   When we were in jail.

20      Q.   Directing your attention to Government's Exhibit 25. Do

21      you know who that is?

22      A.   Yes.

23      Q.   Who is that?

24      A.   Catra.

25      Q.   Who is Catra?
```

```
 1        A.    Chequeo.

 2        Q.    In what clique?

 3        A.    Fulton.

 4        Q.    And what part of Maryland?

 5        A.    Frederick.

 6        Q.    And what time frame did you know Catra as a chequeo in

 7   Frederick?

 8        A.    2017.

 9        Q.    Directing your attention now to Government's Exhibit 8.

10   Do you know who that is?

11        A.    Yes.

12        Q.    Who is that?

13        A.    Slow.

14        Q.    And who is Slow?

15        A.    Homeboy.

16        Q.    Of what clique?

17        A.    PLS.

18        Q.    Did you say PLS or did you say something different?

19        A.    PVLS.

20        Q.    Is there another name for PVLS?

21        A.    Yes.

22        Q.    What's that other name?

23        A.    Park View.

24        Q.    Directing your attention now to Government's Exhibit 14.

25   Do you know who that is?
```

```
 1        A.    Yes.

 2        Q.    Who is that?

 3        A.    Advertencia.

 4        Q.    And who is Advertencia?

 5        A.    Homeboy.

 6        Q.    In what clique?

 7        A.    Fulton.

 8        Q.    And what time frame was he a homeboy in the Fulton

 9   clique?

10        A.    2017.

11        Q.    What part of the state was he operating in?

12        A.    Annapolis.

13        Q.    Directing your attention now to Government's Exhibit 27.

14   Who is that?

15        A.    Chapin.

16        Q.    Who is Chapin?

17        A.    Chequeo.

18        Q.    In what clique?

19        A.    Fulton.

20        Q.    And what part of the state?

21        A.    Wheaton.

22        Q.    And what time period did you know him as a chequeo in the

23   clique?

24        A.    2017.

25        Q.    Directing your attention now to Exhibit 12. Do you know
```

1    who that is?

2    A.   Yes.

3    Q.   Who is that?

4    A.   Tricky.

5    Q.   And was Tricky in the gang?

6    A.   Yes.

7    Q.   What was his rank?

8    A.   Chequeo.

9    Q.   What part of the state was he operating in?

10   A.   Annapolis.

11   Q.   And what time period was this?

12   A.   2017.

13   Q.   I'm showing you now Exhibit 11. Do you know who that is?

14   A.   Yes.

15   Q.   Who is that?

16   A.   Sosa.

17   Q.   Who was Sosa?

18   A.   Chequeo.

19   Q.   In what clique?

20   A.   Fulton.

21   Q.   And what part of the state was he in?

22   A.   Annapolis.

23   Q.   And what time frame?

24   A.   2017.

25   Q.   Now you mentioned the nickname Little Gangster a few

```
 1    minutes ago. Do you remember that?

 2    A.   Yes.

 3    Q.   Was Little Gangster a member of MS-13?

 4    A.   Yes.

 5    Q.   When did you first meet Little Gangster?

 6    A.   2017.

 7    Q.   And you met him in person?

 8    A.   Yes.

 9    Q.   Did you also talk to him on the phone?

10    A.   Yes.

11    Q.   Did you meet him more than once?

12    A.   Yes.

13    Q.   If you saw Little Gangster again today, do you think you

14    could recognize him?

15    A.   Yes.

16          MR. SMOLKIN: Your Honor, at this time I'd like to

17    attempt an in-court ID.

18          THE COURT:  Everyone who is in the courtroom except

19    those persons in the jury box will now lower their masks.

20    BY MR. SMOLKIN:

21    Q.   Mr. Mejía, I'd like you to take a moment, look around the

22    room and tell me if you see the person you recognize as Little

23    Gangster sitting here today.

24    A.   Yes.

25    Q.   Can you please identify him and describe an article of
```

```
 1   clothing that he is wearing?

 2   A.   Black shirt.

 3            THE COURT:   Point.

 4   BY MR. SMOLKIN:

 5   Q.   Can you please point?

 6   A.   Right there.

 7            MR. SMOLKIN: For the record, Your Honor, I believe

 8   the witness has identified the defendant, Milton Portillo

 9   Rodríguez.

10            THE COURT:   The record will so reflect.  Will you

11   attempt another identification or may mask be returned?

12            MR. SMOLKIN: I will attempt several others.  I can

13   lay the foundation first and ask one time to remove masks.

14            THE COURT:   Please replace your masks. Mr. Smolkin,

15   you may continue.

16            MR. SMOLKIN:   Thank you, Your Honor.

17   BY MR. SMOLKIN:

18   Q.   Mr. Mejía, you also mentioned a person by the name of

19   Picoro. Do you remember that?

20   A.   Yes.

21   Q.   And was Picoro in the gang?

22   A.   Yes.

23   Q.   What clique was he in?

24   A.   Fulton.

25   Q.   What part of the state did he operate in?
```

```
 1        A.    Annapolis.

 2        Q.    Have you met Picoro in person before?

 3        A.    Yes.

 4        Q.    Have you met him more than once?

 5        A.    Yes.

 6        Q.    If you saw Picoro again, do you think you would be able

 7    to recognize him?

 8        A.    Yes.

 9        Q.    Now you also mentioned someone by the nickname of

10    Calmado. Do you remember that?

11        A.    Yes.

12        Q.    Was Calmado part of the gang?

13        A.    Yes.

14        Q.    What clique was he in?

15        A.    Fulton.

16        Q.    And what part of the state did he operate in?

17        A.    Wheaton.

18        Q.    Have you met him in person before?

19        A.    Yes.

20        Q.    Have you met him more than once?

21        A.    Yes.

22        Q.    If you saw him again, do you think you would be able to

23    recognize him?

24        A.    Yes.

25        Q.    You also mentioned someone by the nickname Lobo. Do you
```

1    remember that?

2    A.   Yes.

3    Q.   And was Lobo a part of MS-13?

4    A.   Yes.

5    Q.   What clique was he in?

6    A.   PVLS.

7    Q.   And have you met Lobo before in person?

8    A.   Yes.

9    Q.   Have you seen him more than once?

10   A.   Yes, like two times.

11   Q.   If you saw him again do you think you would be able to

12   recognize him?

13   A.   Yes.

14          **MR. SMOLKIN:** Your Honor, at this time I'd like to

15   attempt in-court identifications.

16          **THE COURT:**  Once again, everyone who is in the

17   courtroom except those persons in the jury box shall lower

18   their masks or remove their masks. Mr. Smolkin.

19          **MR. SMOLKIN:** Thank you.

20   **BY MR. SMOLKIN:**

21   Q.   Mr. Mejía, I'd like you to take a moment, look around the

22   room and tell us if you recognize -- if you see the person you

23   know as Picoro in the courtroom today.

24   A.   Yes.

25   Q.   Can you please point him out and identify him by a piece

```
 1    of clothing he's wearing?

 2    A.   Yes, he's right there.  I don't know what color shirt

 3    that is. With a tattoo on the head.

 4            MR. SMOLKIN:  Your Honor, for the record I believe

 5    the witness has identified the defendant, Juan Carlos Sandoval

 6    Rodríguez.

 7            THE COURT:  Without objection, the record will so

 8    reflect.

 9    BY MR. SMOLKIN:

10    Q.   Mr. Mejía I'd like you now to look around the room and

11    tell us if you see the person you recognize -- you know as

12    Calmado in the room today.

13    A.   Yes, over there.

14    Q.   And can you identify him by a piece of clothing he's

15    wearing?

16    A.   Blue shirt.

17            MR. SMOLKIN: For the record, Your Honor, the witness

18    has identified José Joya Parada.

19            THE COURT:  It will so reflect.

20    BY MR. SMOLKIN:

21    Q.   And Mr. Mejía, I'd like you to look around the room and

22    tell us if you see the person you knew as Lobo in the room

23    today.

24    A.   Yes.

25    Q.   Can you please point him out and identify him by a piece
```

 1    of clothing he is wearing?

 2    A.   White shirt.

 3              **MR. SMOLKIN:** Your Honor, I believe the witness has

 4    identified the defendant, Oscar Sorto-Romero.

 5              **THE COURT:**  The record will so reflect. Please place

 6    your masks back over your faces.

 7    **BY MR. SMOLKIN:**

 8    Q.   Now Mr. Mejía, you testified yesterday that you

 9    participated in a murder as part of MS-13; is that right?

10    A.   Yes.

11    Q.   Now I want to direct your attention to a few days before

12    that murder.

13    A.   Okay.

14    Q.   Were you in the Wheaton area a few days before the

15    murder?

16    A.   Yes.

17    Q.   And who were you with?

18    A.   With Positivo, Chango and Guanaco.

19    Q.   So where were you?

20    A.   In Wheaton.

21    Q.   Specifically were you in any business or location in

22    Wheaton?

23    A.   Yes, we went to the disco.

24    Q.   And so who were you at the disco with?

25    A.   With Pequeño and Positivo.

1    Q.   And do you remember what the disco was called?

2    A.   Yes.

3    Q.   What was it called?

4    A.   H.

5    Q.   And you said you were there with Pequeño and Positivo.

6    Were you actually inside of the disco?

7    A.   Yes.

8    Q.   Did you get a phone call at some point while you were

9    inside the disco?

10   A.   Yes.

11   Q.   Who called you?

12   A.   Guanaco.

13   Q.   And what did Guanaco -- why did he call you?

14   A.   He needed money.

15   Q.   Okay. What did he want you to do with his --

16          **MR. CURLETT:**  Objection, leading.

17          **THE COURT:**  Sustained.

18   **BY MR. SMOLKIN:**

19   Q.   Did he say why he needed money?

20   A.   No.

21   Q.   Did you see him after he called you?

22   A.   Yes.

23   Q.   Where did you see him?

24   A.   Outside the disco.

25   Q.   So you came outside?

```
 1      A.    Yes.

 2      Q.    Was Guanaco with anyone else?

 3      A.    Yes.

 4      Q.    Who was Guanaco with?

 5      A.    Little Gangster.

 6      Q.    And did you speak to Guanaco and Little Gangster?

 7      A.    Yes.

 8      Q.    What did you talk to them about?

 9      A.    I was just told that they needed money, that's all and it

10      was somewhat quick.

11      Q.    Did you give them money?

12      A.    Yes.

13      Q.    How much money did you give them?

14      A.    Like 50 dollars.

15      Q.    Who did you actually give the money to?

16      A.    To Guanaco.

17      Q.    Did anyone else from the gang come outside at any point?

18      A.    Yes.

19      Q.    Who?

20      A.    Positivo.

21      Q.    And did you have a conversation with Guanaco and Seco

22      outside of H?

23      A.    No, just asked where they were going.

24      Q.    You asked where they were going?

25      A.    Yes.
```

1    Q.   And what did they say?

2              MR. BIDDLE:  Objection. Relevance.

3              THE COURT:  Private channel.

4              (Conference on the private channel.)

5              THE COURT:  Mr. Smolkin.

6              MR. SMOLKIN:  Your Honor, this meeting was right

7    after the Wheaton Regional Park murder. I believe that Mr.

8    Rivas Aladana has already laid a foundation for this meeting.

9              THE COURT:  What do you think his answer is going to

10   be?

11             MR. SMOLKIN:  I think his answer is going to be that

12   he's not exactly sure where they were going and that he gave

13   him 50 dollars, but didn't really know what was going on.

14             MR. BIDDLE:  Relevance, Your Honor.

15             THE COURT:  So how is that relevant if he doesn't

16   know?

17             MR. SMOLKIN:  Well, it's relevant to establish that

18   they saw each other that day, they interacted.  It

19   corroborates Mr. Rivas Aldona's testimony that he called Mr.

20   Mejía while he was at the club that day and that he came

21   outside and gave him the money.

22             MR. BIDDLE:  Your Honor, they've already got that

23   they were there. That's an observation. But anything else is

24   inadmissible hearsay.

25             THE COURT:  Overruled. You may answer.

```
 1                    THE WITNESS:  I don't remember the question.
 2                    (Question read back.)
 3                    THE WITNESS:  I just remember they said they were
 4          going to do something.
 5          BY MR. SMOLKIN:
 6          Q.   Okay. So now I want to direct your attention to a couple
 7          of days later. Did you receive a phone call from a member of
 8          MS-13 a couple of days later?
 9          A.   Yes.
10          Q.   Who called you?
11          A.   Guanaco.
12          Q.   Where were you when Guanaco called you?
13          A.   At my house.
14          Q.   And without saying the address, if you could just
15          describe what part of Maryland your house was in.
16          A.   In Frederick.
17          Q.   Were you with anyone else at your house?
18          A.   Yes.
19          Q.   Who were you with?
20          A.   My girlfriend.
21          Q.   About what time was it when Guanaco called you?
22          A.   Like around 11.
23          Q.   And what did he say?
24          A.   If I knew a place where a chicken could be cooked.
25          Q.   The phrase "chicken could be cooked," did you understand
```

```
 1    what he meant by that?
 2                MR. CURLETT:  Objection, foundation.
 3                THE WITNESS:  Yes.
 4                THE COURT:  Don't answer. Laid by virtue of earlier
 5    testimony. Overruled.
 6                THE WITNESS:  Yes.
 7    BY MR. SMOLKIN:
 8    Q.   And what did you understand the phrase whether a chicken
 9    could be cooked to mean?
10    A.   To kill someone.
11    Q.   And what was your response to Guanaco?
12    A.   I told him at that moment I didn't want to go because I
13    was with my girlfriend.
14    Q.   Did you tell him anything after that?
15    A.   I don't remember.
16    Q.   Did you ultimately agree?
17    A.   Yes.
18    Q.   And so what did you tell Guanaco about what to do next?
19    A.   I gave him the address of the house where I was.
20    Q.   Okay. And did Guanaco indicate to you why they needed to
21    go to Frederick?
22    A.   Yes.
23    Q.   What did Guanaco say?
24    A.   That because the Wheaton area was hot and they wanted to
25    go to another area.
```

```
 1    Q.   Did Guanaco tell you who else he was with?

 2    A.   No.

 3    Q.   Now you said you gave Guanaco the address to the house

 4    you were staying in?

 5    A.   Yes.

 6    Q.   Did Guanaco arrive at that house?

 7    A.   Yes.

 8    Q.   How did he get there?

 9    A.   He asked for a ride.

10    Q.   So did someone drive him there?

11    A.   Yes.

12    Q.   Do you know who was driving?

13    A.   Yes.

14    Q.   Who was it?

15    A.   Doris.

16    Q.   Who was Doris?

17    A.   Calmado's girlfriend.

18    Q.   Had you met her before?

19    A.   Yes.

20    Q.   I'd like to show you Government's Exhibit 30. Do you

21    recognize this photograph?

22    A.   Yes.

23    Q.   Who is it?

24    A.   Doris.

25    Q.   Was anyone else in the car other than Doris and Guanaco?
```

```
1    A.   Yes.

2    Q.   Who else?

3    A.   Calmado and Positivo.

4    Q.   Anyone else?

5    A.   Slow.

6    Q.   And what happened when they arrived to the house you were

7    staying at?

8    A.   I called Catra to give me a ride.

9    Q.   Did they have anything with them when they arrived?

10   A.   Yes.

11   Q.   What did they have?

12   A.   A machete and a shovel.

13   Q.   Where was the machete and the shovel?

14   A.   In the car trunk in a plastic bag.

15   Q.   Was it a large plastic bag or a small plastic bag?

16   A.   Big.

17   Q.   What color was it?

18   A.   Black.

19   Q.   Did they remove the shovel and the machete from the trunk

20   of Doris's car?

21   A.   Yes.

22   Q.   And did they get out of Doris's car?

23   A.   Yes.

24   Q.   What did Doris do?

25   A.   She left.
```

1    Q.   Did you go inside of the house or stay outside?

2    A.   Stayed outside.

3    Q.   And did anyone else from the gang arrive at the house?

4    A.   Yes.

5    Q.   Who?

6    A.   At what point in time?

7    Q.   Shortly after Doris arrived and then departed, did anyone

8    else arrive at the house?

9    A.   Yes.

10   Q.   And who was that?

11   A.   Catra.

12   Q.   I'd like to show you Government's Exhibit 25. Who is

13   that?

14   A.   Catra.

15   Q.   How did Catra know to come to your house?

16   A.   I called him that I needed a ride.

17   Q.   Did you tell Catra what the ride was for?

18   A.   No.

19   Q.   Do you remember what kind of car Catra was driving?

20   A.   Yes.

21   Q.   What kind?

22   A.   A Honda Civic.

23   Q.   Did anyone get into Catra's car?

24   A.   Yes.

25   Q.   Who?

```
 1    A.   Positivo, Calmado and me and Guanaco.

 2    Q.   What happened with the machete and the shovel?

 3    A.   We brought it.

 4    Q.   Did Catra's car drive anywhere?

 5    A.   Yes.

 6    Q.   Where did it go?

 7    A.   To the mountain.

 8    Q.   And when you say "the mountain," what do you mean?

 9    A.   The woods.

10    Q.   About how long did it take to get to the woods?

11    A.   Some 20 minutes.

12    Q.   Did you and the other people in the car have a

13    conversation while you were driving up to the woods?

14    A.   No. I just told Catra not to say anything.

15    Q.   Did you eventually arrive somewhere?

16    A.   Yes.

17    Q.   Where?

18    A.   The place where we killed the victim.

19    Q.   And what happened when you arrived at the place where you

20    killed the victim?

21    A.   We got out and went to make the hole.

22    Q.   Who specifically got out of the car?

23    A.   Calmado, Positivo, and me.

24    Q.   And did Catra drive away?

25    A.   Yes.
```

```
 1     Q.   Do you know where Guanaco was when Catra drove away?

 2     A.   Yes, he went back with him.

 3     Q.   Where was the shovel and the machete?

 4     A.   We had them.

 5     Q.   And when you say "we," who are you referring to?

 6     A.   Myself, Calmado, and Positivo.

 7     Q.   Now you mentioned the area was in the woods. Were you

 8   familiar with that area?

 9     A.   Yes.

10     Q.   How were you familiar with that area?

11     A.   Because there's a place like a park there and we used to

12   always go there and smoke marijuana.

13     Q.   Can you describe what the area was like?

14     A.   It was -- there were a lot of --

15          THE INTERPRETER:   The interpreter wishes to clarify.

16     A.   There were a lot of trees and you could see the whole

17   area of Frederick from there.

18     Q.   Were there a lot of houses around?

19     A.   No.

20     Q.   Did you see a lot of other cars around?

21     A.   Not many.

22     Q.   So what did you, Calmado and Positivo do next?

23     A.   We made the hole.

24     Q.   What did you use to make the hole?

25     A.   A shovel.
```

Mejía - direct                                                    XV-48

```
 1    Q.   What was the hole going to be used for?

 2    A.   To bury the victim.

 3    Q.   Can you describe the area where the hole was?

 4    A.   In the middle of the woods.

 5    Q.   About how far was it from where Catra dropped you off?

 6    A.   Like about 200, 300 feet.

 7    Q.   Now who actually dug the hole?

 8    A.   Calmado, Positivo and I.

 9    Q.   Did you talk about anything while you were digging the

10    hole?

11    A.   No.

12    Q.   About how long did it take you to dig the hole?

13    A.   I don't remember, but it wasn't too long.

14    Q.   Can you describe about how deep the hole was?

15    A.   Like some four or five feet.

16    Q.   And was it -- what shape was the hole?

17    A.   Like round.

18    Q.   Do you know where Catra and Guanaco were going after

19    they --

20              MR. CURLETT:  Objection to form.

21              THE COURT:  Overruled. He can answer it if he knows

22    the answer.

23              THE WITNESS:  Your Honor, I need to use the

24    bathroom.

25              THE COURT:  We'll stop now for lunch. Take the
```

```
 1    witness out.
 2              (Witness excused.)
 3              THE COURT:  Ladies and gentlemen, during the
 4    luncheon recess do not discuss the case with anyone. Do not
 5    discuss it even among yourselves.  Do not allow yourselves to
 6    be exposed to any news articles or reports that touch upon the
 7    case or the issues it presents or any articles or reports that
 8    relate to any of the participants in the case. Avoid all
 9    contact with any of the participants in the trial. Do not make
10    any independent investigation of the law or the facts of the
11    case. Do not look up anything on the internet. Do not consult
12    an encyclopedia or a dictionary. We'll resume at 2 o'clock.
13    Take the jury out.
14              (Jury excused at 12:56 p.m.)
15              THE COURT:  Okay, we ended with, do you know where
16    Catra and Guanaco were going after they -- Mr. Curlett --
17    objection to form. The Court overruled. He can answer it if he
18    knows the answer and then the request to use the restroom. All
19    right, one hour.
20              (Luncheon recess was taken.)
21              THE COURT:  Go ahead, Mr. Clark.
22              MR. CLARK:  Yes, Your Honor. So over the lunch break
23    and looking at some of the discovery materials, we flagged
24    that in looking at one of the production folders on the USAfx
25    system there were -- there was a range of a few documents that
```

```
 1    we didn't see on the USAfx folder. They were produced back in

 2    October. So out of an abundance of caution we gathered those

 3    up. I think it's eight or nine documents, put them in a

 4    letter, got them to defense counsel. I think an initial

 5    conversation it sounds like they're documents that defense

 6    counsel had, but we wanted to make sure out of an abundance of

 7    caution that they had everything. So that's what the pow-wow

 8    was that you were seeing here as we had a minor heart attack

 9    on the Government's side that something had been --

10           THE COURT:  Well, I apologize for interrupting. But

11    let me go to the defense side. Have we got any problem here?

12           MR. ADAMS:  Yes, sir.  I think we do, Judge. So

13    yesterday morning or several days ago we received --

14           THE COURT:  Can you take your mask off, Mr. Adams?

15           MR. ADAMS:  Several days ago related to the witness,

16    Mr. Arias Mejía currently on the stand, we received some 302s

17    or Jencks productions from November of 2021 that they had

18    provided us.  And over the past week we've received three of

19    those from three meetings they had had with him. From one

20    dated November the 5th, 2021 there's --

21           THE COURT:  So no problem so far. They're producing

22    Jencks --

23           MR. ADAMS:  Not so far, but there was a recantation

24    to start that proffer session. He said hey, I need to get

25    ahead of something here. The thing I told you about all these
```

 1    murders I did in El Salvador, it turns out that was a lie.

 2    Turns out I've never been a member of the gang. Turns out this

 3    tattoo that I told you was a Freeport tattoo actually never

 4    was a tattoo in El Salvador. I got that in the States and it

 5    had a different meaning.

 6             So we -- the defense lawyers who are dealing with

 7    this witness all compared our notes. We didn't have a single

 8    document that that made reference to the earlier statement. So

 9    we didn't have anything where this guy had said --

10         **THE COURT:**  So you didn't have any record of the

11    statement that he was now recanting?

12         **MR. ADAMS:**  Correct.  So we went to the Government

13    yesterday morning and perhaps in -- whether it was the right

14    thing to do or the wrong thing to do, I went to the Government

15    and I asked Mr. Smolkin about that.

16         **THE COURT:**  Well, you asked him when did he ever say

17    that he murdered a bunch of people in El Salvador.

18         **MR. ADAMS:**  I said, I think we're missing a

19    document. There must be a record of this.  They checked and

20    they got it to us in the morning break. I think it was a

21    two-page 302 -- you know, these are single-spaced documents in

22    12 point font so they're not Teleprompter kind of material. So

23    we got that yesterday. We talked amongst ourselves with the

24    defense lawyers. We did not raise that to the Court's

25    attention. We appreciate all the scrambling the Government has

1       done, sometimes to answer questions that when they have

2       provided stuff previously and I just can't find it, they've

3       been very cooperative.  And I'm not fussing about that because

4       I do want to be -- I can't believe I'm going to say fair and

5       balanced, but I do want to be fair and balanced. However,

6       these documents we just were provided for the first time.

7               THE COURT:  So wait a minute. You got a document

8       that you were provided yesterday.

9               MR. ADAMS:  Yes, sir.

10              THE COURT:  Had you been provided that previously?

11              MR. ADAMS:  Not to my knowledge. I do not believe

12      so.

13              MR. CLARK:  So this document, the document provided

14      yesterday and the documents we provided today were listed on

15      the October 28th production. So we thought that they were

16      included in the October 28th production. Looking today at the

17      USAfx folder that this stuff is provided in, we saw that this

18      group of documents did not appear on that. I don't know why.

19              THE COURT:  Even though it was in the table of

20      contents or in the list --

21              MR. CLARK:  It was listed on the letter.

22              THE COURT:  --as having been provided.

23              MR. CLARK:  Yeah, listed on the letter. But as of

24      today was not in the folder. So we got those together,

25      provided them. And again --

```
 1            THE COURT:  So did they consist of statements,
 2    records of statements that are information that the witness is
 3    now recanting?
 4            MR. CLARK:  So the issue there and he testified
 5    about this I think yesterday, that he had met with the
 6    Government about six months ago and talked about having been a
 7    homeboy with the gang back in El Salvador.  And as part of
 8    that, having participated in a couple of murders. And then
 9    more recently when we met with him for trial prep he said no,
10    I told you that because -- and I think this was somehow he
11    thought that would make the stuff he did in the United States
12    seem less bad.  And he's like that's why I told you that. It
13    wasn't true. I was not a part of the gang in El Salvador. I
14    didn't join the gang until I was in the United States.
15            So the two reports -- so after the recent prep
16    session where he recanted that, we provided that report.
17            THE COURT:  So you did tell defense counsel about
18    the recantation?
19            MR. CLARK:  Yes.
20            THE COURT:  Okay, and that's clearly Giglio and you
21    produced it.
22            MR. CLARK:  So I think where we are, the chunk of
23    documents, I think it's eight or nine documents total that
24    were in this range that we didn't find on USAfx.  We attached
25    those to an e-mail, we've printed out copies. In that set, in
```

1    that range was the document that Mr. Adams had asked for. I

2    knew there were some other documents. I know at least one of

3    those counsel thinks they had seen before. So frankly, I'm not

4    sure if those are -- if some of those are ones that counsel --

5         **THE COURT:**   So Mr. Adams, it sounds like -- first of

6    all, I want to put this in the right bucket. So it doesn't

7    sound like it's Giglio that you didn't receive, it sound like

8    it's Jencks that you didn't receive.

9         **MR. ADAMS:**   I believe it was Brady and Giglio that

10   we didn't receive. But Judge, I'll say -- again, I want to

11   separate, I'm not complaining about yesterday morning. I

12   wanted to provide context. That 302 that we had to go ask if

13   it existed because there seemed to be a hole in logic in the

14   production and we have now -- we're on something -- my numbers

15   may be off by two or three -- Jencks production 14 I believe

16   is what we're up to now, Judge. That was from July 21, 2021.

17   What we just walked into is the Government provided three

18   additional 302s related to the witness on the witness stand

19   from July 22, 2021 when there apparently was a follow-up

20   interview with him the day after he talked about four murders

21   in El Salvador; July 1, 2021 and then a more lengthy -- it

22   feels like five, six, seven, eleven pages of 5/5, May 5, 2021

23   from an interview with Mr. Mejía. All these three are new

24   productions.

25        **THE COURT:** Okay.

1           **MR. CLARK:**  The longer one I notice it's a two-page

2    document with some photos that were attached. So the other

3    pages are photos. None of these are longer than two pages in

4    terms of the actual text.

5           **THE COURT:**  I still need to know, Mr. Adams, which

6    bucket you contend the documents fall into.  You very briefly

7    said oh no, it's Brady Giglio and then went off on something

8    else.

9           **MR. ADAMS:**  I've not read these new documents.

10          **THE COURT:**  That's a fair answer. You don't know.

11          **MR. ADAMS:**  I don't know.

12          **THE COURT:**  So I think the question with respect to

13   this production is when will the defendants be required to

14   commence their cross-examination of the witness. In general,

15   it sounds like the discovery would fall into two different

16   legal categories potentially. Brady Giglio material, not

17   produced in a timely manner. The Court has to take a hard look

18   at A, is it truly Brady Giglio; B, if it is, is there

19   prejudice; C, if so, what's the appropriate remedy?

20          Bucket number 2 is it's straight up Jencks material.

21   The Court entered orders prior to the trial requiring the

22   Government to produce Jencks material by certain dates. And

23   under local practice we expect the Government to comply with

24   those deadlines to the best of their ability, and we mean it.

25          That said, in a big complex case like this, it's not

     1    unusual for there to be a certain error factor. Of course we'd
     2    all prefer that there be zero errors. And errors in the
     3    context of Brady Giglio, well, they're by definition always
     4    problematic. Errors in the context of Jencks we have to look
     5    at it and see what we've got. The remedy usually is to
     6    postpone when the defendants are expected to cross-examine the
     7    person with respect to whom there has been an untimely Jencks
     8    production. There's nothing on it from a Jencks standpoint,
     9    you know, potentially fatal to anybody or any proceeding
    10    provided that Jencks is discovered and produced before the end
    11    of the direct examination.

    12            We all know what the plain language of the Jencks
    13    Act says. But our local practice is that we don't permit the
    14    Government to stand on that plain language and we push them
    15    very hard to produce Jencks, especially in a complex case like
    16    this, some weeks in advance of the start of trial. And when
    17    they don't, and I've never seen a situation where it was
    18    intentional, but it happens from time to time because of
    19    mistakes, the remedy is to come up with a reasonable
    20    postponement to allow defense counsel to take on board what's
    21    in the Jencks, digest it, assimilate it, factor it into their
    22    plans for the cross-examination, et cetera. And it takes a
    23    little bit of time in some instances. But even that is a
    24    function of well, okay, how big a deal is it, how bad is it,
    25    et cetera.

1          So that's laying out exactly how the Court will

2     analyze this problem. I just now need to fill in the blanks.

3     What is it.  Mr. Clark?

4          MR. CLARK:  Your Honor, just to give you the rundown

5     on what these are, there are three proffers. One, the most

6     recent one was from July 22nd on a Webex call. It is three

7     paragraphs and one photo. One paragraph indicates that he has

8     some concerns about being taken out for proffers because of

9     security. The next paragraph indicates that he was shown a

10    photo, advised that the person looks familiar but he can't

11    recall who it is. It kind of looks like Moreno. That's the

12    extent of that proffer.

13          THE COURT:  All right, doesn't sound like much.

14          MR. CLARK:  The other one is a July 1, 2021 --

15          THE COURT:  The other one?  I thought there were

16    three.

17          MR. CLARK:  That's the most recent one. The next

18    most recent one is from July 1, 2021 in which -- just

19    detailing that Special Agent Zimmerman placed a call to Mr.

20    Mejía's girlfriend who had some concern. She wanted to check

21    in with her on any security concerns. She advised that all is

22    well and has no concerns at that time.  And Ms. Zimmerman told

23    her to contact her if she had any problems. That's the second

24    one.

25          THE COURT:  All right, sounds like something else

 1    that amounts to nothing. Next?

 2             MR. CLARK:   The third one is from May 5, 2021. And

 3    this is a proffer --

 4             THE COURT:   May 5, 2021, okay.

 5             MR. CLARK:   Yeah. This is a proffer and prep session

 6    that occurred with Mr. Arias Mejía via Webex. It talks about

 7    -- he at the time actually was still at CDF. So we talked

 8    about his concerns, security concerns with being still at CDF.

 9             THE COURT:   Yeah.

10             MR. CLARK:   Asked if he was in touch with any of the

11    MS guys who were still in Frederick. He talked about whether

12    he had heard from any of the guys who were in New York. And

13    when he had last heard from the guys in New York.

14             THE COURT:   Well, what did he say?

15             MR. CLARK:   He said that it's been about a year

16    since he's heard of the New York guys. He's hardly spoken with

17    them at all. The issues between Maryland and New York over

18    money had been resolved. Doesn't know a lot of details because

19    the guys on the outside don't say much because they know the

20    calls are being recorded. He said he hasn't seen Little

21    Gangster since they were moved. I think he had been moved to a

22    different tier at some point. He was shown a photo of an

23    individual he didn't recognize, actually was shown I think

24    four photos that he didn't recognize.

25             THE COURT:   And are those photos identified in the

```
 1    statement?

 2              MR. CLARK:  Yes. So those are -- this is the one

 3    where there are photos attached.  None of them are of

 4    defendants in this case or people who have been referenced in

 5    this case. There's one photo that he thought looked like --

 6    hang on, sorry.  I'm going to get back to the text.  Looked

 7    like a guy named -- whose name was Wasapa, but he didn't know

 8    if it was him because that guy used to be really skinny.

 9              He was also shown a photo of another guy he didn't

10    recognize, also someone who has not been referenced in this

11    case who is not a defendant or co-conspirator that has been

12    talked about. He said he didn't recall mentioning a murder

13    that Little Gangster did with another clique. The papers he

14    saw that Little Gangster had --

15              THE COURT:  Tell me that again.  He what?

16              MR. CLARK:  He didn't recall mentioning a murder

17    that Little Gangster did with another clique.

18              THE COURT:  He didn't recall mentioning --

19              MR. CLARK:  He was asked if there was another

20    murder --

21              THE COURT:  He said, I don't remember telling you

22    that?

23              MR. CLARK:  Yeah, he said I don't remember talking

24    about some other murder that Little Gangster participated in.

25    Obviously he's not going to be asked about other murders.
```

```
 1              THE COURT:  Not by you.

 2              MR. CLARK:  That are not at issue in this case. He

 3    said he can't recall the papers he saw that Little Gangster

 4    had related -- oh, he saw papers I guess that Little Gangster

 5    had related to the murder of Jenni Lopez, but he said he can't

 6    recall another murder that Little Gangster was involved in in

 7    Annapolis, but he said he has a bad memory and doesn't recall

 8    exact details anymore.

 9              THE COURT:  Said he has a bad memory, okay.

10              MR. CLARK:  He said Arias was with Picoro for about

11    three months, I believe he's talking about when he was locked

12    up at CDF.  And was with him when Picoro got knives taken away

13    from him. Arias was shown photos of the weapons seized from

14    Picoro and advised that he had seen the biggest one and that

15    Picoro had three of them. Arias doesn't know where Picoro got

16    the weapons, but thought he may have gotten them through his

17    painting jobs. Arias said most gang guys carry weapons in the

18    prison in case they have problems. Arias is not aware of

19    Picoro or any of the other MS guys having issues with other

20    prisoners inside the jail. That's the end of that one. So

21    those are the three.

22              THE COURT:  Well, I thought that there were

23    statements in there that he later recanted.

24              MR. CLARK:  So that was the proffer that was

25    provided yesterday to Mr. --
```

 1          **THE COURT:**  The document that was supplied yesterday

 2     is not the recantation, it's the statements that were

 3     recanted?

 4          **MR. CLARK:**  Yes, the original -- the original

 5     proffer where he said I was, you know, I was a homeboy in El

 6     Salvador and participated in that. And then --

 7          **THE COURT:**  I'll hear from defense counsel.

 8          **MR. CLARK:**  Okay.

 9          **THE COURT:**  Who wants to speak? Mr. Curlett.

10          **MR. CURLETT:**  Thank you, Your Honor. I'm not 100

11     percent sure what commentary will be most helpful. My view is

12     the document that was produced yesterday which when Mr. Adams

13     and I discovered that logical gap in the narrative is hugely

14     important, definitely Giglio, arguably Brady. But I will say

15     when we raised -- and we're not suggesting bad faith on the

16     part of the Government. That's not the issue. And when we

17     raised it and asked for it, Mr. Smolkin provided it promptly.

18     And there has been time to take that now and assimilate it

19     into my cross-examination preparation. So that's that.

20          These documents --

21          **THE COURT:**  Does anybody disagree with that on

22     behalf of their client?  No one is speaking up.  I'm taking

23     that as a unified defense position. Next, Mr. Curlett.

24          **MR. CURLETT:**  Now we get to what was just provided

25     and I'm reading it at the table --

1          THE COURT:  Right.

2          MR. CURLETT:  I think the first two documents that

3     Mr. Clark reviewed appear to be --

4          THE COURT:  Innocuous.

5          MR. CURLETT:  Right, but this last one, possibly

6     quite significant. Arias advised he doesn't recall mentioning

7     a murder that Little Gangster did with another clique. Does

8     this mean that the Government thought that he had mentioned it

9     previously?  This raises questions, so we're going to need to

10    drill down.  The papers that he saw that Little Gangster had

11    related to the murder of Jenni Lopez. Arias can't recall

12    another murder that Little Gangster was involved in with

13    Annapolis, but he says he has a bad memory and can't recall

14    exact details anymore. So that is certainly Giglio, provides

15    an opportunity to cross on that in terms of credibility and --

16         THE COURT:  Right. I don't see any blockbusters in

17    there, I see some stuff that you can do something with.

18         MR. CURLETT:  I think that had the cross-examination

19    proceeded without the discovery of yesterday's document, it

20    would have been an order of magnitude different, but we're not

21    there.

22         THE COURT: I don't solve theoretical problems.

23         MR. CLARK:  And just to provide the context, I think

24    the other murder that we had asked about was the Neris murder.

25    We asked him if he knew about that and his response I think

```
 1      was that he didn't, he hadn't heard about another murder.
 2                  THE COURT:  Is there any other discovery that
 3      confirms that?
 4                  MR. CLARK:  Sorry?
 5                  THE COURT:  Is there any other discovery that
 6      confirms that was the Neris murder?  This is something you're
 7      pulling out of your mind and your general knowledge of the
 8      case. Are there any more reports to produce that would confirm
 9      that?
10                  MR. CLARK:  I don't believe so.
11                  THE COURT:  Mr. Biddle.
12                  MR. BIDDLE:  So just briefly, the prior witness, Mr.
13      --
14                  THE COURT:  Not 2020.  You have to stand.
15                  MR. BIDDLE:  I'm sorry, Your Honor. So the prior
16      witness, Mr. Sosa, there was information in discovery and also
17      in the direct examination that made it clear that Mr. Sosa had
18      memory issues. And frankly, as the latecomer to the case I'm
19      not an expert on the years of discovery that's been provided
20      in this case, but I don't remember until this e-mail -- I'm
21      sorry, this new discovery of the statements about --
22                  THE COURT:  I got a bad memory.
23                  MR. BIDDLE:  I don't remember any prior notice that
24      this witness had memory problems. And my application is that
25      if there's anything that the Government has relating to this
```

 1    witness' lack of memory, just as it was disclosed with Mr.

 2    Sosa's memory issues, that should also be turned over

 3    immediately about Mr. Mejía.

 4          **THE COURT:**  Goes without saying. I think the

 5    Government has got that firmly on board. Anything that tends

 6    to reflect on the capacity of one of their witnesses,

 7    especially these cooperators who have all these details that

 8    they're providing that reflects on the capacity of one of

 9    their cooperators to not remember because they were high on

10    drugs, psychotic, delusional, had a head injury or otherwise

11    just have a bad memory, is obviously Giglio.

12          **MR. CLARK:**  Yeah, Your Honor and I just note two

13    things. First, in this set of documents I know we flagged it

14    because of the concern. I know, I mean, at least one of these

15    documents defense counsel has confirmed that they've seen

16    before. So at least some of -- I haven't confirmed whether

17    they've actually seen these documents before, but some of them

18    have been produced. We are also in light of this concern, we

19    are -- our team is going back over everything to just scrub it

20    to make sure that obviously everything that should have been

21    produced, that was --

22          **THE COURT:**  How much more direct do you have, Mr.

23    Smolkin?

24          **MR. SMOLKIN:**  I think about 45 minutes, maybe an

25    hour at most, depending on how quickly we can get through it.

```
1          THE COURT:  So I'm conscious of the fact that we

2    lost Tuesday. We started late today. But it strikes me that

3    the safest course given what's happened is to postpone the

4    start of the cross-examination until next week. Mr. Curlett?

5    Mr. Adams?  Let's see, yeah, that's the lineup. Mr. Curlett,

6    Adams, Biddle and then Ruter.

7          MR. BIDDLE:  That's our application, Your Honor.

8    Wait until Monday.

9          THE COURT:  But my view is subject to further

10   complaints or motions from defense counsel, that that is going

11   to be an overarching cure to whatever has transpired here. Mr.

12   Ruter?

13         MR. RUTER:  Your Honor, on a different note, the 302

14   we got concerning May --

15         THE COURT:  Is that yesterday's 302?

16         MR. RUTER:  I think it is. May 21st of this year.

17         THE COURT:  No, that's the third of today's

18   documents.

19         MR. RUTER:  It is. That particular document

20   indicates that this witness would be -- I'm not sure if the

21   Government is going to ask him about it -- saw that my client

22   had these three knives.

23         THE COURT:  Right.

24         MR. RUTER:  If I understand it, he further said

25   everybody in that jail has a knife. So I'd be objecting to any
```

 1    mention of the fact he was found in possession of -- allegedly

 2    found in possession of any --

 3              THE COURT:  Well, is there any suggestion by the

 4    Government that the possession of weapons while in pretrial

 5    detention awaiting this trial is somehow part of this

 6    conspiracy?

 7              MR. CLARK:  I mean, I think it's relevant.  We're

 8    not planning to get into it, Your Honor. We're not planning to

 9    bring it up.

10              THE COURT:  There you are.

11              MR. RUTER:  Thank you, counsel.

12              THE COURT:  All right, so we'll go back into the

13    direct. We'll let Mr. Smolkin finish. We'll take our weekend

14    break. We'll come back Monday. The record should reflect this

15    is Thursday afternoon. Defense counsel have been provided this

16    information yesterday and today. No defense lawyer is going to

17    be expected to cross-examine this witness until after the

18    passage of three days, Friday, Saturday and Sunday when the

19    Court is not sitting.

20              All right, now Mr. Smolkin, don't take this as a

21    license to take us all the way to 5:00 with the same agonizing

22    detail that you were eliciting earlier. I say that, that's

23    just a public service announcement or request on behalf of

24    everybody in this room.

25              Are we ready for the jury?

1        **MR. SMOLKIN:**  Yes, Your Honor.

2        **THE COURT:**  Okay, let's bring them and get the

3    witness. We're ready for the witness.

4        **(Jury and entered the courtroom.)**

5        **THE COURT:**  Be seated, please. Good afternoon,

6    ladies and gentlemen. I apologize for the delay, but this was

7    another one of those instances when we had some work we needed

8    to do outside of your presence. Now we are ready to continue

9    and the witness, I believe, will be joining us in just a

10   moment.

11       **(Witness resumed the witness stand.)**

12       **THE COURT:**  Mr. Mejía, you remain under oath. Please

13   move right up next to that microphone so that we can hear you.

14   Mr. Smolkin, you may continue.

15       **MR. SMOLKIN:**  Thank you, Your Honor.

16   **BY MR. SMOLKIN:**

17   Q.   Good afternoon, Mr. Mejía.

18   A.   Good afternoon.

19   Q.   Before we broke for lunch, you were discussing digging a

20   hole in Frederick. Do you remember that?

21   A.   Yes.

22   Q.   Do you know where Catra and Guanaco went after they

23   dropped you off?

24   A.   They went to the house.

25   Q.   What house did they go to?

```
 1    A.    My house.

 2    Q.    Do you know why they went to your house?

 3    A.    To wait for someone else to come --

 4          THE INTERPRETER:  The interpreter requests that the

 5    witness speak up and clearly.

 6          THE WITNESS:  To take them -- other people to where

 7    the victim was.

 8    BY MR. SMOLKIN:

 9    Q.    Do you know where the victim was?

10    A.    Yes.

11    Q.    Where was the victim?

12    A.    Wheaton.

13    Q.    And do you know if someone was bringing the victim to

14    Frederick?

15    A.    Yes.

16    Q.    Do you know who?

17    A.    Yes.

18    Q.    Who?

19    A.    Someone called Midnight and Lobo.

20    Q.    Now after you, Positivo and Calmado dug the hole, where

21    did you go?

22    A.    To wait for them.

23    Q.    Who is "them"?

24    A.    Where the victim was.

25    Q.    What do you mean "where the victim was"?
```

1    A.   With the people, to wait for the people who were bringing

2    the victim.

3    Q.   So were you waiting for those people?

4    A.   Yes.

5    Q.   Where in relation to the hole were you waiting?

6    A.   At the edge of the street.

7    Q.   And do you know where Positivo and Calmado were at that

8    time?

9    A.   No.

10   Q.   Had you been with Positivo and Calmado earlier?

11   A.   Yes.

12   Q.   Now while you were waiting, did someone ultimately

13   arrive?

14   A.   Yes.

15   Q.   Did they arrive in cars?

16   A.   Yes.

17   Q.   How many cars?

18   A.   Two.

19   Q.   Let's talk about the first car. Who was in the first car?

20   A.   Guanaco and Catra.

21   Q.   Who was in the second car?

22   A.   Lobo and Midnight, and two other people I don't know and

23   the victim.

24   Q.   Who was driving the car?

25             **THE COURT:**   Which car?

```
 1              MR. SMOLKIN:  The second car with Lobo and Midnight
 2      and the others.
 3              THE WITNESS:  Midnight.
 4      BY MR. SMOLKIN:
 5      Q.   Now the car involving Midnight and Lobo, where was Lobo
 6      sitting?
 7      A.   In front.
 8      Q.   In the passenger's seat?
 9      A.   Yes.
10      Q.   Did you talk to Lobo?
11      A.   I don't recall.
12      Q.   And who was in the back of the car with Lobo and
13      Midnight?
14      A.   Two other people and the victim.
15      Q.   Did you know those two other people?
16      A.   No.
17      Q.   Did you know the victim?
18      A.   No.
19      Q.   Did anyone get out of the car that Midnight was driving
20      and that Lobo was a passenger in?
21      A.   Yes.
22      Q.   Who got out of that car?
23      A.   The two people who were in the back.
24      Q.   Did you speak or interact with those two people?
25      A.   No.
```

```
 1    Q.   Where was the victim?

 2    A.   In the car.

 3    Q.   Did the victim get out of the car at some point?

 4    A.   Yes.

 5    Q.   Did you wear anything on your hands?

 6    A.   Yes.

 7    Q.   What was on your hands?

 8    A.   Gloves.

 9    Q.   How did you get the gloves?

10    A.   The two guys who were in the back brought the gloves.

11    Q.   Did they give the gloves to you?

12    A.   Yes.

13    Q.   And after you put the gloves on, what happened with the

14    victim?

15    A.   I got him out of the car.

16    Q.   Was the victim awake?

17    A.   No.

18    Q.   Was he conscious at any time after you got him out of the

19    car?

20    A.   Yes.

21    Q.   What did he do?

22    A.   He was screaming.

23    Q.   And what did you do in response?

24    A.   I hit him.

25    Q.   What did you hit him with?
```

```
1   A.   With a branch.

2   Q.   Did you and the two other people who got out of the car

3   put gloves on before touching the victim?

4        MR. CURLETT:  Objection, leading. Assumes facts not

5   yet in evidence.

6        THE COURT:  Sustained. You can reframe it.

7   BY MR. SMOLKIN:

8   Q.   You mentioned that you were wearing gloves. Were the

9   other two people you were with also wearing gloves?

10  A.   Yes.

11  Q.   And when did they put the gloves on?

12  A.   Before touching the victim when they got there.

13  Q.   And when did you put your gloves on?

14  A.   The same, at the same time.

15       MR. RUTER:  Your Honor, excuse me. I did not hear

16  the answer from the interpreter. If she could repeat her

17  answer.

18       THE COURT:  The court reporter will read it back.

19       (Answer read back by the court reporter.)

20       MR. RUTER:  Your Honor, I was referring to the

21  answer before that. That wasn't helpful.

22       THE COURT:  The interpreter will back up beginning

23  with the question, did you and the two other people who got

24  out of the car.

25       (Requested portion of testimony was read back by the
```

```
 1    court reporter.)
 2              MR. RUTER:  Thank you very much, Your Honor.
 3              THE COURT:  Okay, everyone please speak up. I'm
 4    going to ask the interpreter to slow down just slightly.
 5              THE INTERPRETER:  Yes, Your Honor.
 6              THE COURT:  And to pull the mic back just a hair so
 7    we're not getting the pop, pop, pop, but don't pull it back
 8    too far because we need it to amplify your voice. Next
 9    question.
10    BY MR. SMOLKIN:
11    Q.   Now the two people that you were with at that moment,
12    were they the two that got out of the car or the two you
13    arrived with earlier?
14    A.   That got out of the car.
15    Q.   Do you know were they part of MS-13?
16    A.   Yes.
17              MR. CURLETT:  Objection, foundation. He said he
18    doesn't know.
19              THE COURT:  Sustained. Calls for speculation. No
20    foundation. Next question.
21    BY MR. SMOLKIN:
22    Q.   You mentioned a moment ago that you hit the victim; is
23    that right?
24    A.   Yes.
25    Q.   What happened after that?
```

```
 1     A.   They were knocked out.

 2     Q.   Who was knocked out?

 3     A.   The victim.

 4     Q.   And where were Calmado and Positivo at this point?

 5     A.   In the hole.

 6     Q.   Are you referring to the hole that you had dug?

 7     A.   Yes.

 8     Q.   Now what did you do after the victim was knocked out?

 9     A.   Go for help.

10     Q.   What do you mean "go for help"?

11     A.   Get someone to help me carry them to the hole.

12     Q.   Who were you with at that point when the victim was

13     knocked out?

14     A.   With the two people who got out of the car.

15     Q.   So did you need more help to move the victim?

16     A.   Yes, because I was tired.

17     Q.   So did you go get more help?

18     A.   Yes.

19     Q.   Where did you go to get more help?

20     A.   Where Positivo and Calmado were.

21     Q.   And did you find Positivo and Calmado?

22     A.   Yes.

23     Q.   And did they help you?

24     A.   Yes.

25     Q.   What did they help you to do?
```

```
 1     A.    Carry the victim.

 2     Q.    How many people were carrying the victim?

 3     A.    Four.

 4     Q.    So who was carrying the victim?

 5     A.    Positivo, the two people who came in the car, and

 6     Calmado.

 7     Q.    And so what were you doing?

 8     A.    Nothing, I let go. I was recovering in getting --

 9     catching my breath.

10     Q.    Where did you -- where did the group of you take the

11     victim?

12     A.    To the hole.

13     Q.    Did you immediately find the hole?

14     A.    No.

15     Q.    What happened?

16     A.    For a minute we couldn't find it because it was very

17     dark.

18     Q.    Okay, so what did you do?

19     A.    We started looking for the hole and finally we found it.

20     Q.    And where was the victim when you were looking for the

21     hole?

22     A.    Near the hole.

23     Q.    Did you go back and get the victim?

24     A.    Yes.

25     Q.    And where did you take him?
```

```
 1     A.   To the hole.

 2     Q.   Was he still unconscious at this point?

 3     A.   Yes.

 4     Q.   And was he lying face up or face down?

 5     A.   Face down.

 6     Q.   What happened next?

 7     A.   We started hitting him with machetes.

 8     Q.   Who hit him with the machete?

 9     A.   All of us who were there.

10     Q.   What part of the victim's body was the machete used on?

11     A.   On his back, and his head, and arms.

12     Q.   Did you see Calmado use the machete?

13     A.   Yes.

14     Q.   How many times?

15     A.   Several times.

16     Q.   What part of the victim's body did Calmado use the

17     machete on?

18     A.   On his back and head.

19     Q.   What part of the machete did Calmado use to hit the

20     victim?

21     A.   He used the length of it and also the point.

22     Q.   And when you say "the length of it," can you please

23     clarify?

24     A.   Yes.

25     Q.   Can you explain what you mean by "the length of it"?
```

```
 1    A.   He held the machete and went like this. (Indicating.)

 2    Q.   And you said he also used the point of the machete?

 3    A.   Yes.

 4    Q.   How did he use the point of the machete?

 5    A.   Like this. (Indicating.)

 6    Q.   Did you see the machete go into the victim when Calmado

 7    was striking the victim with it?

 8    A.   Yes.

 9    Q.   And when Calmado was striking the victim with the

10    machete, was there blood coming from the victim?

11    A.   Yes.

12    Q.   Could you see if the machete was causing damage to the

13    victim's body?

14    A.   Yes.

15    Q.   What kind of damage was the machete causing to the

16    victim's body?

17    A.   A lot of cuts.

18    Q.   Did Calmado say anything while he was using the machete

19    on the victim's body?

20    A.   Yes.

21    Q.   What did he say?

22    A.   He said La Mara.

23    Q.   When the others were using the machete on the victim, did

24    that also cause damage to the victim's body?

25    A.   Yes.
```

```
1    Q.   Now did anyone there force Calmado to do what he did?

2    A.   No.

3    Q.   Did anyone there force anyone to do what they did?

4    A.   No.

5    Q.   Did anyone threaten Calmado to do what he did?

6    A.   No.

7    Q.   Did anyone threaten anyone else who was there to do what

8    they did?

9    A.   No.

10   Q.   At a certain point was there a smell that you noticed?

11   A.   Yes.

12   Q.   What was that smell?

13   A.   He went poop.

14   Q.   Who did?

15   A.   The victim.

16   Q.   Now after everyone was done hitting the victim with the

17   machete, what happened with the victim next?

18   A.   We buried him.

19   Q.   Other than the machete, were there any other weapons that

20   were used on the victim?

21   A.   No.

22   Q.   Now did the victim's entire body fit into the hole that

23   you had dug?

24   A.   No. It didn't all fit.

25   Q.   Okay. What part of the victim's body did not fit?
```

```
 1    A.   A leg.

 2    Q.   And so what did you do with the leg that did not fit?

 3    A.   I hit it. I cut it off.

 4    Q.   What did you use to cut it off?

 5    A.   The machete.

 6    Q.   And what did you do with the leg after you cut the

 7    victim's leg?

 8    A.   We put it into the hole and we buried it.

 9    Q.   You mentioned that you and the two people who got out of

10    the car were wearing gloves. Was anyone else that you were

11    with wearing gloves?

12    A.   Yes.

13    Q.   Who else was wearing gloves?

14    A.   Calmado and Positivo.

15    Q.   Do you know where they got the gloves?

16    A.   From the same people I got them from.

17    Q.   The two people who were in the car with the victim?

18    A.   Yes.

19    Q.   Can you describe what type of gloves these were?

20    A.   They were like rubber gloves.

21    Q.   Did they fit tightly on your hands?

22    A.   Yes.

23    Q.   While the machete was being used on the victim, did

24    anything happen to any of the gloves that you all were

25    wearing?
```

```
 1      A.   Yes.

 2      Q.   What happened?

 3      A.   Somebody's tore.

 4      Q.   Do you remember whose it was that tore?

 5      A.   No.

 6      Q.   And do you know what that person did with the glove that

 7   tore?

 8      A.   Yes.

 9      Q.   What did that person do?

10      A.   They buried it, we buried it.

11      Q.   The glove that tore you buried it?

12      A.   I don't remember if we buried that.

13      Q.   Okay. So did you bring other gloves?

14      A.   Yes.

15      Q.   Okay, was this after you used the machete on the victim?

16      A.   Yes.

17      Q.   Was it after you finished burying the victim?

18      A.   Yes.

19      Q.   Okay. So can you please explain where you buried the

20   gloves?

21      A.   We crossed the street, across from where we buried the

22   victim.

23      Q.   You crossed to the other side of the street?

24      A.   Yes.

25      Q.   Did you take police officers there to try to find those
```

```
 1    gloves?

 2    A.   Yes.

 3    Q.   When did you do that?

 4    A.   Three days ago.

 5    Q.   And do you know if they were able to find the gloves?

 6    A.   Yes.

 7    Q.   Were they?

 8    A.   No.

 9    Q.   Now after you used the machete on the victim and the

10    victim was buried, did you leave that area of the woods?

11    A.   Yes.

12    Q.   How did you leave?

13    A.   Catra gave us a ride.

14    Q.   How did Catra know that you needed a ride?

15    A.   Because he was with Guanaco.

16    Q.   Did somebody call Catra or Guanaco?

17    A.   Yes, Guanaco.

18    Q.   Do you know who called Guanaco?

19    A.   Yes.

20    Q.   Who?

21    A.   Positivo.

22    Q.   So did Catra arrive?

23    A.   Yes.

24    Q.   And was Catra with anyone else?

25    A.   I don't remember.
```

Mejía - direct

```
 1    Q.   Okay. Was Catra's car the only car that arrived?

 2    A.   No.

 3    Q.   Okay. What other car arrived?

 4    A.   The other car that came with the two people and the

 5    victim.

 6    Q.   And who was driving that other car?

 7    A.   Midnight.

 8    Q.   Was anyone else in the car with Midnight?

 9    A.   Yes.

10    Q.   Who?

11    A.   Lobo.

12    Q.   What car did you get into?

13    A.   The one of Catra's.

14    Q.   Did anyone else get in that car with you?

15    A.   Yes.

16    Q.   Who?

17    A.   Positivo and Calmado.

18    Q.   Was anyone else in that car?

19    A.   Yes.

20    Q.   Who else?

21    A.   Guanaco.

22    Q.   What happened to the shovel and the machete?

23    A.   We threw them.

24    Q.   Did you take them into the car with you?

25    A.   Yes.
```

```
 1    Q.   Where did the car go after you entered it?

 2    A.   To Frederick, to throw the machete and the shovel.

 3    Q.   Where did you throw the shovel?

 4    A.   In a dumpster.

 5    Q.   And where did you throw the machete?

 6    A.   In a drain.

 7    Q.   Where -- after throwing the machete in a drain and the

 8    shovel in a dumpster, where did the car go after that?

 9    A.   Wheaton.

10    Q.   Any particular place in Wheaton?

11    A.   Yes.

12    Q.   Where?

13    A.   We went to outside of Chango's house.

14    Q.   Why did you go outside of Chango's house?

15    A.   Because we wanted to smoke marijuana.

16    Q.   During the drive from Frederick to Wheaton, did you talk

17    to the other people in the car?

18    A.   Yes.

19    Q.   What did you guys talk about?

20    A.   That I had hit him in the head.

21    Q.   Did you talk about anything else?

22    A.   I don't remember.

23    Q.   Do you remember if Calmado said anything during the car

24    ride back?

25    A.   Yes.
```

1    Q.   What do you remember Calmado saying?

2    A.   That he had hit him in the head.

3    Q.   Do you remember anything else?

4    A.   And that it sounded like hitting --

5            **THE INTERPRETER:**  The interpreter requests a

6    repetition.

7            **THE WITNESS:**  That when we hit him on the head it

8    sounded like hitting a rock.

9    **BY MR. SMOLKIN:**

10   Q.   So after Catra's car went to Chango's house did it go

11   anywhere else?

12   A.   Yes.

13   Q.   Where else?

14   A.   Everyone went to their house.

15   Q.   Now at some point after the murder in Frederick, did you

16   go to a meeting with other members of MS-13?

17   A.   Yes.

18   Q.   Do you remember where that meeting was?

19   A.   Yes.

20   Q.   Where was it?

21   A.   We were in a place in a hotel in Annapolis.

22   Q.   Was there a meeting in Frederick near a lake?

23   A.   Yes.

24   Q.   Do you remember approximately when that meeting was in

25   relation to the Frederick murder?

```
 1     A.    No, I don't remember.

 2     Q.    Was it before or after?

 3     A.    After.

 4     Q.    Do you remember who was there?

 5     A.    Yes.

 6     Q.    Who was there?

 7     A.    Everyone from the clique.

 8     Q.    Who specifically?

 9     A.    Guanaco, Chango, Positivo, Calmado, Silvestre. Mostly it

10     was everyone from the clique. I don't remember.

11     Q.    Do you remember if any clique members from Annapolis were

12     at the meeting?

13     A.    Yes.

14     Q.    Who from Annapolis was at the meeting?

15     A.    Advertencia and Little Gangster.

16     Q.    Anyone else that you can remember?

17            MR. RUTER:  Objection, Your Honor.

18            THE COURT:  Yes, let's go on the private channel.

19            (Counsel was held on the private channel.)

20            THE COURT:  Mr. Ruter.

21            MR. RUTER:  The objection is the Government went for

22     the trifecta.  They got one answer, they asked once again to

23     expand upon that answer.  Now they're asking it a third time

24     to expand upon that answer.  And one should be allowed, twice

25     is close, but three is out of bounds. It's obvious that the
```

1    Government is fishing for more names and they ought not to be

2    allowed to continue to ask the same question in an attempt to

3    get more answers that probably shouldn't be forthcoming at

4    all.

5              **THE COURT:**  Overruled. The witness seems to have a

6    very sort of halting style to answering questions, and

7    particularly questions that have multiple elements to their

8    answers. And so in light of that, I think it's an appropriate

9    questioning technique so that the Court can be certain that

10   the witness has fully answered the question to the best of his

11   ability and his recollection. It's somewhat stylistic, it's

12   somewhat probably a function of the fact that it's all going

13   through interpretation. It seems to be somewhat a function of

14   how this particular witness' mind works. Overruled.

15             **MR. BIDDLE:**  Your Honor?

16             **THE COURT:**  Who is speaking, Mr. Biddle?

17             **MR. BIDDLE:**  Yes, Your Honor.  So since we're on the

18   private channel, given the Government's discovery, it seems

19   like they're at the point soon where they'll be offering some

20   hearsay regarding my client in either the Wheaton murder, the

21   Jenni Lopez murder or the Bacha Sola murder. The discovery has

22   been kind of murky and inconsistent about what, if anything,

23   this witness is going to say.  But I've got 801(d)(2)(E) and

24   frankly although I'm a latecomer, a suppression issue that is

25   ripening.  But if the Government would put on the record what

1    they're going to try to get into, if anything, we might be

2    able to take care of this without further interrupting the

3    jury.

4              THE COURT:  Mr. Smolkin, if you care to make a

5    proffer, you may.

6              MR. SMOLKIN:  Well, Your Honor, I don't think that

7    at this time there's going to be anything specific with regard

8    to what Mr. Portillo Rodríguez said to Mr. Mejía.  However, I

9    think in a few minutes when I discuss conversations that Mr.

10   Mejía had while he was in pretrial detention with some of his

11   co-conspirators at the time, I do believe Mr. Mejía is going

12   to talk about Mr. Portillo Rodríguez admitting his involvement

13   in the Jenni Lopez homicide and describing -- Mr. Mejía will

14   describe what Mr. Portillo Rodríguez told him about that

15   murder.

16             MR. BIDDLE:  Your Honor, my concern is and obviously

17   I'm well aware of the motions deadlines, but I think I became

18   counsel after they had expired --

19             THE COURT:  Well, Ms. Rhodes did not become counsel

20   after they expired, nor did Mr. Hazlehurst, but go ahead.

21             MR. BIDDLE:  Well, Your Honor, the issue is this:

22   It's clear since I got in the case and read the discovery that

23   the witness here became a Government cooperator at some point

24   and then still remained in custody with my client after he

25   became a Government cooperator.  And that he according to the

 1    discovery is prepared to testify that basically while they

 2    were in custody together, my client confessed to murdering

 3    Jenni Lopez. If that occurred at or about the time he became a

 4    Government cooperator, then that would be a Sixth Amendment

 5    right to counsel violation. It's a completed criminal act. He

 6    had a right to counsel then and the Government should not have

 7    had its cooperator and a defendant facing trial incarcerated

 8    together and be using that evidence against them.

 9              **THE COURT:**  Well, it actually depends. *United States*

10    *vs. Henry* I think is the Supreme Court case from my memory.

11    But Mr. Smolkin, do you have thoughts on that topic?

12              **MR. SMOLKIN:**  Well, Your Honor, I believe that the

13    conversation occurred prior to Mr. Mejía becoming a

14    cooperator.  And I can certainly ask if he remembers when the

15    conversation occurred. In addition, I don't believe that any

16    investigator or prosecutor ever asked Mr. Mejía after he

17    became a cooperator to go gather information and have

18    conversations with people. So he was never directed to have

19    any conversations with any of the defendants in the case. To

20    the extent that Mr. Portillo Rodríguez told him this

21    information, it's a statement of the defendant and it is not

22    hearsay.

23              **MR. BIDDLE:**  Your Honor, the defendant -- I'm sorry,

24    the witness has a sealed supplement which provides for active

25    cooperation. So, you know, Mr. Balter is here in the

```
 1      courtroom. Certainly the witness would have been aware of his
 2      duties and what he was expected to do under the sealed
 3      supplement, and that would include collecting this
 4      information.
 5              THE COURT:  Well, I think that Mr. Smolkin just
 6      proffered that the statement was made to Mr. Mejía before Mr.
 7      Mejía became a cooperator.
 8              MR. BIDDLE:  He said he didn't know, Your Honor. I
 9      think the Government stated that they weren't sure of the date
10      of the conversation. And of course this witness' memory is
11      suspect.  And obviously I don't want inadmissible evidence
12      before the jury on a jailhouse confession.
13              THE COURT:  Well, this is problematic in terms of
14      the timing, but Mr. Smolkin, if there is some danger of
15      constitutionally inadmissible evidence being presented here, I
16      assume the Government would prefer to have that question
17      resolved before they plunged into it.
18              MR. SMOLKIN:  Yes, Your Honor --
19              THE COURT:  So let's finish up this segment. Then
20      we'll send the jury out for an afternoon recess and we'll
21      further address this issue.
22              MR. SMOLKIN:  Yes, Your Honor.
23              (Private conference ends.)
24      BY MR. SMOLKIN:
25      Q.   Mr. Mejía, we were talking about a meeting near a lake in
```

```
 1    Frederick.  Do you remember that?

 2    A.   Yes.

 3    Q.   Were there any women at the meeting?

 4             (Discussion held off the record.)

 5             THE COURT:   Question pending, were there any women

 6    at the meeting?

 7             THE WITNESS:   Yes.

 8    Q.   Who?

 9    A.   We were all there with a girlfriend.

10    Q.   Were you on the phone with anyone during the meeting?

11    A.   Yes.

12    Q.   Who were you on the phone with?

13    A.   With Pelón.

14    Q.   Was Pelón's girlfriend at the meeting?

15    A.   Yes.

16    Q.   And who was Pelón's girlfriend?

17    A.   Brenda.

18    Q.   What did you all discuss with Pelón during that meeting?

19    A.   Not a lot, just that we had already done the work.

20    Q.   And when you say "the work," what are you referring to?

21    A.   That we had committed a murder.

22    Q.   Did you discuss if there would be any promotions in rank

23    as a result of the murders?

24    A.   Yes.

25    Q.   Who was going to be promoted?
```

```
 1    A.   Calmado, Picoro and Little Gangster.

 2    Q.   Anyone else?

 3    A.   Tímido.

 4    Q.   Were they promoted that day?

 5    A.   I don't remember.

 6    Q.   And at that time, what rank was Little Gangster?

 7    A.   Chequeo.

 8    Q.   And what rank was Picoro at that time?

 9    A.   Chequeo.

10    Q.   And what rank was Calmado at the time?

11    A.   Chequeo.

12    Q.   And what about Tímido?

13    A.   Chequeo.

14    Q.   So what's the next rank above chequeo?

15    A.   Homeboy.

16    Q.   And is there a ceremony associated with becoming a

17    homeboy?

18    A.   Yes.

19    Q.   Do you know if Little Gangster ever became a homeboy?

20    A.   Yes.

21    Q.   And do you know if Picoro ever became a homeboy?

22    A.   Yes.

23    Q.   How do you know that Little Gangster and Picoro became

24    homeboys?

25    A.   Because I was there.
```

Mejía - direct                                            XV-92

```
1    Q.   Okay. Who else was there?

2    A.   Positivo, Guanaco and Advertencia.

3    Q.   And where did the promotion happen?

4    A.   Annapolis.

5    Q.   Where in Annapolis?

6    A.   I don't know the place. I only remember that it was a

7    park.

8    Q.   Okay. So you said you, Positivo, Guanaco and Advertencia

9    were there?

10   A.   Yes.

11   Q.   And what was your role in connection with the promotion?

12   A.   I counted.

13   Q.   Okay. What did Positivo do?

14   A.   Hit them.

15   Q.   What did Guanaco do?

16   A.   The same.

17   Q.   And Advertencia?

18   A.   Yes, same.

19   Q.   Now when they became homeboys, did they get a new

20   nickname or did they have the same nickname?

21   A.   New nickname.

22   Q.   Starting with Little Gangster, was that his new nickname

23   or his old nickname?

24   A.   New.

25   Q.   What was his old nickname?
```

```
 1    A.    Seco.

 2    Q.    And Picoro, was that his new nickname or his old

 3    nickname?

 4    A.    Old.

 5    Q.    And what was his new nickname after he became a homeboy?

 6    A.    Bastic.

 7    Q.    Did anyone else get promoted to homeboy that day?

 8    A.    Yes.

 9    Q.    Who else?

10    A.    Picoro.

11    Q.    Anyone other than Little Gangster and Picoro?

12    A.    On that day?

13    Q.    Yes, on that particular day.

14    A.    I don't remember anyone else who was jumped in.

15    Q.    Okay. I want to direct your attention to Government's

16    Exhibit 92-C. And I'll refer you to Page 2. Do you know what

17    this is?

18    A.    Yes.

19    Q.    What is it?

20    A.    A photo of us.

21    Q.    Okay. Who is the person squatting down towards the ground

22    with the white shirt?

23    A.    Me.

24    Q.    And what are you doing with your hands?

25    A.    Throwing the claw and the S.
```

```
 1    Q.   Okay. Now there are also six people standing. Do you see
 2    that?
 3    A.   Yes.
 4    Q.   And beginning on the right side which I'll mark, can you
 5    identify who the six people are, one at a time?
 6    A.   Yes.
 7    Q.   Okay, please begin with the person on the right.
 8    A.   Advertencia.
 9    Q.   Who is the next person?
10    A.   Positivo.
11    Q.   And who is the next person?
12    A.   Little Gangster.
13    Q.   And what's Little Gangster doing with his right hand?
14    A.   Throwing the claw.
15    Q.   Is that an MS-13 hand sign?
16    A.   Yes.
17    Q.   Who is the person next to Little Gangster?
18    A.   Tricky.
19    Q.   Who is the person next to Tricky?
20    A.   Tímido.
21    Q.   And who is the person next to Tímido?
22    A.   Maligno.
23    Q.   What is Maligno doing with his hands?
24    A.   The claw.
25    Q.   And what clique was Maligno in?
```

```
 1       A.    Hempstead.
 2       Q.    And what clique were the rest of the people in the
 3   photograph in?
 4       A.    Fulton.
 5       Q.    Directing your attention now to Page 4 of this exhibit.
 6   Do you recognize this photograph?
 7       A.    Yes.
 8       Q.    Is that the same group of people as before?
 9       A.    Yes.
10       Q.    And whose house was this, do you know?
11       A.    Where Little Gangster used to live.
12       Q.    And what part of Maryland is that in?
13       A.    Annapolis.
14       Q.    Directing your attention to Page 6 of this exhibit. Do
15   you recognize this photograph?
16       A.    Yes.
17       Q.    Are these the same people that were in the earlier
18   photograph?
19       A.    Yes.
20       Q.    And then I'll direct your attention to Page 8 of this
21   exhibit. Do you recognize this photograph?
22       A.    Yes.
23       Q.    Who is in this photograph?
24       A.    I am and Positivo.
25       Q.    Do you know why you were at Little Gangster's house that
```

1    day?

2    A.   Yes.

3    Q.   Why?

4    A.   That was the day that Guanaco was going to leave and we

5    were there to speak with him.

6    Q.   Why was Guanaco going to leave?

7    A.   Because he had an arrest warrant.

8    Q.   And do you know where Guanaco was going to go?

9    A.   Yes.

10   Q.   Where was he going to go?

11   A.   North Carolina.

12   Q.   So other than the people that we saw in the earlier

13   photos, do you know if there was anyone else at the house that

14   day?

15   A.   Yes.

16   Q.   Who else was there?

17   A.   Guanaco.

18   Q.   Anyone else?

19   A.   And Catra.

20   Q.   Now you mentioned Guanaco was going to go to North

21   Carolina?

22   A.   Yes.

23   Q.   How was he going to figure out where to go?

24   A.   Because Lobo had offered him assistance to get there.

25   Q.   Lobo had offered Guanaco assistance?

```
1    A.   Yes.

2    Q.   Do you know what kind of assistance Lobo offered him?

3    A.   To go to be with another homeboy so that he could hide.

4    Q.   Now directing your attention to August of 2017, did

5    anything happen with the relationship between Guanaco and

6    Positivo?

7    A.   Yes.

8    Q.   What happened?

9    A.   Guanaco thought that Positivo was a rat.

10   Q.   And did Guanaco inform you of his thoughts?

11   A.   Yes.

12   Q.   Did Guanaco want to do something about that?

13   A.   Yes.

14   Q.   What did Guanaco want to do?

15   A.   He wanted us to kill Positivo.

16   Q.   And when you say "us," who are you referring to?

17   A.   To us, the members of the clique.

18   Q.   And did you agree that you needed to kill Positivo?

19   A.   No.

20   Q.   So what happened?

21   A.   We didn't believe that that was true.

22   Q.   And who was "we"?

23   A.   The majority of the clique.

24   Q.   And who specifically was involved in these discussions

25   where you say you didn't believe that that was true?
```

1    A.   Chango, myself, Little Gangster, and Advertencia.

2    Q.   Were you all homeboys at that point?

3    A.   Yes.

4    Q.   So what did the clique decide to do with the information

5    that Guanaco gave you?

6    A.   We had a meeting.

7    Q.   And what happened -- well actually first, who was at the

8    meeting?

9    A.   Advertencia, Positivo, Little Gangster, Lobo, and myself.

10   Q.   Was Lobo part of the Fulton clique?

11   A.   No.

12   Q.   Okay, but he was at the meeting anyway?

13   A.   Yes.

14   Q.   And where did that meeting occur?

15   A.   In Frederick.

16   Q.   Can you be a little more specific about where in

17   Frederick?

18   A.   In a hotel.

19   Q.   What did you guys talk about in relation to Guanaco and

20   Positivo?

21   A.   We called El Salvador. We explained to them the situation

22   that was taking place.

23   Q.   Now when you say you called El Salvador, did you call

24   members of MS-13 in El Salvador?

25   A.   Yes.

1    Q.   And what did the members of MS-13 in El Salvador tell

2    you?

3    A.   To verify very well things.

4    Q.   To verify very well what things?

5    A.   To figure out who was wrong --

6              THE INTERPRETER:  Interpreter correction.

7              THE WITNESS: Guanaco or Positivo.

8    BY MR. SMOLKIN:

9    Q.   And did you guys figure out who was wrong, Guanaco or

10   Positivo?

11   A.   Yes.

12   Q.   What did you figure out?

13   A.   Guanaco was wrong.

14   Q.   Okay. And were there any decisions reached as to Guanaco?

15   A.   Yes.

16   Q.   What decisions?

17   A.   We were going to kill him.

18   Q.   Did you need approval from leadership in El Salvador to

19   make that decision?

20   A.   Yes, we had already spoken of it.

21   Q.   That was the conversation with the people in El Salvador

22   on the phone?

23   A.   Yes.

24   Q.   Did you end up killing Guanaco?

25   A.   No.

```
 1    Q.    Do you know what happened to Guanaco?

 2    A.    Yes.

 3    Q.    What happened?

 4    A.    He was arrested.

 5          MR. SMOLKIN:  Your Honor, I think this may be a

 6    natural breaking point.

 7          THE COURT:  Ladies and gentlemen, we will take the

 8    afternoon break now. This break is going to be unusual in that

 9    it is going to last for 45 minutes. During this break, do not

10    discuss the case with anyone. Do not discuss it even among

11    yourselves. Do not allow yourselves to be exposed to any news

12    articles or reports that touch upon the case or the issue it

13    presents or any articles or reports that relate to any of the

14    participants in the case. Avoid all contact with any of the

15    participants in the trial. Do not make any independent

16    investigation of the law or the facts of the case. Do not look

17    up anything on the internet. Do not consult an encyclopedia or

18    a dictionary. 45 minutes. Feel free to go outside and enjoy

19    the warm temperature. They may be the last ones that you see

20    until about March. Take the jury out, please. 45 minutes.

21          (Jury exited the courtroom.)

22          THE COURT:  All right, we'll handle this issue, this

23    oral Motion to Suppress that Mr. Biddle has made.

24          MR. BIDDLE:  Could we excuse the witness?

25          THE COURT:  I'm going to explain something. We'll
```

1    handle this oral Motion to Suppress that Mr. Biddle has just

2    made in the normal way as if we were in a regular pretrial

3    motions hearing. Accordingly, although the defendant has made

4    the motion, it's really up to the Government to decide how

5    they want to proceed in terms of what proof they might want to

6    present in support of their position. I see a number of

7    possibilities, one of which is the presentation of evidence

8    from the gentleman who happens to be on the witness stand at

9    the moment. Or, you may wish to present some other evidence in

10   support of your position or at least do that initially.

11              **MR. BIDDLE:**  Your Honor, could I be heard briefly?

12              **THE COURT:**  Just wait until the Government responds

13   to what I've just put to them. All I really want to know in

14   that instant is do you want to start with this witness or with

15   something else?

16              **MR. CLARK:**  Well, Your Honor, I think it may make

17   sense to start with this witness.

18              **THE COURT:**  Okay.

19              **MR. CLARK:**  And then we can go from there as is

20   necessary.

21              **THE COURT:**  All right. Let me hear Mr. Biddle on the

22   private channel.

23              **(Conference on the private channel.)**

24              **THE COURT:**  The witness is unable to hear us.  Go

25   ahead, Mr. Biddle.

1          **MR. BIDDLE:**  So Your Honor, my concern is that this

2     situation also implicates, frankly, the witness'

3     communications with his attorney and then the communications

4     between the Government and his attorney. And of course I don't

5     know which Government attorney was the link, but Mr. Balter is

6     here. If prior to signing a cooperation agreement the witness

7     understood that if he could collect information it would

8     increase his value to the Government, then I think we're

9     getting into Sixth Amendment violation land. And the people

10    that we'd be talking about would be the communications that

11    occurred between the Government and defense counsel, and then

12    defense counsel and the witness.

13          It's common knowledge that before someone like Mr.

14    Mejía would start speaking, his attorney would make a proffer

15    to the Government about what substantial assistance he could

16    provide and there would be discussions that would occur about

17    that. And his attorney might well have spoken to the witness

18    and the witness may have decided based on his understanding of

19    what he could do to help himself that under those

20    circumstances he should talk to my client and elicit a very

21    incriminating confession. I think the case law if I could just

22    pull it up here --

23          **THE COURT:**  Well, this is all speculation on your

24    part, Mr. Biddle, number one. Number two, Mr. Balter is not a

25    competent witness in a circumstance such as this except in the

1    most extraordinary of circumstances. He represents the

2    witness. So I think it's extremely unlikely that we're going

3    to hear from him. We'll start with the Government. The motion

4    has been made. We'll see how the Government wants to handle

5    the suggestion that there was a Sixth Amendment violation here

6    and once the Government is finished with their proof, we'll

7    hear from you.

8              **MR. BIDDLE:**  Yes, Your Honor.

9              **(Private conference ends.)**

10             **MR. SMOLKIN:**  Your Honor, if I may just have one

11   moment.

12             **THE COURT:**  Let's put Mr. Balter on the private

13   channel along with all other counsel. Mr. Balter, please come

14   down in the well and approach Ms. Smith and get an electronic

15   device so that you can hear this.

16             **(Conference on the private channel.)**

17             **THE COURT:**  Mr. Balter, can you hear me?

18             **MR BALTER:**  I can hear you.

19             **THE COURT:**  All counsel can hear me?  Midstream in

20   this trial, Mr. Balter, the counsel for Mr. Portillo Rodríguez

21   has made a Motion to Suppress certain evidence.  And the

22   allegation he makes is that to permit your client to testify

23   in reference to certain admissions that he claims he heard

24   while in pretrial detention with one or more defendants on

25   trial would be to allow a violation of the speaking

 1    defendant's Sixth Amendment rights on the ground that your

 2    client at the time that he overheard this information, may

 3    have been an active cooperator or been under a continuing

 4    obligation to assist the Government by virtue of the terms of

 5    a plea agreement that he had entered into.  And further, he

 6    may even have been affirmatively tasked by the Government with

 7    interrogating or creating circumstances where it was likely

 8    that defendants on trial here would make incriminating

 9    statements.

10            We are about to conduct a hearing on the question of

11    whether or not testimony that this witness might otherwise be

12    ready to recite before the jury, should instead be suppressed.

13    Do you have any questions for me, Mr. Balter?

14            **MR. BALTER:**  Your Honor, first of all, this is the

15    first I'm aware of any events related to this. And I'm not

16    sure I have enough background to be able to comment.

17            **THE COURT:**  I'm not really asking you to comment. I

18    just want to make sure that you're in the loop.

19            **MR. BALTER:**  Well, I appreciate that, Your Honor.

20    And again, I think that this is all within the realm of my

21    client's overall agreement.  And to the extent that there is

22    some kind of insinuation that he was doing anything untoward

23    with violation of the rights of any other defendant, I'm just

24    not in the position to comment on.

25            **THE COURT:**  All right, not asking you to, but I just

1      felt that it was only fair that you have the context for

2      what's about to transpire here in open court. And that's where

3      we're going next.

4              My understanding is that the Government is calling

5      your client as their initial witness in relation to this

6      Motion to Suppress. Am I right about that, Mr. Clark?

7              **MR. CLARK:**  Yes, Your Honor.

8              **THE COURT:**  Okay. So that's the state of play. I

9      just wanted you to know where things stood, Mr. Balter.

10             **MR. BALTER:** I appreciate that, Your Honor.

11             **THE COURT:**  We'll go ahead and start rolling.

12             **MR. RUTER:**  Your Honor, could I be heard briefly?

13             **THE COURT:**  Mr. Ruter.

14             **MR. RUTER:**  As to Mr Sandoval Rodríguez, it had been

15     my intentions, whether they were misdirected or not, to

16     question this person as to whether or not he had been directed

17     by Government agents to elicit information from Mr. Sandoval

18     Rodríguez knowing at least from my understanding of the law

19     that that is a prerequisite of there being a Sixth Amendment

20     violation, at least again, that's my understanding. And so I

21     want the Court to know we're joining in Mr. Portillo

22     Rodríguez's objection. I simply wasn't going to go about it

23     the way that Mr. Biddle is proceeding.

24             **THE COURT:**  Well, I understand you join the motion

25     and you'll be given the opportunity to cross-examine witnesses

 1    just as will Mr. Biddle be given that opportunity. Is there

 2    any suggestion from the Government that Mr. Joya Parada or Mr.

 3    Sorto-Romero made similar statements and would you be offering

 4    the same, Mr. Clark?

 5            **MR. CLARK:**  Just one moment, Your Honor. I don't

 6    think there are any statements from Mr. Joya Parada that we're

 7    eliciting from this witness.

 8            **THE COURT:**  And what about Mr. Sorto-Romero?

 9            **MR. CLARK:**  No, I don't think we have any statements

10    made by Mr. Sorto-Romero in jail either.

11            **THE COURT:**  Okay. So the motion is of record, oral

12    as it is. We'll come off the private channel and begin this

13    hearing.

14            **(Private conference ends.)**

15            **THE COURT:**  Mr. Smolkin, in reference to the oral

16    Motion to Suppress, call your first witness.

17            **MR. SMOLKIN:**  Yes, Your Honor. The Government calls

18    Darwin Arias Mejía.

19            **THE COURT:**  Mr. Mejía has been on the witness stand

20    all day. He is already under oath. Do you understand you're

21    under oath, Mr. Mejía?

22            **THE WITNESS:**  Yes.

23            **THE COURT:**  Mr. Smolkin.

24            **D I R E C T   E X A M I N A T I O N**

25    BY MR. SMOLKIN:

Mejía - direct (Motion to Suppress)                    XV-107

1    Q.    Mr. Mejía, were you arrested and charged with a crime?

2    A.    Yes.

3    Q.    When were you arrested?

4    A.    September of 2017.

5    Q.    Were you charged in federal court with a crime?

6    A.    Yes.

7    Q.    And were you then taken into federal custody?

8    A.    Yes.

9    Q.    And approximately when did you go into federal custody?

10   A.    2018.

11   Q.    Were you cooperating with the Government when you went

12   into federal custody in 2018?

13   A.    No.

14   Q.    In your time in federal custody, before you were

15   cooperating, did you see any members of MS-13?

16   A.    Yes.

17   Q.    What members did you see?

18   A.    Most of the clique.

19   Q.    Such as who?

20   A.    Positivo, Little Gangster, Picoro, Advertencia, Chango,

21   Tímido, Silvestre. We were all there.

22   Q.    You were all together in federal custody?

23   A.    Yes.

24   Q.    Was anyone else from the clique there with you?

25   A.    Yes.

1    Q.   Who else?

2    A.   Calmado.

3    Q.   Okay. Now before you cooperated with the Government, did

4    you speak to the other members of MS-13?

5    A.   With who?  Inside or outside?

6    Q.   The people inside of the jail with you.

7    A.   Yes.

8    Q.   Did you speak to Little Gangster?

9    A.   Yes.

10   Q.   Did you have a conversation with Little Gangster about

11   someone named Jenni Lopez?

12   A.   Yes.

13   Q.   Did he tell you what happened with Jenni Lopez?

14   A.   Yes.

15   Q.   Approximately when did that conversation happen?

16   A.   Around 2018.

17   Q.   Were you cooperating with the Government when you had

18   that conversation with Little Gangster?

19   A.   No.

20   Q.   When did you plead guilty in this case?

21   A.   2019.

22   Q.   Do you remember what month of 2019?

23   A.   No.

24   Q.   Just one moment, Your Honor.

25              **THE COURT:**  Right. The Court will take judicial

1    notice of the date of the guilty plea in this case. What is

2    it?

3              **MR. SMOLKIN:**  December 13, 2019.

4              **THE COURT:**  December 13, 2019?

5              **MR. SMOLKIN:**  Yes, Your Honor.

6              **THE COURT:**  Anyone disagree?  I assume that the

7    docket reflects that.

8              **MR. SMOLKIN:**  Yes, Your Honor.

9              **THE COURT:**  Defense counsel are nodding their heads,

10   the Government says yes. The Court takes notice of that date

11   of guilty plea.

12             **MR. SMOLKIN:**  Your Honor, no further questions at

13   this time.

14             **THE COURT:**  Thank you. Mr. Biddle, then Mr. Ruter.

15             **MR. BIDDLE:**  Yes, thank you.

16                **C R O S S - E X A M I N A T I O N**

17   BY MR. BIDDLE:

18   Q.   Mr. Mejía, good afternoon.

19   A.   Good afternoon.

20   Q.   My name is Robert Biddle and I represent Milton Portillo

21   Rodríguez. Now you testified a few minutes ago that you

22   believe that you -- or that you spoke to my client, you had a

23   conversation with my client, is that what you had, about Jenni

24   Lopez?

25   A.   Yes.

```
 1    Q.    Tell His Honor, Judge Bredar, where that conversation

 2    took place.

 3    A.    At CDF.

 4    Q.    That's the Chesapeake Detention Facility, correct?

 5    A.    Yes.

 6    Q.    And where in the Chesapeake Detention Facility did you

 7    have this conversation?

 8              THE INTERPRETER:  The interpreter requests a

 9    repetition.

10              THE COURT:  Say it again.

11              THE WITNESS:  We were in the same yard -- in the

12    same unit.

13              THE COURT:  In the same unit.

14              THE WITNESS:  Yes.

15    BY MR. BIDDLE:

16    Q.    In fact, weren't you Mr. Portillo Rodríguez's cellmate in

17    2018?

18    A.    No, after that.

19    Q.    Okay. So did there come a time in 2018 where you became

20    his cellmate?

21    A.    No.

22    Q.    Okay. So is it your testimony that you were never Mr.

23    Portillo Rodriguez's cellmate?

24    A.    Yes, he was my celly.

25    Q.    He was your cellmate at some point?
```

1    A.   Yes.

2    Q.   Do you remember when that was?

3    A.   Around 2020.

4    Q.   So getting back to this conversation in the yard about

5    Jenni Lopez, the death of Jenni Lopez, what led you and Mr.

6    Portillo Rodríguez to speak about this subject?

7             **MR. SMOLKIN:**  Objection, Your Honor.

8             **THE COURT:**  Misstated. Restate your question. The

9    word was "unit," not "yard."

10            **MR. BIDDLE:**  Unit, yes, Your Honor.

11   **BY MR. BIDDLE:**

12   Q.   Directing your attention to the conversation that you

13   stated occurred in the yard at CDF --

14            **MS. RHODES:**  No, in the unit.

15            **THE COURT:**  In the unit.

16            **MR. BIDDLE:**  In the unit, I'm sorry, that took place

17   in the unit at CDF, where in the unit did the conversation

18   take place?

19            **THE WITNESS:**  When we were on Unit F.

20   **BY MR. BIDDLE:**

21   Q.   Unit --

22   A.   Unit F.

23   Q.   On the F, F unit?

24   A.   Yes.

25   Q.   And was this in a public area or private for the two of

1    you?

2    A.   In a cell.

3    Q.   Okay. And was there anyone else in the cell besides you

4    and my client, the defendant?

5    A.   No.

6    Q.   And tell the Court how it happened that you and the

7    defendant spoke about Ms. Lopez. What was the conversation?

8    A.   Because I asked him if he was sure it was 18th Street.

9    Q.   And then what do you remember that my client said?

10   A.   He told me yes.

11   Q.   What do you remember was said next?

12   A.   That he had seen -- he had seen a photo of her with a

13   member of 18th Street.

14   Q.   And then what was said?

15   A.   That he was 18th Street too.

16   Q.   And then what was said?

17   A.   And that they had killed her sister in El Salvador for

18   the same reason.

19   Q.   You said they?

20   A.   The Mara.

21   Q.   And who was it that said that they had killed her sister?

22   A.   Little Gangster.

23   Q.   What did you say, did you say anything then?

24   A.   Nothing. I just kept talking to him.

25   Q.   Well, if you kept talking, what did you say?

Mejía - cross  (Motion to Suppress)                    XV-113

```
 1    A.   I can't remember exactly what I said.

 2    Q.   You know this is an important conversation?

 3    A.   Yes.

 4    Q.   Okay. Do you remember anything else my client said in

 5    that conversation?

 6    A.   Yes.

 7    Q.   What else did he say?

 8    A.   That he had killed her, Jennifer Lopez.

 9    Q.   That who had killed her?

10    A.   Him and other members of the clique.

11    Q.   And how long had the conversation gone on between you and

12    my client, the defendant, in the unit, the cell, before he

13    said that he had killed Jenni Lopez?

14    A.   He was with me all night in the cell.

15    Q.   So this was a very long conversation?

16    A.   It wasn't just that. We talked about a lot of things.

17    Q.   There were many things that the two of you discussed,

18    correct?

19    A.   Yes.

20    Q.   And you're just telling us right now the parts that

21    relate to Jenni Lopez; is that correct?

22    A.   Yes.

23    Q.   You mentioned at the start of my questions that your

24    first question was about -- to my client, the defendant, about

25    18th Street. Correct?
```

1   A.   I don't know. I don't remember if that was the first

2   thing I asked him, but I do remember we talked about that.

3   Q.   Is it fair to say that you started asking him about 18th

4   Street in this conversation?

5   A.   Not just about 18th Street. I asked him about her.

6   Q.   So you asked my client about Jenni Lopez, correct?

7   A.   Yes.

8   Q.   And that was before my client said anything to you in

9   this conversation in the unit about Jenni Lopez, correct?

10  A.   Yes.

11  Q.   So this conversation was a while ago, correct?

12  A.   Yes.

13  Q.   And when you were asked by Mr. Smolkin you said the date

14  was around 2018, correct?

15  A.   Yes, I said that.

16  Q.   Okay. So could around 2018 be 2019?

17          **MR. SMOLKIN:**  Objection, Your Honor.

18          **THE COURT:**  Overruled. You may answer.

19          **THE WITNESS:**  Yes.

20  **BY MR. BIDDLE:**

21  Q.   So 20 -- this conversation could have occurred in 2019,

22  correct?

23  A.   2018 or 2019.

24  Q.   Okay. So let's talk about what it was like outside. Was

25  it cold or warm outside when you had this conversation with

1    the defendant?

2    A.   I don't remember.

3    Q.   Now at this point in time, you were a defendant that was

4    charged in the case awaiting trial, correct?

5    A.   Yes.

6    Q.   And you had entered a plea of not guilty, correct?

7    A.   No.

8    Q.   You had not entered a plea of not guilty?

9    A.   No.

10   Q.   Were you aware that you had a choice of whether to plead

11   guilty or go to trial?

12   A.   Repeat the question.

13   Q.   Mr. Mejía, were you aware at the time of the conversation

14   with my client about Jenni Lopez that you had a choice whether

15   to plead guilty or go to trial?

16   A.   No.

17   Q.   You weren't aware that you had a choice?

18   A.   No.

19          **MR. BIDDLE:** One moment please, Your Honor. Court's

20   indulgence.

21          **MR. BIDDLE:**  Thank you, Mr. Mejía. Thank you, Your

22   Honor.

23          **THE COURT:**  Mr. Ruter.

24          **MR. RUTER:**  Thank you, Your Honor.

25   **BY MR. RUTER:**

1    Q.   Mr. Mejía, good afternoon. I represent Mr. Sandoval

2    Rodríguez.

3    A.   Good afternoon.

4    Q.   Thank you. Mr. Mejía, do you believe that Mr. Sandoval

5    Rodríguez ever admitted to you that he had participated in the

6    murder of Jenni Lopez?

7    A.   No.

8    Q.   Did Mr. Sandoval Rodríguez ever admit to you that he

9    participated in any murder at all?

10   A.   No.

11        **MR. RUTER:** Just because the discovery, Your Honor,

12   is murky. I think with that I have no further questions.

13        **THE COURT:**  Thank you. Mr. Curlett, I take it no

14   questions?

15        **MR. CURLETT:**  No questions, Your Honor.

16        **THE COURT:**  Mr. Adams, Mr. Balarezo, I take it no

17   questions?

18        **MR. ADAMS:**  No questions.

19        **THE COURT:**  Redirect.

20        **MR. SMOLKIN:**  Your Honor, we just ask the Court to

21   take judicial notice that the arraignment date was the same

22   date of the guilty plea in this case.

23        **THE COURT:**  He hadn't been arraigned prior to --

24   okay.

25        **MR. SMOLKIN:**  Yes, Your Honor.

1          **THE COURT:**  Defense counsel have any quarrel with

2    that?  He's not arraigned until his guilty plea. In other

3    words, it was not a rearraignment, it was an arraignment when

4    he pled guilty. Any difference with that?

5          **MR. SMOLKIN:**  Your Honor, it's ECF 737.

6          **THE COURT:**  I'll take notice of that, unless counsel

7    object. No one does. All right, Court takes notice of that.

8    Any redirect?

9          **MR. SMOLKIN:**  No thank you, Your Honor.

10          **THE COURT:**  Take the witness out, please.

11          **(Witness exits the courtroom.)**

12          **THE COURT:** Any further evidence on this motion from

13    the Government?

14          **MR. CLARK:**  Your Honor, I think in light of what the

15    witness has said there's no issue. I think that it's clear

16    this conversation happened before he cooperated with the

17    Government and so --

18          **THE COURT:**  You're trying to get a hint of a ruling

19    before you decide whether to call another witness. I mean,

20    it's a little trick.  I used to use it myself, but --

21          **MR. CLARK:**  I'm not inclined to spend extra time --

22          **THE COURT:**  Do you have any more evidence?

23          **MR. CLARK:**  I'm not inclined to, like, call extra

24    witnesses if we don't need to, Your Honor, but if we need to

25    we would call Alicia Zimmerman to just explain that no one had

 1    ever told Mr. Mejía to have any conversations with Mr.

 2    Portillo Rodríguez or anyone else.

 3            THE COURT:  I don't make choices for the Government

 4    on who they put on and who they don't put on.

 5            MR. CLARK:  All right, we'll call Special Agent

 6    Zimmerman.

 7            THE COURT:  Ms. Zimmerman, please come forward.

 8            MR. SMOLKIN:  She's in the hallway, Your Honor.

 9            THE COURT:  Oh, okay.

10            MS. RHODES:  Your Honor, could we take a brief

11    break?

12            MR. CLARK:  I mean, we're going to ask her three

13    questions.

14            THE COURT:  Is it physiologically necessary or

15    something -- because you want to talk to somebody?

16            MS. RHODES:  No, it's Mr. Portillo Rodríguez would

17    like a break for using the facilities.

18            THE COURT:  Well, I'm trying to honor my commitment

19    to the jury here. But just does anyone else need to use the

20    restroom?

21            MR. CURLETT:  Our client does, Your Honor.

22            THE COURT:  All right, ten minutes.

23            **(Recess was taken.)**

24            THE COURT:  Ma'am, you may take the witness stand.

25    Please raise your right hand, face our clerk.

1          **(Witness, sworn.)**

2          **THE CLERK:** Please pull your microphone, state your

3     name for the record.

4          **THE WITNESS:** Alicia Zimmerman.

5          **THE COURT:** Your witness.

6          **MR. STENDIG:** Thank you, Your Honor.

7          **D I R E C T   E X A M I N A T I O N**

8     **BY MR STENDIG:**

9     Q.   Good afternoon.

10    A.   Good afternoon.

11    Q.   Are you a special agent with the FBI?

12    A.   Yes, I am.

13    Q.   How long have you been doing that?

14    A.   17-and-a-half years.

15    Q.   Are you the case agent assigned to United States v.

16    Portillo Rodríguez, et al?

17    A.   Yes, I am.

18    Q.   In connection with that have you been present for the

19    trial in this matter?

20    A.   Yes.

21    Q.   Were there any points where you were not present in the

22    courtroom for the trial in this matter?

23    A.   No.

24    Q.   Were you here today when Mr. Mejía was testifying outside

25    of the presence of the jury?

1    A.    No, I was not.

2    Q.    Is that because you were asked to leave the courtroom?

3    A.    That's correct.

4    Q.    Directing your attention now to February 24th of 2020,

5    were you in a proffer session with Darwin Mejía on that day?

6    A.    I was.

7    Q.    And was that the first time that you learned about a

8    conversation between Mr. Mejía and Mr. Portillo Rodríguez?

9    A.    Yes.

10   Q.    Was that regarding a potential confession with regard to

11   Jenni Lopez and the murder in that case?

12   A.    That's correct.

13   Q.    And prior to that had you ever -- prior to that date,

14   February 24th of 2020, had you ever heard about this

15   conversation?

16   A.    No.

17   Q.    And prior to that date had you ever directed Mr. Mejía to

18   have a conversation with Mr. Portillo Rodríguez regarding the

19   murder of Jenni Lopez?

20   A.    No, I did not.

21   Q.    Prior to that date had you ever threatened Mr. Mejía in

22   order to get him to have a conversation with Mr. Portillo

23   Rodríguez regarding the murder of Jenni Lopez?

24   A.    Absolutely not.

25   Q.    What, if any, promises did you make to Mr. Mejía

1    regarding any conversation that he might have with Mr.

2    Portillo Rodríguez?

3    A.   I never made any promises.

4    Q.   So did you ever direct him to gain a confession from Mr.

5    Portillo Rodríguez at any point?

6    A.   No.

7    Q.   And did you offer him any money if he was to get a

8    confession from Mr. Portillo Rodríguez?

9    A.   No.

10   Q.   When you were with Mr. Mejía, did anybody else from FBI

11   do that?

12   A.   No.

13   Q.   And were you with Mr. Mejía the whole time that he was

14   there?

15   A.   Yes.

16   Q.   And, in fact, did you transport him to that proffer as

17   well?

18   A.   Yes.

19        **THE COURT:**  Prior to February 20, 2020, did you

20   direct Mr. Mejía to have a conversation with or to attempt to

21   gather any evidence on your behalf from any member of the

22   conspiracy that you now understand to be on trial in this

23   courtroom?

24        **THE WITNESS:**  No.

25        **THE COURT:**  To your knowledge did any of your fellow

 1   investigators make such a request or give such a direction?

 2           THE WITNESS:  No.

 3   BY MR. STENDIG:

 4   Q.   What, if any, preparation did you do for this hearing?

 5   A.   I skimmed a 302 that was very long, and that was about

 6   it.

 7           MR. STENDIG:  Your Honor, we have no further

 8   questions.

 9           THE COURT:  Cross.

10              C R O S S - E X A M I N A T I O N

11   BY MR. BIDDLE:

12   Q.   Good afternoon, Special Agent.

13   A.   Good afternoon.

14   Q.   My name is Robert Biddle and I represent -- I'm one of

15   the two attorneys for the defendant, Mr. Milton Portillo

16   Rodríguez. You were present for an interview of the defendant

17   on November 19th; is that correct, 2019?  You wrote a 302?

18   A.   I would have to look at the 302.

19   Q.   Okay.

20           THE COURT:  Hand it to the clerk -- just put it on,

21   you can.

22           MR. BIDDLE:  All right.

23           THE COURT:  Just back it out so we can see the top

24   of it.

25   BY MR. BIDDLE:

 1    Q.   All right, Special Agent, if you could take a look at --

 2    can you read what's marked at Paragraph 2 here, a few months

 3    after the Frederick murder?

 4    A.   Could you zoom in a little bit?

 5    Q.   Okay.

 6              THE COURT:  Now bring it up, the device.

 7              MR. BIDDLE:  I'm sorry, Your Honor?

 8              THE COURT:  No, you have to move it on the -- you

 9    were fine. Zoom it in. Let Mr. Smolkin do it.

10              MR. BIDDLE:  Thank you.

11    BY MR. BIDDLE:

12    Q.   Special Agent, can you read Paragraph 2 here?

13    A.   Yes, now I can.

14    Q.   Okay, please.

15    A.   Read it to myself?

16    Q.   Yes, read it to yourself, please.

17    A.   Okay.

18    Q.   So is your recollection refreshed as to whether there was

19    a discussion about the witness, Mr. Mejía, hearing something

20    about the murder of Jenni Lopez?

21    A.   Yes.

22    Q.   Okay. And that this subject was discussed on November 25,

23    2019?

24    A.   Yes.

25    Q.   And is it fair to say that the witness stated that he was

 1    told about the murder by someone who participated?

 2              **MR. STENDIG:**  Objection, Your Honor.  This is not

 3    relevant to the conversation within the Chesapeake Detention

 4    Facility.

 5              **THE COURT:**  Yeah, how is it?

 6              **MR. BIDDLE:**  I'm trying to find that out, Your

 7    Honor.

 8              **THE COURT:**  Well, all right.  Overruled.

 9              **MR. BIDDLE:**  Okay.

10    **BY MR. BIDDLE:**

11    Q.   Special Agent, so you knew on November 25th that this

12    witness had spoken to someone who had participated in this

13    murder, correct?

14    A.   Yes.

15    Q.   And the witness did not identify that person's name, did

16    they?

17    A.   No, they did not.

18    Q.   And they did not identify where they had this

19    conversation or when?

20    A.   Correct.

21    Q.   Okay. For all you know it might have occurred the day

22    before?

23              **MR. STENDIG:**  Objection.

24              **THE COURT:**  Calls for speculation. Sustained.

25    **BY MR. BIDDLE:**

1   Q.   Do you have any idea, Special Agent -- did you have any

2   idea, Special Agent, on November 25, 2019 when the witness had

3   this conversation about the murder that's in your report?

4   A.   No.

5   Q.   Okay. So there was another conversation about that

6   conversation on November -- I'm sorry, on February 24, 2020,

7   correct?

8   A.   Yes.

9   Q.   Three months later; is that right?

10  A.   Yes.

11  Q.   And in this later conversation according to --

12          MR. STENDIG:  Objection, Your Honor.  I think on the

13  24th we're talking about the jailhouse conversation, here

14  there seems to be a different conversation entirely. The

15  relevance objection still stands.

16          THE COURT:  Well, it may not be clear in the record

17  but it's clear in my mind exactly where we are. So overruled.

18  I don't -- I have no confusion.

19  BY MR. BIDDLE:

20  Q.   On February 24th, compared with the conversation on

21  November 25th, did Mr. Mejía, the witness, provide more

22  details about the Jenni Lopez murder?

23  A.   Yes.

24  Q.   And did he, in fact, identify a person who he stated had

25  been at the murder?

1    A.   Yes.

2    Q.   And that was my client, Little Gangster, correct?

3    A.   Correct.

4    Q.   And he stated in the February 24th interview that he had

5    spoken to Little Gangster while he was in custody, correct?

6    A.   That's correct.

7    Q.   And that's in your report with the language later in

8    jail, correct?

9    A.   Yes.

10            **THE COURT:**  Go tell the jury it's going to be

11   another 15 minutes.

12   **BY MR BIDDLE:**

13   Q.   Is it fair to say, Special Agent, that your report does

14   not provide a date that the witness provided for his

15   conversation with Little Gangster in the jail?

16   A.   Correct.

17   Q.   So at the time of that interview -- well, let me back up

18   for a second. You put in all relevant information into this

19   report, correct?

20   A.   Yes.

21   Q.   You're a thorough agent, correct?

22   A.   I like to think so.

23   Q.   Yeah. For 17-and-a-half years?

24   A.   Right.

25   Q.   All right. So there's nothing in here about a date,

1    correct?

2    A.   Correct.

3    Q.   You didn't know on February 24, 2020 when the witness,

4    Mejía, spoke to my client in the jail, did you?

5    A.   No.

6    Q.   So based on these reports, these 302s, November 25, 2019

7    and February 24, 2020, you don't know when, whether it's 2018

8    or 2019 when this conversation occurred, if it did, between

9    the witness, Mejía, and the defendant, Little Gangster?

10   A.   Correct.

11   Q.   Okay. As far as any instructions that were given, these

12   cases originally started as state cases, didn't they?

13   A.   Yes.

14   Q.   In fact, Mr. Mejía, the witness, was charged in state

15   court in 2018, right?

16   A.   Not sure of the exact date, but yes, he was originally

17   charged in state court.

18   Q.   And there were a bunch of people -- sorry, correct that.

19   A bunch of deputies from the Frederick County sheriff's office

20   that were investigating him, correct?

21   A.   Investigating --

22   Q.   Mr. Mejía for murder in Frederick County, correct?

23   A.   Correct.

24   Q.   And, in fact, they reached out and tried to contact Mr.

25   Mejía, correct?

```
1    A.   I'm not sure.

2    Q.   Well, they had contact with Mr. Mejía, didn't they?

3    A.   Could you repeat that?

4         MR. STENDIG:  Objection, Your Honor.

5         THE COURT:  There's an objection. What's the

6    objection?

7         MR. STENDIG:  Relevance as to whether or not

8    Frederick tried to contact Mr. Mejía.

9         MR. BIDDLE:  Could I respond, Your Honor?

10        THE COURT:  Yup.

11        MR. BIDDLE:  So the witness has testified that no

12   one under her direct control or herself gave any instructions

13   to the witness, but we have no idea whether anybody from

14   Frederick County did.

15        THE COURT:  Do you know if anyone from Frederick

16   County gave such an instruction?

17        THE WITNESS:  I don't know.

18        THE COURT:  She doesn't know.

19        MR. BIDDLE:  She doesn't know either way.

20        THE COURT:  Next topic.

21        MR. BIDDLE:  Nothing further, Your Honor.

22        THE COURT:  Redirect?

23        MR. STENDIG:  No, Your Honor.  Thank you.

24        THE COURT:  May the witness be excused for purposes

25   of this hearing?
```

1            **MR. BIDDLE:**  Yes, Your Honor.

2            **THE COURT:**  She's excused.  Mr. Ruter, did you want

3     to question her?

4            **MR. RUTER:**  No thank you, Judge.

5            **THE COURT:**  Okay. Ma'am, you are excused and

6     accordingly you may just take a seat in the courtroom or go

7     play golf. It's nice out there.

8            **(Witness excused.)**

9            **THE COURT:** Any other evidence from the Government?

10           **MR. CLARK:**  No, Your Honor.

11           **THE COURT:**  Mr. Biddle, any evidence?

12           **MR. BIDDLE:**  May I confer with my co-counsel?

13           **THE COURT:**  Yeah.

14           **MR. BIDDLE:**  No evidence from Mr. Milton Portillo

15    Rodríguez, Your Honor.

16           **THE COURT:**  I'll hear your argument, Mr. Biddle.

17           **MR. BIDDLE:**  Well, Your Honor, here it's clear --

18    first of all, my understanding of the case law is there's two

19    main factors. Who elicited the statement, in other words, the

20    role of the jailhouse informant in eliciting the information,

21    and secondly what was the Government's connection, if any, to

22    the elicitation of the statement. And first of all, I think it

23    was clearly established in cross-examination that it was the

24    witness, Mr. Mejía, who probed and pressed in a lengthy

25    conversation that went on for hours and hours, one-on-one in a

1    cell with my client in CDF to speak about this murder of Jenni

2    Lopez. He admitted that he was the one that initiated it and

3    they talked about a lot of things and it went on and on. So I

4    think in terms of the elicitation prong, we've shown our case.

5         I think in terms of the second point, I don't think

6    the record is clear for the Government to show that this

7    conversation took place during a time frame when the witness

8    was not cooperating, not negotiating a plea agreement, et

9    cetera. He said it could be 2018, it could be 2019. He didn't

10   recall when during the year. It's clear that in November 2019

11   no one tried to figure out when and what the circumstances

12   were about the witness learning from someone who claimed that

13   they had been present for the murder, what the details of that

14   statement were. And then in 2020, in February 2020 when the

15   witness said hey, I spoke to Milton Portillo Rodríguez in

16   prison, in jail and he confessed, no one bothered to press him

17   on when that occurred or when the circumstances occurred.  And

18   the agent was unable to rule out the possibility that it took

19   place in the past few months.

20        I understand that the agent testified that she

21   didn't direct anybody and she wasn't aware of other people

22   directing him, but nonetheless, there are a lot of

23   opportunities here.  And it's clear with the incentives that

24   were offered to the witness to cooperate and the circumstances

25   around his guilty plea and the agreement that he signed, that

1    there is not enough certainty here to find that the

2    defendant's Sixth Amendment right to counsel was protected and

3    therefore, it should be suppressed and excluded. Thank you.

4              **THE COURT:**  Mr. Ruter, do you want to be heard?

5              **MR. RUTER:**  No.  Thank you, Your Honor.

6              **THE COURT:**  Thank you.  The Motion to Suppress is

7    denied. My factual findings are that the Government has

8    demonstrated that the defendant did not begin to cooperate and

9    affirmatively assist the Government until after the

10   conversation in question at the Chesapeake Detention Facility

11   had occurred.

12             In general, the picture is that the conversation

13   occurred probably in 2018, but maybe in 2019. The defendant

14   didn't plead guilty until December 13th of 2019. Yes, there

15   had evidently been a proffer session in November of 2019 that

16   comes at the very tail end of the period during which the

17   defendant -- excuse me, the witness indicates that it's

18   possible that the conversation in the jail occurred. What tips

19   the balance is the witness' recollection that -- and it was a

20   very specific and definite answer that he had the conversation

21   about Jenni Lopez with Little Gangster before he began to

22   cooperate with the Government. And there's really no other

23   evidence in this record, some speculation maybe, theoretical

24   in terms of some of these dates, but not enough to refute that

25   statement of the witness which is the most powerful piece of

1    evidence. It's all shorn up by the testimony of the FBI agent

2    who describes the sequence of how the plea went down and then

3    the cooperation began.

4         Most significantly, there's no evidence in this

5    record that the Government ever tasked the defendant -- at

6    least during the relevant period -- tasked the witness during

7    the relevant period with gathering evidence from any

8    defendant, including Portillo Rodríguez.

9         I cite the parties to the opinion deciding *United*

10   *States vs. Palacios* P-a-l-a-c-i-o-s reported at 677 F.3d 234,

11   an opinion of our Court of Appeals here in the Fourth Circuit

12   in 2012. And I quote, "to determine whether an informant was

13   acting as a Government agent at the time he spoke with the

14   defendant, the Court must look at all of the circumstances to

15   determine whether the informant's actions are fairly

16   attributable to the Government."

17        When I look at the evidence that's before me in this

18   motions hearing, I do not find that the actions of the

19   informant are fairly attributable to the Government for the

20   reasons that I've just indicated. The Court of Appeals goes on

21   to say, quote, "we have never held that a jailhouse informant

22   was acting as a Government agent in the absence of specific

23   instructions from the Government of promises from the

24   Government prior to the informant's conversations with an

25   accused person."

1        There is no evidence of that circumstance in this

2   case. I also rely on the authority set out in *United States*

3   *vs. Lentz*, 524 F-3d 501, Fourth Circuit 2008, with an even

4   sort of closer fact pattern. And yet the Circuit still for the

5   reasons it explains in the opinion, finds no Sixth Amendment

6   violation. As I indicated, the Motion to Suppress is denied.

7        So Ms. Smith, although I told them 15 minutes, 7 or

8   8 minutes ago, why don't we see if they can't be lined up and

9   brought in.

10        **MR. BIDDLE:**  Your Honor, could I be heard just

11   briefly?  Very briefly, one minute. I just want to thank the

12   Court for entertaining this belated motion.

13        **THE COURT:**  You're welcome.

14        **MR. BIDDLE:**  I'm doing the best I can coming in here

15   late.

16        **THE COURT:**  Well, you know, Mr. Biddle, there's two

17   -- go ahead, let's find out what the jury -- the point I want

18   to make with you is that, you know, Courts set motions

19   deadlines, hope that lawyers will do their best to comply with

20   them and your client did have very good counsel through the

21   entire sort of pretrial phase of this case. Your own

22   participation, yes, has only been more recently, but I have

23   great confidence in both Mr. Hazlehurst and Ms. Rhodes. So,

24   you know, he was well represented in that phase of the case.

25        There's another factor that comes into play if

1     there's inadmissible evidence in the record that's a problem.

2     So we deal with it no matter when the issue is raised. And

3     that's largely why I've handled this in the way I have. This

4     had to be cleared up.

5           **MR. BIDDLE:**  Thank you, Your Honor. The other

6     request is just to avoid any waiver issues, if I could just

7     have a continuing objection so I don't have to renew it when,

8     in fact, the confession comes out in court.

9           **THE COURT:**  Yeah, well I think that's implicit in

10    federal court. I don't think you have to make that argument or

11    that reservation, but if you do, you have it.

12          **MR. BIDDLE:**  Thank you very much, Your Honor.

13          **THE COURT:**  Is the jury ready?  Let's call for the

14    witness.

15          **(Witness resumes the stand.)**

16          **(Jury reenters the courtroom.)**

17          **THE COURT:**  Be seated, please. The witness remains

18    under oath. Mr. Smolkin, you may continue.

19          **MR. SMOLKIN:**  Thank you, Your Honor.

20      **C O N T I N U E D   D I R E C T   E X A M I N A T I O N**

21    **BY MR. SMOLKIN:**

22    Q.   Good afternoon, Mr. Mejía.

23    A.   Good afternoon.

24    Q.   When we last spoke, we were talking about some nicknames.

25    A.   Yes.

1     Q.   You mentioned that Little Gangster and Picoro received

2     new nicknames. Do you remember that?

3     A.   Yes.

4     Q.   Do you know whether Calmado received a new nickname at

5     some point?

6               **MR. CURLETT:**   Objection, lack of foundation. Facts

7     not in evidence. No testimony concerning any promotion related

8     to Calmado.

9               **THE COURT:**   Sustained. Let's hear a foundation.

10              **MR. SMOLKIN:**   I'll come back to that subject, Your

11    Honor.

12              **THE COURT:**   Yes. Next question.

13    **BY MR. SMOLKIN:**

14    Q.   Mr. Mejía, were you arrested at some point?

15    A.   Yes.

16    Q.   And when were you arrested?

17    A.   2017.

18    Q.   And were you charged federally at some point?

19    A.   Yes.

20    Q.   Were you in federal custody?

21    A.   Yes.

22    Q.   And did you cooperate with the Government right away?

23    A.   No.

24    Q.   Did you continue to be involved in MS-13 when you were

25    incarcerated?

```
 1     A.   Yes.

 2     Q.   Were there any other members of MS-13 who were in jail

 3     with you?

 4     A.   Yes.

 5     Q.   What other members?

 6     A.   The majority of the clique.

 7     Q.   And who did that consist of, specifically?

 8     A.   Positivo, Little Gangster, Picoro, Advertencia, Chango,

 9     Mole, Calmado, Tímido, Silvestre, and Títere and there were

10     several.

11     Q.   Okay. And did you communicate with those people while you

12     were in jail?

13     A.   Yes.

14     Q.   Did you communicate with Little Gangster?

15     A.   Yes.

16     Q.   Are you familiar with a person by the name of Jenni

17     Lopez?

18     A.   Yes.

19     Q.   Did you have any conversations with Little Gangster while

20     you were in jail about Jenni Lopez?

21     A.   Yes.

22     Q.   And was that before you began cooperating with the

23     Government?

24     A.   Yes.

25     Q.   Can you please describe the conversation you had with
```

```
 1        Little Gangster about Jenni Lopez.

 2   A.   I asked him if it was true that that woman was really a

 3   true 18th Street.

 4   Q.   And when you refer to "that woman," who are you referring

 5   to?

 6   A.   Jenni.

 7   Q.   And how did Little Gangster respond?

 8   A.   He said yes, they had seen pictures of her with other

 9   members of 18th Street.

10   Q.   And when you say "they," who was he referring to as they?

11   A.   Members of 18th Street.

12   Q.   In connection with what Little Gangster told you about

13   Ms. Lopez, did he provide any more detail?

14   A.   Yes.

15   Q.   What additional detail did he tell you?

16   A.   I asked him if he was really sure that she was affiliated

17   with 18th Street and he said she had a tattoo that had the

18   number 18.

19   Q.   And did Little Gangster tell you what happened to her?

20   A.   Yes.

21   Q.   What did he tell you?

22   A.   That Brenda was used to get in touch with her to meet in

23   a place.

24   Q.   And did he say why Brenda was used to do that?

25   A.   Because Jenni was a lesbian.
```

Mejía - direct                                                    XV-138

```
 1     Q.   Did he tell you anything after what he told you about
 2     Brenda?
 3     A.   Yes.
 4     Q.   What did he tell you?
 5     A.   That Chapin and Brenda picked her up and afterwards they
 6     went by to pick him up.
 7     Q.   And when you say "him," who are you referring to?
 8     A.   Little Gangster.
 9     Q.   What else did Little Gangster tell you about what
10     happened?
11     A.   That he got into the car, told her they were going to
12     kill her and started to try to strangle her.
13     Q.   Little Gangster told you that that happened?
14     A.   Yes.
15     Q.   Did he tell you what else happened in the car?
16     A.   Yes, he told me that her stomach had been burned with a
17     cigarette.
18     Q.   Did he tell you who burned her stomach with a cigarette?
19     A.   Yes.
20     Q.   Who?
21     A.   Little Gangster.
22     Q.   What else did he tell you, if anything?
23     A.   That they got to the place where she was going to be
24     killed and after that, Guanaco got there with some more
25     members.
```

Mejia - direct                                        XV-139

1    Q.   Did Little Gangster tell you what other members were

2    there?

3    A.   Yes.

4    Q.   Who else was there, according to Little Gangster?

5    A.   Advertencia, Picoro, Silvestre, Tricky and Guanaco.

6    Q.   Did Little Gangster tell you if he was also there?

7    A.   Yes.

8    Q.   And did he tell you that he was?

9    A.   Yes.

10   Q.   Did he tell you what happened when the other members

11   arrived?

12   A.   Yes.

13   Q.   What did he tell you?

14   A.   She was killed.

15   Q.   Did he describe how she was killed?

16   A.   Yes.

17   Q.   What did he tell you?

18   A.   She had been dismembered.

19   Q.   Did he tell you who dismembered her?

20   A.   No.

21   Q.   Did he tell you what was used to dismember her?

22   A.   Yes.

23   Q.   What did he say?

24   A.   A machete.

25   Q.   Did he tell you what happened to her body after it was

1   dismembered?

2   A.   Yes.

3   Q.   What did he say?

4   A.   It was buried.

5   Q.   Did he tell you where this happened?

6   A.   Yes.

7   Q.   Where?

8   A.   In Annapolis.

9          **MR. SMOLKIN:**   May I have just one moment, Your

10  Honor?

11         **THE COURT:**   Yes.

12  **BY MR. SMOLKIN:**

13  Q.   Mr. Mejía, are you familiar with how to give tattoos?

14  A.   Yes.

15  Q.   Have you given tattoos to yourself?

16  A.   Yes.

17  Q.   Have you given tattoos to others?

18  A.   Yes.

19  Q.   Have you given tattoos that relate to MS-13?

20  A.   Yes.

21  Q.   Have you given tattoos to others while you've been in

22  jail?

23  A.   Yes.

24  Q.   How is it that you were able to give someone a tattoo

25  while you're in jail?

```
 1      A.   With a homemade machine.

 2      Q.   A homemade tattoo machine?

 3      A.   Yes.

 4      Q.   Can you please describe how it is that you made a

 5   homemade tattoo machine?

 6      A.   Yes.

 7      Q.   Please describe.

 8      A.   With a motor from a CD player.

 9      Q.   And you did this while you were in federal custody?

10      A.   Yes.

11      Q.   Were you also able to make ink for tattoos?

12      A.   Yes.

13      Q.   How did you do that?

14      A.   With burned Vaseline.

15      Q.   And again, was this when you were in federal custody?

16      A.   Yes.

17      Q.   Was this before you began to cooperate?

18      A.   Yes.

19      Q.   Now at some point later after you had begun to cooperate,

20   were you moved to a different facility?  And I don't want you

21   to name the facility.

22      A.   Yes.

23      Q.   Did you see any other current or former members of MS-13

24   at the new facility?

25      A.   Yes.
```

Mejía - direct                                              XV-142

```
1      Q.   Who did you see?

2      A.   Annunaki, Gringo and Sonpopo.

3      Q.   Did you tell any of them that you're cooperating with the

4      Government?

5      A.   No.

6      Q.   And did you talk to them about any testimony you were

7      going to give in this case?

8      A.   No.

9      Q.   So now going back to the time before you cooperated and

10     back to the tattoo conversation we were having, is it against

11     the rules of the facility to have a tattoo gun and tattoo ink?

12     A.   Yes.

13     Q.   Now after you made the tattoo machine, what did you do

14     with it?

15     A.   I put it away.

16     Q.   Did you ever use it?

17     A.   Yes. I continued to use it.

18     Q.   Did you ever give it to any other members of MS-13 to

19     use?

20     A.   Yes.

21     Q.   And did you use the tattoo gun to give anyone a tattoo?

22     A.   Yes.

23     Q.   Who?

24          MR. BIDDLE:   Objection, private channel.

25          THE COURT:   Private channel.
```

```
 1              (Conference on the private channel.)

 2          MR. BIDDLE:  Your Honor, we have I guess a standing

 3    objection to --

 4          THE COURT:  I'll speak first, Mr. Biddle. My first

 5    question is -- someone on the Government side refresh my

 6    recollection as to the end date on the racketeering conspiracy

 7    count in the seventh superseding indictment.

 8              MR. SMOLKIN:  Your Honor, the end date is 2017.

 9          THE COURT:  Thank you. Mr. Biddle.

10          MR. BIDDLE:  Yes, and I apologize, Your Honor. So we

11    have --

12          THE COURT:  Hold on just a second. Interpreters,

13    we're picking you up, we're picking you up on the microphone.

14    Thank you. Go ahead, Mr. Biddle.

15          MR. BIDDLE:  Yes, Your Honor.  We have a standing

16    objection to testimony about after acquired tattoos.  That is

17    to say tattoos that our client received once he was

18    incarcerated.  They're not in the course of in furtherance of

19    the conspiracy that's charged in the case.

20          THE COURT:  So we're clarifying that record right

21    now and I understand what the defendant's position is. I take

22    it that the Government's position is that the continued

23    involvement with the receiving and delivering of MS-13 tattoos

24    is in the nature of admissions, even though they are

25    post-conspiratorial statements or acts?
```

1           **MR. SMOLKIN:**  Yes, Your Honor. In our motion

2    pretrial we cited several cases for the proposition that

3    conduct occurring even after the time period charged in the

4    conspiracy is still relevant for proving the existence of the

5    conspiracy and membership in that conspiracy. So I think that

6    the after acquired tattoos, even though they're outside the

7    range of 2017, are still relevant and admissible and certainly

8    the witness can be crossed on when the tattoos were given.

9           **THE COURT:**  So my purpose right now is just to

10   further supplement the record. I mean, we've dealt with this

11   issue obviously previously and I assume that all defense

12   counsel agree that this has been previously raised and ruled

13   on. But I just wanted to make the record a little bit more

14   clear here in terms of now in the context of how the testimony

15   is being presented, exactly what the Government's theory is.

16   And Mr. Smolkin has just restated it.

17           Anything else?  Anything else, Mr. Biddle?  I

18   understand that all four defendants object to evidence of

19   after acquired tattoos even relating to MS-13 and of course

20   the Court's ruling only relates to MS-13 tattoos.  All four

21   defendants object to the admission of that evidence.

22           **MR. BIDDLE:**  That is the one remaining point, Your

23   Honor, is I don't think the record is clear as to whether he

24   gave my client or anybody else tattoos after he began

25   cooperating. And if he did, then he was essentially creating

1    evidence for the Government.

2           **THE COURT:**  Well, I think the testimony we heard so

3    far was that once he began cooperating he was moved.

4           **MR. BIDDLE:**  He was moved, that's correct, but we

5    don't know about the time frame there and we don't know

6    whether -- we don't know any details. It is true, absolutely.

7    At some point after he began cooperating he was moved, but we

8    don't know --

9           **THE COURT:**  Well, right now, subject to

10   cross-examination casting doubt on this, I find that the

11   tattooing that's relevant to the defendants in this case

12   occurred prior to the time that he began to cooperate and I

13   find based on the testimony that he upon his beginning to

14   cooperate, was moved to a different facility so he wouldn't

15   have had proximity to the defendants on trial.

16          **MR. SMOLKIN:**  Your Honor, one point of

17   clarification.  I believe he was actually moved facilities

18   several months after he began cooperating.  However, I thought

19   that I asked him whether this episode with the tattoos

20   occurred before his cooperation and my recollection was that

21   he said yes, it was before cooperation.

22          **THE COURT:**  Well, that's my recollection as well.

23   And all of that can be tested on cross, but that's my ruling

24   for now, subject to reconsideration if defendants present

25   evidence warranting that reconsideration. You have your

```
 1        standing objections.
 2                MR. BIDDLE:  Thank you, Your Honor.
 3                (Private conference ends.)
 4        BY MR. SMOLKIN:
 5        Q.  Mr. Mejía, I believe I asked whether you used the tattoo
 6        gun to give anyone tattoos.
 7        A.  Yes.
 8        Q.  Did you give tattoos to other members of MS-13?
 9        A.  Yes.
10        Q.  Who?
11        A.  Little Gangster.
12        Q.  Anyone else?
13        A.  Advertencia.
14        Q.  Anyone else?
15        A.  Positivo, Chango.
16        Q.  Any others?
17        A.  Um, Castigo.
18        Q.  With regard to Little Gangster, what tattoos did you give
19        him?
20        A.  On his body and on his arm.
21        Q.  Specifically what parts of his body?
22        A.  His chest and stomach.
23        Q.  And did you also say his arm?
24        A.  Yes.
25        Q.  Can you describe what kind of tattoos you gave him on his
```

 1  chest and stomach?

 2  A.   Yes.

 3  Q.   Can you please describe?

 4  A.   On his chest I did an MS and 13 and NSFLS.

 5  Q.   Was that -- I'm sorry was that NSFLS?

 6  A.   Yes.

 7  Q.   Okay. And please continue.

 8  A.   And the claw on his stomach. And LMS beside the claw, as

 9  well.

10  Q.   Did you give him any tattoos on his back?

11  A.   Yes.

12  Q.   Can you describe the tattoo that you gave him on his

13  back?

14  A.   Yes.

15  Q.   Please describe.

16  A.   Fulton Loco.

17  Q.   And I'm not sure if you mentioned this, but can you

18  please describe the tattoo that you gave on his arm?

19  A.   Yes, I did a lot of them on his whole arm.

20  Q.   And why did you give him these tattoos?

21  A.   Because he wanted it.

22  Q.   And he specifically wanted MS-13 tattoos?

23  A.   Yes.

24  Q.   Okay. Directing your attention to Government's Exhibit

25  970-A, do you see an image on the screen in front of you?

```
 1    A.   Yes.

 2    Q.   Do you know who that is?

 3    A.   Yes.

 4    Q.   Who is it?

 5    A.   Little Gangster.

 6    Q.   And in this photograph, does Little Gangster have any

 7    tattoos?

 8    A.   Yes.

 9    Q.   Does he have any tattoos that you gave to him?

10    A.   Yes.

11    Q.   Can you please identify starting with his chest, if you

12    gave him any of those tattoos.  And for the record, Your

13    Honor, the witness has circled an area on the chest of the

14    individual depicted in the photograph.

15              THE COURT:  It will so reflect.

16    BY MR. SMOLKIN:

17    Q.   Mr. Mejía, are those tattoos related to MS-13?

18    A.   Yes.

19    Q.   Now directing your attention to the stomach area of

20    Little Gangster, did you give him any of those tattoos?

21    A.   Yes.

22    Q.   Which ones?  For the record, Your Honor, the witness has

23    circled an area on the stomach of the individual depicted in

24    the photograph, not including the letters on the lower

25    stomach.
```

```
 1              THE COURT:  It will so reflect.

 2              MR. SMOLKIN: Thank you.

 3    BY MR. SMOLKIN:

 4    Q.   Mr. Mejía, are those tattoos related to MS-13?

 5    A.   Yes.

 6    Q.   What is the tattoo in the middle of the hand, what is

 7    that?

 8    A.   The claw.

 9    Q.   And looking at Little Gangster's hands, is he making any

10    hand gestures?

11    A.   Yes.

12    Q.   Do you recognize what those hand gestures are?

13    A.   Yes.

14    Q.   What are they?

15    A.   The claw and the S.

16    Q.   Now I'd like to direct your attention to Government's

17    exhibit 970-D. Do you recognize this photograph?

18    A.   Yes.

19    Q.   What is it?

20    A.   Little Gangster.

21    Q.   And is this a view of Little Gangster's left arm?

22    A.   Yes.

23    Q.   And are there tattoos visible in Little Gangster's left

24    arm?

25    A.   Yes.
```

1    Q.   Are those tattoos MS-13 related?

2    A.   Yes.

3    Q.   And who gave him those tattoos?

4    A.   I did.

5    Q.   Directing your attention now to Government's Exhibit

6    970-C. Do you recognize this photograph?

7    A.   Yes.

8    Q.   What is it?

9    A.   Little Gangster.

10   Q.   And is this a view of his back and the back of his head?

11   A.   Yes.

12   Q.   Do you know -- strike that. Did you give him any of the

13   tattoos that are shown in this photograph?

14   A.   Yes.

15   Q.   Which tattoos?  And for the record, Your Honor, the

16   witness has circled an area on the upper back with the letters

17   spelling Fulton Locos.

18        **THE COURT:**  The record will so reflect.

19   **BY MR. SMOLKIN:**

20   Q.   Mr. Mejía, is the Fulton Locos tattoos related to MS-13?

21   A.   Yes.

22   Q.   Do you know -- I'm sorry, strike that.  Did you give him

23   the tattoo underneath that says El Salvador?

24   A.   No.

25   Q.   What about the MS on the back of his head, did you give

1  him that tattoo?

2  A.   No.

3  Q.   Do you know who did?

4  A.   Yes.

5  Q.   Who?

6  A.   Calmado.

7  Q.   What tattoo machine did Calmado use to do that?

8  A.   The same one I used -- correction. The same way that I

9  did it.

10  Q.   What do you mean when you say the same way that you did

11  it.

12  A.   The same way that I used the machine, that's the same way

13  he did it.

14  Q.   Now directing your attention to Government's Exhibit

15  970-B. Do you recognize this?

16  A.   Yes.

17  Q.   What is it?

18  A.   Little Gangster's body.

19  Q.   And is this a little bit of a zoomed in view from before?

20  A.   Yes.

21  Q.   Now I'd like to direct your attention to these two

22  letters here on the upper chest that are to the left in the

23  photograph of the letters MS. Do you see those?

24  A.   Yes.

25  Q.   And I'd also like to direct your attention to the three

1    letters on the upper chest to the right of the letter S in the

2    photograph. Do you see those?

3    A.    Yes.

4    Q.    Do you know what the letters NSFLS mean?

5    A.    Yes.

6    Q.    What does it mean?

7    A.    North Side Fulton Locos Salvatrucha.

8              **MR. SMOLKIN:**  One moment, Your Honor.

9              **THE COURT:**  Yes.

10             **MR. SMOLKIN:**  Your Honor, thank you. No further

11   questions.

12             **THE COURT:**  Take the exhibit down, please. Take the

13   witness out, please.

14             **(Witness excused.)**

15             **THE COURT:** Ladies and gentlemen, it's 10 minutes

16   past 5.  We're going to stop for today and of course it's

17   Thursday, so we're stopping now for the three-day weekend to

18   resume on Monday morning at the normal time, 9:15 and 8:45 for

19   those of you who are participating in the Court's testing

20   regime.

21             During this recess and over this three-day break,

22   please follow these instructions: Do not discuss the case with

23   anyone. Do not discuss it with your fellow jurors. Do not

24   discuss it with any of your friends or family. Do not allow

25   yourselves to be exposed to any news articles or reports that

 1    touch upon the case or the issues it presents or the

 2    participants in the trial. Avoid all contact of any kind with

 3    any of the participants in the trial. Do not make any

 4    independent investigation of the law or the facts relevant to

 5    the case. Do not conduct internet searches with respect to the

 6    issues presented or the persons participating in the trial. Do

 7    not consult external sources such as encyclopedias or

 8    dictionaries in reference to the issues and terms that have

 9    been presented to you here.

10          Ladies and gentlemen, another week has passed and

11    you have been exposed to further information and evidence, but

12    there's still a long way to go and it would be inappropriate

13    for you to start forming any conclusions in your mind with

14    respect to any of the matters that are before you. You're

15    still very much in the phase where you are acquiring

16    information and acquiring evidence. You're not yet at a point

17    where you should be reaching any conclusions and I urge you

18    not to do that. Instead, you know, treat it like a job where,

19    you know, you can actually get off at 5:15 and stop working

20    for the day and go home and, you know, pay attention to other

21    topics and interests and your family and so forth. And, you

22    know, my advice is put this matter out of your mind until you

23    return on Monday as directed.

24          Please take the jury out. The jury is excused.

25          **MR. CLARK:**  Your Honor?  Briefly one --

```
 1              THE COURT:  Before the jury goes?

 2              MR. CLARK:  Yes, literally one second.

 3              (Conference on the private channel.)

 4              MR. CLARK:  Sorry, Your Honor, I just know we

 5   discussed next Wednesday and the plan for that.  I didn't know

 6   if you wanted to tell the jury about that.

 7              THE COURT:  Fair enough.

 8              (Private conference ends.)

 9              THE COURT:  Counsel brings up a good point. Next

10   week, of course, is a holiday week, Thanksgiving occurring on

11   Thursday. Of course we will not be sitting on Thursday. We

12   will not be sitting on Friday. As for Wednesday, we will sit,

13   but only for half day. So we will start perhaps a little

14   earlier. I'll tell you on Tuesday.  We could start as early as

15   9 or 9:15 on Wednesday, but we will stop on Wednesday at 1:00.

16   1:00. Thank you for that reminder.

17              Please take the jury out. They are excused until

18   Monday.

19              (Jury excused at 5:15 p.m.)

20              THE COURT:  Jury has left the courtroom. The

21   defendants are remanded. Counsel are excused. We're in recess

22   until Monday.

23              (Proceeding concluded.)

24

25
```

1              **CERTIFICATE OF OFFICIAL REPORTER**

2

3

4

5          **I, Nadine M. Bachmann, Certified Realtime Reporter**

6   **and Registered Merit Reporter, in and for the United States**

7   **District Court for the District of Maryland, do hereby**

8   **certify, pursuant to 28 U.S.C. § 753, that the foregoing is a**

9   **true and correct transcript of the stenographically-reported**

10  **proceedings held in the above-entitled matter and that the**

11  **transcript page format is in conformance with the regulations**

12  **of the Judicial Conference of the United States.**

13

14                **Dated this 28th day of December, 2021.**

15

16                **-S-**

17             _____

18             **NADINE M. BACHMANN, CRR, RMR**
                **FEDERAL OFFICIAL COURT REPORTER**

19

20

21

22

23

24

25

## 1

**1** [4] - 3:10, 54:21, 57:14, 57:18
**10** [1] - 152:15
**100** [1] - 61:10
**101** [1] - 1:25
**107** [1] - 2:17
**109** [1] - 2:18
**11** [3] - 15:10, 31:13, 41:22
**116** [1] - 2:19
**119** [1] - 2:21
**11:38** [1] - 3:11
**12** [2] - 30:25, 51:22
**122** [1] - 2:22
**12:56** [1] - 49:14
**13** [8] - 8:22, 8:24, 16:25, 17:8, 25:8, 109:3, 109:4, 147:4
**13th** [1] - 131:14
**14** [2] - 29:24, 54:15
**15** [6] - 15:17, 15:20, 24:12, 24:20, 126:11, 133:7
**16** [1] - 23:13
**17** [2] - 16:4, 25:23
**17-and-a-half** [2] - 119:14, 126:23
**172-A** [1] - 17:2
**172-B** [1] - 17:6
**172-C** [1] - 17:13
**172-D** [1] - 17:20
**18** [2] - 1:10, 137:18
**18th** [10] - 112:8, 112:13, 112:15, 113:25, 114:3, 114:5, 137:3, 137:9, 137:11, 137:17
**19** [1] - 27:4
**19th** [1] - 122:17
**1:00** [2] - 154:15, 154:16
**1:15** [1] - 3:10

## 2

**2** [5] - 49:12, 55:20, 93:16, 123:2, 123:12
**20** [3] - 46:11, 114:21, 121:19
**200** [1] - 48:6
**2008** [1] - 133:3
**2010** [3] - 25:22, 26:6, 27:10
**2012** [2] - 25:22, 132:12
**2013** [1] - 25:7
**2017** [18] - 18:9, 18:16, 18:17, 18:23, 21:23,

**26:22, 28:2, 29:8, 30:10, 30:24, 31:12, 31:24, 32:6, 97:4, 107:4, 135:17, 143:8, 144:7**
**2018** [12] - 107:10, 107:12, 108:16, 110:17, 110:19, 114:14, 114:16, 114:23, 127:7, 127:15, 130:9, 131:13
**2019** [17] - 108:21, 108:22, 109:3, 109:4, 114:16, 114:21, 114:23, 122:17, 123:23, 125:2, 127:6, 127:8, 130:9, 130:10, 131:13, 131:14, 131:15
**2020** [10] - 63:14, 111:3, 120:4, 120:14, 121:19, 125:6, 127:3, 127:7, 130:14
**2021** [12] - 1:10, 50:17, 50:20, 54:16, 54:19, 54:21, 54:22, 57:14, 57:18, 58:2, 58:4, 155:14
**21** [3] - 16:13, 23:23, 54:16
**21201** [1] - 1:25
**21st** [1] - 65:16
**22** [2] - 23:1, 54:19
**22nd** [1] - 57:6
**234** [1] - 132:10
**24** [2] - 28:9, 125:6, 127:3, 127:7
**24th** [5] - 120:4, 120:14, 125:13, 125:20, 126:4
**25** [5] - 28:20, 45:12, 123:22, 125:2, 127:6
**25th** [2] - 124:11, 125:21
**27** [1] - 30:13
**28** [1] - 155:8
**28th** [3] - 52:15, 52:16, 155:14

## 3

**3/134** [1] - 2:11
**30** [1] - 43:20
**300** [1] - 48:6
**302** [7] - 51:21, 54:12, 65:13, 65:15, 122:5, 122:17, 122:18

**302s** [3] - 50:16, 54:18, 127:6
**312-A** [1] - 12:5

## 4

**4** [3] - 13:1, 13:2, 95:5
**40** [1] - 17:8
**45** [4] - 64:24, 100:9, 100:18, 100:20
**4th** [1] - 1:25

## 5

**5** [5] - 14:15, 54:22, 58:2, 58:4, 152:16
**5/5** [1] - 54:22
**50** [2] - 39:14, 40:13
**501** [1] - 133:3
**524** [1] - 133:3
**5:00** [1] - 66:21
**5:15** [2] - 153:19, 154:19
**5D** [1] - 1:10
**5th** [1] - 50:20

## 6

**6** [3] - 15:1, 26:16, 95:14
**677** [1] - 132:10

## 7

**7** [2] - 27:21, 133:7
**737** [1] - 117:5
**753** [1] - 155:8

## 8

**8** [3] - 29:9, 95:20, 133:8
**801(d)(2)(E** [1] - 86:23
**8:45** [1] - 152:18

## 9

**9** [1] - 154:15
**91-A** [3] - 5:9, 5:21
**92-C** [1] - 93:16
**970-A** [1] - 147:25
**970-B** [1] - 151:15
**970-C** [1] - 150:6
**970-D** [1] - 149:17
**9:15** [2] - 152:18, 154:15

## A

**a.m** [1] - 3:11

**abdomen** [1] - 7:19
**ability** [2] - 55:24, 86:11
**able** [8] - 34:6, 34:22, 35:11, 81:5, 87:2, 104:16, 140:24, 141:11
**above-entitled** [1] - 155:10
**absence** [1] - 132:22
**absolutely** [2] - 120:24, 145:6
**abundance** [2] - 50:2, 50:6
**according** [3] - 87:25, 125:11, 139:4
**accordingly** [2] - 101:3, 129:6
**accused** [1] - 132:25
**acquired** [3] - 143:16, 144:6, 144:19
**acquiring** [2] - 153:15, 153:16
**act** [1] - 88:5
**Act** [1] - 56:13
**acting** [2] - 132:13, 132:22
**actions** [2] - 132:15, 132:18
**active** [5] - 18:17, 21:21, 22:12, 88:24, 104:3
**acts** [1] - 143:25
**actual** [1] - 55:4
**aDAMS** [1] - 50:15
**ADAMS** [11] - 3:7, 50:12, 50:23, 51:12, 51:18, 52:9, 52:11, 54:9, 55:9, 55:11, 116:18
**Adams** [10] - 1:22, 3:7, 50:14, 54:1, 54:5, 55:5, 61:12, 65:5, 65:6, 116:16
**addition** [3] - 9:5, 12:1, 88:15
**additional** [2] - 54:18, 137:15
**address** [4] - 41:14, 42:19, 43:3, 89:21
**admissible** [1] - 144:7
**admission** [1] - 144:21
**admissions** [2] - 103:23, 143:24
**admit** [1] - 116:5, 130:2
**admitted** [2] - 116:5, 130:2
**admitting** [1] - 87:12
**advance** [1] - 56:16

**Advertencia** [15] - 19:20, 22:21, 30:3, 30:4, 85:15, 92:2, 92:8, 92:17, 94:8, 98:1, 98:9, 107:20, 136:8, 139:5, 146:13
**advice** [1] - 153:22
**advised** [4] - 57:10, 57:21, 60:14, 62:6
**affiliated** [1] - 137:16
**affirmatively** [2] - 104:6, 131:9
**afternoon** [16] - 66:15, 67:5, 67:17, 67:18, 89:20, 100:8, 109:18, 109:19, 116:1, 116:3, 119:9, 119:10, 122:12, 122:13, 134:22, 134:23
**afterwards** [1] - 138:5
**agent** [8] - 119:11, 119:15, 126:21, 130:18, 130:20, 132:1, 132:13, 132:22
**Agent** [9] - 57:19, 118:5, 122:12, 123:1, 123:12, 124:11, 125:1, 125:2, 126:13
**agents** [1] - 105:17
**ago** [9] - 32:1, 50:13, 50:15, 53:6, 73:22, 81:4, 109:21, 114:11, 133:8
**agonizing** [1] - 66:21
**agree** [3] - 42:16, 97:18, 144:12
**agreement** [2] - 102:6, 104:5, 104:21, 130:8, 130:25
**ahead** [7] - 49:21, 50:25, 87:20, 101:25, 105:11, 133:17, 143:14
**air** [1] - 11:2
**al** [1] - 119:16
**Aladana** [1] - 40:8
**Aldona's** [1] - 40:19
**Alicia** [3] - 2:20, 117:25, 119:4
**allegation** [1] - 103:22
**allegedly** [1] - 66:1
**allow** [5] - 49:5, 56:20, 100:11, 103:25, 152:24
**allowed** [2] - 85:24, 86:2
**Amendment** [7] -

88:4, 102:9, 103:5, 104:1, 105:19, 131:2, 133:5

**AMERICA** [1] - 1:3

**amounts** [1] - 58:1

**amplify** [1] - 73:8

**analyze** [1] - 57:2

**Anatoly** [1] - 1:13

**Annapolis** [16] - 18:19, 22:19, 22:20, 30:12, 31:10, 31:22, 34:1, 60:7, 62:13, 84:21, 85:11, 85:14, 92:4, 92:5, 95:13, 140:8

**announcement** [1] - 66:23

**Annunaki** [1] - 142:2

**answer** [18] - 40:9, 40:11, 40:25, 42:4, 48:21, 48:22, 49:17, 49:18, 52:1, 55:10, 72:16, 72:17, 72:21, 85:22, 85:23, 85:24, 114:18, 131:20

**Answer** [1] - 72:19

**answered** [1] - 86:10

**answering** [1] - 86:6

**answers** [3] - 24:17, 86:3, 86:8

**anyway** [1] - 98:12

**apologize** [3] - 50:10, 67:6, 143:10

**Appeals** [2] - 132:11, 132:20

**appear** [2] - 52:18, 62:3

**application** [2] - 63:24, 65:7

**appreciate** [3] - 51:25, 104:19, 105:10

**approach** [1] - 103:14

**appropriate** [2] - 55:19, 86:8

**approval** [1] - 99:18

**area** [25] - 6:18, 6:19, 7:2, 7:7, 7:14, 7:18, 10:25, 22:6, 22:15, 22:19, 37:14, 42:24, 42:25, 47:7, 47:8, 47:10, 47:13, 47:17, 48:3, 81:10, 111:25, 148:13, 148:19, 148:23, 150:16

**areas** [2] - 18:20, 21:20

**arguably** [1] - 61:14

**argument** [2] - 129:16, 134:10

**Arias** [13] - 2:9, 2:16,

3:14, 50:16, 58:6, 60:10, 60:13, 60:15, 60:17, 60:18, 62:6, 62:11, 106:18

**arm** [9] - 7:14, 11:3, 11:4, 146:20, 146:23, 147:18, 147:19, 149:21, 149:24

**ARMANDO** [1] - 1:7

**Armando** [1] - 1:22

**arms** [6] - 5:4, 10:21, 10:23, 10:25, 11:2, 76:11

**arraigned** [2] - 116:23, 117:2

**arraignment** [2] - 116:21, 117:3

**arrest** [1] - 96:7

**arrested** [5] - 100:4, 107:1, 107:3, 135:14, 135:16

**arrive** [7] - 43:6, 45:3, 45:8, 46:15, 69:13, 69:15, 81:22

**arrived** [9] - 3:11, 44:6, 44:9, 45:7, 46:19, 73:13, 82:1, 82:3, 139:11

**article** [1] - 32:25

**articles** [5] - 49:6, 49:7, 100:12, 100:13, 152:25

**aspects** [1] - 11:2

**Assault** [1] - 11:14

**assigned** [1] - 119:15

**assimilate** [2] - 56:21, 61:18

**assist** [2] - 104:4, 131:9

**assistance** [4] - 96:24, 96:25, 97:2, 102:15

**Assistant** [1] - 1:14

**associated** [7] - 4:2, 4:5, 7:11, 10:15, 13:8, 13:11, 91:16

**assume** [3] - 89:16, 109:6, 144:11

**assumes** [1] - 72:4

**attached** [3] - 53:24, 55:2, 59:3

**attack** [1] - 50:8

**attempt** [6] - 32:17, 33:11, 33:12, 35:15, 86:2, 121:20

**attention** [49] - 5:7, 7:1, 7:7, 8:9, 12:4, 13:1, 14:15, 15:1, 15:10, 15:17, 16:4, 16:13, 17:1, 17:6,

17:13, 17:20, 22:25, 23:12, 23:23, 24:12, 25:8, 25:23, 26:16, 27:4, 27:21, 28:9, 28:20, 29:9, 29:24, 30:13, 30:25, 37:11, 41:6, 51:25, 93:15, 95:5, 95:14, 95:20, 97:4, 111:12, 120:4, 147:24, 148:19, 149:16, 150:5, 151:14, 151:21, 151:25, 153:20

**attorney** [5] - 102:3, 102:4, 102:5, 102:14, 102:17

**attorneys** [1] - 122:15

**Attorneys** [1] - 1:14

**attributable** [2] - 132:16, 132:19

**August** [1] - 97:4

**authority** [1] - 133:2

**avoid** [4] - 49:8, 100:14, 134:6, 153:2

**awaiting** [2] - 66:5, 115:4

**awake** [1] - 71:16

**aware** [9] - 21:10, 60:18, 87:17, 89:1, 104:15, 115:10, 115:13, 115:17, 130:21

**B**

**Bacha** [1] - 86:21

**Bachmann** [2] - 1:24, 155:5

**BACHMANN** [1] - 155:18

**background** [1] - 104:16

**backwards** [1] - 6:24

**bad** [8] - 53:12, 56:24, 60:7, 60:9, 61:15, 62:13, 63:22, 64:11

**bag** [3] - 44:14, 44:15

**balance** [1] - 131:19

**balanced** [2] - 52:5

**Balarezo** [2] - 1:23, 116:16

**Balter** [9] - 88:25, 102:5, 102:24, 103:12, 103:13, 103:17, 103:20, 104:13, 105:9

**BALTER** [4] - 103:18, 104:14, 104:19, 105:10

**Baltimore** [2] - 1:11,

1:25

**based** [3] - 102:18, 127:6, 145:13

**Bastic** [1] - 93:6

**bathroom** [1] - 48:24

**became** [12] - 87:17, 87:23, 87:25, 88:3, 88:17, 89:7, 91:19, 91:21, 91:23, 92:19, 93:5, 110:19

**become** [1] - 87:19

**becoming** [2] - 88:13, 91:16

**BEFORE** [1] - 1:11

**began** [9] - 131:21, 132:3, 136:22, 141:17, 144:24, 145:3, 145:7, 145:12, 145:18

**begin** [4] - 7:24, 94:7, 106:12, 131:8

**beginning** [7] - 6:11, 6:19, 18:16, 72:22, 94:4, 145:13

**begun** [1] - 141:19

**behalf** [3] - 61:22, 66:23, 121:21

**belated** [1] - 133:12

**beside** [1] - 147:8

**best** [5] - 24:16, 55:24, 86:10, 133:14, 133:19

**between** [8] - 23:10, 58:17, 97:5, 102:4, 102:11, 113:11, 120:8, 127:8

**Biddle** [23] - 1:17, 2:18, 2:22, 63:11, 65:6, 86:16, 100:23, 101:1, 101:21, 101:25, 102:24, 105:23, 106:1, 109:14, 109:20, 122:14, 129:11, 129:16, 133:16, 143:4, 143:9, 143:14, 144:17

**BIDDLE** [61] - 9:22, 10:17, 11:5, 40:2, 40:14, 40:22, 63:12, 63:15, 63:23, 65:7, 86:15, 86:17, 87:16, 87:21, 88:23, 89:8, 100:24, 101:11, 102:1, 103:8, 109:15, 109:17, 110:15, 111:10, 111:11, 111:16, 111:20, 114:20, 115:19, 115:21,

122:11, 122:22, 122:25, 123:7, 123:10, 123:11, 124:6, 124:9, 124:10, 124:25, 125:19, 126:12, 128:9, 128:11, 128:19, 128:21, 129:1, 129:12, 129:14, 129:17, 133:10, 133:14, 134:5, 134:12, 142:24, 143:2, 143:10, 143:15, 144:22, 145:4, 146:2

**big** [4] - 44:16, 55:25, 56:24

**biggest** [1] - 60:14

**bit** [4] - 56:23, 123:4, 144:13, 151:19

**black** [2] - 33:2, 44:18

**blanks** [1] - 57:2

**blockbusters** [1] - 62:16

**blood** [1] - 77:10

**blue** [1] - 36:16

**Blumberg** [1] - 2:4

**Blumberg-Lorenzana** [1] - 2:4

**board** [2] - 56:20, 64:5

**body** [17] - 4:18, 5:2, 6:11, 9:7, 11:11, 76:10, 76:16, 77:13, 77:16, 77:19, 77:24, 78:22, 78:25, 139:25, 146:20, 146:21, 151:18

**bothered** [1] - 130:16

**bottom** [4] - 9:2, 14:8, 15:19, 15:20

**bounds** [1] - 85:25

**box** [3] - 11:7, 32:19, 35:17

**boy** [2] - 14:8, 14:11

**Brady** [6] - 54:9, 55:7, 55:16, 55:18, 56:3, 61:14

**branch** [1] - 72:1

**break** [11] - 3:8, 3:9, 49:22, 51:20, 66:14, 100:8, 100:9, 118:11, 118:17, 152:21

**breaking** [1] - 100:6

**breath** [1] - 75:9

**Bredar** [1] - 110:1

**BREDAR** [1] - 1:11

**Brenda** [5] - 90:17, 137:22, 137:24, 138:2, 138:5

brief [1] - 118:10
briefly [7] - 55:6,
63:12, 101:11,
105:12, 133:11,
153:25
bring [6] - 3:5, 3:6,
66:9, 67:2, 80:13,
123:6
bringing [2] - 68:13,
69:1
brings [1] - 154:9
broke [1] - 67:19
brought [3] - 46:3,
71:10, 133:9
bucket [3] - 54:6,
55:6, 55:20
bunch [3] - 51:17,
127:18, 127:19
buried [10] - 78:18,
79:8, 80:10, 80:11,
80:12, 80:19, 80:21,
81:10, 140:4
burned [3] - 138:16,
138:18, 141:14
bury [1] - 48:2
burying [1] - 80:17
business [1] - 37:21
BY [53] - 3:18, 5:1,
5:18, 6:17, 8:16,
9:20, 9:25, 10:9,
11:9, 13:20, 24:19,
32:20, 33:4, 33:17,
35:20, 36:9, 36:20,
37:7, 38:18, 41:5,
42:7, 67:16, 68:8,
70:4, 72:7, 73:10,
73:21, 84:9, 89:24,
99:8, 106:25,
109:17, 110:15,
111:11, 111:20,
114:20, 115:25,
119:8, 122:3,
122:11, 122:25,
123:11, 124:10,
124:25, 125:19,
126:12, 134:21,
135:13, 140:12,
146:4, 148:16,
149:3, 150:19

## C

Callado [3] - 14:3,
14:6, 24:23
Calmado [39] - 20:1,
22:13, 34:10, 34:12,
36:12, 44:3, 46:1,
46:23, 47:6, 47:22,
48:8, 68:20, 69:7,
69:10, 74:4, 74:20,

74:21, 75:6, 76:12,
76:16, 76:19, 77:6,
77:9, 77:18, 78:1,
78:5, 79:14, 82:17,
83:23, 84:1, 85:9,
91:1, 91:10, 108:2,
135:4, 135:8, 136:9,
151:6, 151:7
Calmado's [1] - 43:17
capacity [2] - 64:6,
64:8
car [48] - 43:25, 44:14,
44:20, 44:22, 45:19,
45:23, 46:4, 46:12,
46:22, 69:19, 69:21,
69:24, 69:25, 70:1,
70:5, 70:12, 70:19,
70:22, 71:2, 71:3,
71:15, 71:19, 72:2,
72:24, 73:12, 73:14,
74:14, 75:5, 79:10,
79:17, 82:1, 82:3,
82:4, 82:6, 82:8,
82:12, 82:14, 82:18,
82:24, 83:1, 83:8,
83:17, 83:23, 84:10,
138:11, 138:15
card [1] - 17:17
care [2] - 87:2, 87:4
Carlitos [2] - 16:18,
16:22
Carlos [2] - 1:18, 36:5
CARLOS [1] - 1:6
Carolina [2] - 96:11,
96:21
carry [3] - 60:17,
74:11, 75:1
carrying [2] - 75:2,
75:4
cars [3] - 47:20, 69:15,
69:17
CASE [1] - 1:4
case [39] - 49:4, 49:7,
49:8, 49:11, 55:25,
56:15, 59:4, 59:5,
59:11, 60:2, 60:18,
63:8, 63:18, 63:20,
87:22, 88:10, 88:19,
100:10, 100:12,
100:14, 100:16,
102:21, 108:20,
109:1, 115:4,
116:22, 119:15,
120:11, 129:18,
130:4, 133:2,
133:21, 133:24,
142:7, 143:19,
145:11, 152:22,
153:1, 153:5
cases [3] - 127:12,

144:2
Castellvi [1] - 2:3
Castigo [1] - 146:17
casting [1] - 145:10
catching [1] - 75:9
categories [1] - 55:16
Catra [24] - 22:5,
28:24, 28:25, 29:6,
44:8, 45:11, 45:14,
45:15, 45:17, 45:19,
46:14, 46:24, 47:1,
48:5, 48:18, 49:16,
67:22, 69:20, 81:13,
81:14, 81:16, 81:22,
81:24, 96:19
Catra's [5] - 45:23,
46:4, 82:1, 82:13,
84:10
causing [2] - 77:12,
77:15
caution [2] - 50:2,
50:7
CD [1] - 141:8
CDF [7] - 58:7, 58:8,
60:12, 110:3,
111:13, 111:17,
130:1
cell [5] - 112:2, 112:3,
113:12, 113:14,
130:1
cellmate [4] - 110:16,
110:20, 110:23,
110:25
celly [1] - 110:24
cemetery [1] - 4:16
center [1] - 8:15
ceremony [1] - 91:16
certain [7] - 4:2,
55:22, 56:1, 78:10,
86:9, 103:21, 103:23
certainly [4] - 62:14,
88:14, 89:1, 144:7
certainty [1] - 131:1
CERTIFICATE [1] -
155:1
Certified [2] - 2:2,
155:5
certify [1] - 155:8
cetera [3] - 56:22,
56:25, 130:9
Chango [10] - 19:20,
22:8, 27:25, 28:1,
37:18, 85:9, 98:1,
107:20, 136:8,
146:15
Chango's [3] - 83:13,
83:14, 84:10
channel [14] - 40:3,
40:4, 85:18, 85:19,
86:18, 101:22,

101:23, 103:13,
103:16, 106:12,
142:24, 142:25,
143:1, 154:3
Chapin [3] - 30:15,
30:16, 138:5
charge [2] - 11:16,
26:15
charged [8] - 107:1,
107:5, 115:4,
127:14, 127:17,
135:18, 143:19,
144:3
Charles [1] - 1:20
check [1] - 57:20
checked [1] - 51:19
chequeo [13] - 24:8,
24:15, 29:1, 29:6,
30:17, 30:22, 31:8,
31:18, 91:7, 91:9,
91:11, 91:13, 91:14
Chesapeake [4] -
110:4, 110:6, 124:3,
131:10
chest [9] - 6:11, 6:20,
146:22, 147:1,
147:4, 148:11,
148:13, 151:22,
152:1
chicken [3] - 41:24,
41:25, 42:8
CHIEF [1] - 1:11
choice [3] - 115:10,
115:14, 115:17
choices [1] - 118:3
Christoher [1] - 1:22
chunk [1] - 53:22
cigarette [2] - 138:17,
138:18
circle [7] - 7:24, 8:9,
8:10, 8:17, 13:15,
13:22
circled [10] - 6:20, 7:2,
7:8, 7:14, 8:1, 12:13,
14:8, 148:13,
148:23, 150:16
circles [3] - 7:1, 9:1,
13:17
circling [1] - 12:19
Circuit [3] - 132:11,
133:3, 133:4
circumstance [2] -
102:25, 133:1
circumstances [7] -
102:20, 103:1,
104:7, 130:11,
130:17, 130:24,
132:14
cite [1] - 132:9
cited [1] - 144:2

City [2] - 14:8, 14:11
Civic [1] - 45:22
claimed [1] - 130:12
claims [1] - 103:23
clarification [1] -
145:17
clarify [3] - 24:16,
47:15, 76:23
clarifying [1] - 143:20
CLARK [43] - 49:22,
52:13, 52:21, 52:23,
53:4, 53:19, 53:22,
55:1, 57:4, 57:14,
57:17, 58:2, 58:5,
58:10, 58:15, 59:2,
59:16, 59:19, 59:23,
60:2, 60:10, 60:24,
61:4, 61:8, 62:23,
63:4, 63:10, 64:12,
66:7, 101:16,
101:19, 105:7,
106:5, 106:9,
117:14, 117:21,
117:23, 118:5,
118:12, 129:10,
153:25, 154:2, 154:4
Clark [6] - 1:13, 49:21,
57:3, 62:3, 105:6,
106:4
claw [12] - 8:22, 8:23,
9:13, 9:15, 16:25,
93:25, 94:14, 94:24,
147:8, 149:8, 149:15
clear [11] - 63:17,
87:22, 117:15,
125:16, 125:17,
129:17, 130:6,
130:10, 130:23,
144:14, 144:23
cleared [1] - 134:4
clearly [3] - 53:20,
68:5, 129:23
clerk [2] - 118:25,
122:20
CLERK [1] - 119:2
client [26] - 61:22,
65:21, 86:20, 87:24,
88:2, 102:20,
103:22, 104:2,
105:5, 109:22,
109:23, 112:4,
112:9, 113:4,
113:12, 113:24,
114:6, 114:8,
115:14, 118:21,
126:2, 127:4, 130:1,
133:20, 143:17,
144:24
client's [1] - 104:21
clique [57] - 4:7, 8:6,

8:7, 10:15, 12:8,
12:17, 12:24, 14:6,
17:11, 18:14, 18:17,
19:10, 19:14, 21:6,
21:20, 22:12, 23:6,
23:7, 23:19, 24:5,
25:1, 25:6, 25:17,
26:4, 26:5, 26:9,
26:25, 27:2, 27:19,
28:5, 28:16, 29:2,
29:16, 30:6, 30:9,
30:18, 30:23, 31:19,
33:23, 34:14, 35:5,
59:13, 59:17, 62:7,
85:7, 85:10, 85:11,
94:25, 95:2, 97:17,
97:23, 98:4, 98:10,
107:18, 107:24,
113:10, 136:6
**cliques** [3] - 22:14,
22:15, 22:17
**close** [1] - 85:25
**closer** [2] - 6:10,
133:4
**clothing** [4] - 33:1,
36:1, 36:14, 37:1
**club** [1] - 40:20
**co** [3] - 59:11, 87:11,
129:12
**co-conspirator** [1] -
59:11
**co-conspirators** [1] -
87:11
**co-counsel** [1] -
129:12
**cold** [1] - 114:25
**collect** [1] - 102:7
**collecting** [1] - 89:3
**color** [2] - 36:2, 44:17
**coming** [2] - 77:10,
133:14
**commence** [1] - 55:14
**comment** [3] - 104:16,
104:17, 104:24
**commentary** [1] -
61:11
**commitment** [1] -
118:18
**committed** [1] - 90:21
**common** [1] - 102:13
**communicate** [4] -
11:19, 11:22,
136:11, 136:14
**communications** [3] -
102:3, 102:10
**compared** [2] - 51:7,
125:20
**competent** [1] -
102:25
**complaining** [1] -

54:11
**complaints** [1] - 65:10
**completed** [1] - 88:5
**completely** [1] - 26:11
**complex** [2] - 55:25,
56:15
**comply** [2] - 55:23,
133:19
**concern** [5] - 57:20,
64:14, 64:18, 87:16,
102:1
**concerning** [2] -
65:14, 135:7
**concerns** [5] - 57:8,
57:21, 57:22, 58:8
**concluded** [1] -
154:23
**conclusions** [2] -
153:13, 153:17
**conduct** [3] - 104:10,
144:3, 153:5
**confer** [1] - 129:12
**Conference** [6] - 40:4,
101:23, 103:16,
143:1, 154:3, 155:12
**conference** [5] -
89:23, 103:9,
106:14, 146:3, 154:8
**confessed** [1] - 88:2,
130:16
**confession** [6] -
89:12, 102:21,
120:10, 121:4,
121:8, 134:8
**confidence** [1] -
133:23
**confirm** [1] - 63:8
**confirmed** [2] - 64:15,
64:16
**confirms** [2] - 63:3,
63:6
**conformance** [1] -
155:11
**confusion** [1] - 125:18
**connection** [4] -
92:11, 119:18,
129:21, 137:12
**conscious** [2] - 65:1,
71:18
**consist** [2] - 53:1,
136:7
**conspiracy** [7] - 66:6,
121:22, 143:6,
143:19, 144:4, 144:5
**conspirator** [1] -
59:11
**conspiratorial** [1] -
143:25
**conspirators** [1] -
87:11

**constitutionally** [1] -
89:15
**consult** [3] - 49:11,
100:17, 153:7
**contact** [7] - 49:9,
57:23, 100:14,
127:24, 128:2,
128:8, 153:2
**contend** [1] - 55:6
**contents** [1] - 52:20
**context** [8] - 4:14, 8:3,
54:12, 56:3, 56:4,
62:23, 105:1, 144:14
**continue** [10] - 3:3,
3:13, 11:8, 33:15,
67:8, 67:14, 86:2,
134:18, 135:24,
147:7
**continued** [2] -
142:17, 143:22
**Continued** [1] - 2:10
**continuing** [2] - 104:3,
134:7
**control** [1] - 128:12
**conversation** [53] -
39:21, 46:13, 50:5,
88:13, 88:15, 89:10,
99:21, 108:10,
108:15, 108:18,
109:23, 110:7, 111:4,
111:12, 111:17,
112:7, 113:2, 113:5,
113:11, 113:15,
114:4, 114:9,
114:11, 114:21,
114:25, 115:13,
117:16, 120:8,
120:15, 120:18,
120:22, 121:1,
121:20, 124:3,
124:19, 125:3,
125:5, 125:6,
125:11, 125:13,
125:14, 125:20,
126:15, 127:8,
129:25, 130:7,
131:10, 131:12,
131:18, 131:20,
136:25, 142:10
**conversations** [6] -
87:9, 88:18, 88:19,
118:1, 132:24,
136:19
**convictions** [1] -
11:14
**cooked** [3] - 41:24,
41:25, 42:9
**cooperate** [8] -
130:24, 131:8,

131:22, 135:22,
141:17, 141:19,
145:12, 145:14
**cooperated** [3] -
108:3, 117:16, 142:9
**cooperating** [10] -
107:11, 107:15,
108:17, 130:8,
136:22, 142:3,
144:25, 145:3,
145:7, 145:18
**cooperation** [5] -
88:25, 102:6, 132:3,
145:20, 145:21
**cooperative** [1] - 52:3
**cooperator** [8] -
87:23, 87:25, 88:4,
88:7, 88:14, 88:17,
89:7, 104:3
**cooperators** [2] -
64:7, 64:9
**copies** [1] - 53:25
**correct** [37] - 19:12,
51:12, 110:4,
113:18, 113:21,
113:25, 114:6,
114:9, 114:11,
114:14, 114:22,
115:4, 115:6, 120:3,
120:12, 122:17,
124:13, 124:20,
125:7, 126:2, 126:3,
126:5, 126:6, 126:8,
126:16, 126:19,
126:21, 127:1,
127:2, 127:10,
127:18, 127:20,
127:22, 127:23,
127:25, 145:4, 155:9
**correction** [2] - 99:6,
151:8
**corroborates** [1] -
40:19
**Counsel** [1] - 85:19
**counsel** [33] - 3:2,
5:13, 10:18, 11:1,
50:4, 50:6, 53:17,
54:3, 54:4, 56:20,
61:7, 64:15, 65:10,
66:11, 66:15, 87:18,
87:19, 88:5, 88:6,
102:11, 102:12,
103:13, 103:19,
103:20, 109:9,
117:1, 117:6,
129:12, 131:2,
133:20, 144:12,
154:9, 154:21
**count** [1] - 143:7
**counted** [1] - 92:12

**County** [4] - 127:19,
127:22, 128:14,
128:16
**couple** [4] - 18:2,
41:6, 41:8, 53:8
**course** [9] - 56:1,
65:3, 89:10, 102:4,
143:18, 144:19,
152:16, 154:10,
154:11
**COURT** [214] - 1:1,
3:2, 3:5, 3:9, 3:12,
4:24, 5:12, 9:23,
10:7, 10:20, 10:24,
11:6, 13:19, 24:16,
32:18, 33:3, 33:10,
33:14, 35:16, 36:7,
36:19, 37:5, 38:17,
40:3, 40:5, 40:9,
40:15, 40:25, 42:4,
48:21, 48:25, 49:3,
49:15, 49:21, 50:10,
50:14, 50:21, 51:10,
51:16, 52:7, 52:10,
52:19, 52:22, 53:1,
53:17, 53:20, 54:5,
54:25, 55:5, 55:10,
55:12, 57:13, 57:15,
57:25, 58:4, 58:9,
58:14, 58:25, 59:15,
59:18, 59:21, 60:1,
60:9, 60:22, 61:1,
61:7, 61:9, 61:21,
62:1, 62:4, 62:16,
62:22, 63:2, 63:5,
63:11, 63:14, 63:22,
64:4, 64:22, 65:1,
65:9, 65:15, 65:17,
65:23, 66:3, 66:10,
66:12, 67:2, 67:5,
67:12, 69:25, 72:6,
72:18, 72:22, 73:3,
73:6, 73:19, 85:18,
85:20, 86:5, 86:16,
87:4, 87:19, 88:9,
89:5, 89:13, 89:19,
90:5, 100:7, 100:22,
100:25, 101:12,
101:18, 101:21,
101:24, 102:23,
103:12, 103:17,
103:19, 104:17,
104:25, 105:8,
105:11, 105:13,
105:24, 106:8,
106:11, 106:15,
106:19, 106:23,
108:25, 109:4,
109:6, 109:9,
109:14, 110:10,
110:13, 111:8,

111:15, 114:18,
115:23, 116:13,
116:16, 116:19,
116:23, 117:1,
117:6, 117:10,
117:12, 117:18,
117:22, 118:3,
118:7, 118:9,
118:14, 118:18,
118:22, 118:24,
119:5, 121:19,
121:25, 122:9,
122:20, 122:23,
123:6, 123:8, 124:5,
124:8, 124:24,
125:16, 126:10,
128:5, 128:10,
128:15, 128:18,
128:20, 128:22,
128:24, 129:2,
129:5, 129:9,
129:11, 129:13,
129:16, 131:4,
131:6, 133:13,
133:16, 134:9,
134:13, 134:17,
135:9, 135:12,
140:11, 142:25,
143:4, 143:9,
143:12, 143:20,
144:9, 145:2, 145:9,
145:22, 148:15,
149:1, 150:18,
152:9, 152:12,
152:15, 154:1,
154:7, 154:9,
154:20, 155:18
**Court** [19] - 1:24,
49:17, 55:17, 55:21,
57:1, 66:19, 86:9,
88:10, 105:21,
108:25, 109:10,
112:6, 116:20,
117:7, 132:11,
132:14, 132:20,
133:12, 155:7
**court** [11] - 32:17,
35:15, 72:18, 72:19,
73:1, 105:2, 107:5,
127:15, 127:17,
134:8, 134:10
**Court's** [4] - 51:24,
115:19, 144:20,
152:19
**courtroom** [13] -
32:18, 35:17, 35:23,
67:4, 89:1, 100:21,
117:11, 119:22,
120:2, 121:23,
129:6, 134:16,
154:20

**Courtroom** [1] - 1:10
**Courts** [1] - 133:18
**crazy** [2] - 4:13, 4:14
**created** [1] - 13:6
**creating** [2] - 104:7,
144:25
**credibility** [1] - 62:15
**crime** [2] - 107:1,
107:5
**criminal** [1] - 88:5
**CRIMINAL** [1] - 1:4
**cross** [13] - 55:14,
56:6, 56:22, 61:19,
62:15, 62:18, 65:4,
66:17, 105:25,
122:9, 129:23,
145:10, 145:23
**CROSS** [2] - 2:8, 2:15
**cross-examination** [7]
- 55:14, 56:22,
61:19, 62:18, 65:4,
129:23, 145:10
**cross-examine** [3] -
56:6, 66:17, 105:25
**crossed** [3] - 80:21,
80:23, 144:8
**CRR** [2] - 1:24, 155:18
**cry** [5] - 7:10, 7:11,
7:17, 15:5
**cure** [1] - 65:11
**CURLETT** [13] - 38:16,
42:2, 48:20, 61:10,
61:24, 62:2, 62:5,
62:18, 72:4, 73:17,
116:15, 118:21,
135:6
**Curlett** [7] - 1:20,
49:16, 61:9, 61:23,
65:4, 65:5, 116:13
**current** [1] - 141:23
**custody** [11] - 87:24,
88:2, 107:7, 107:9,
107:12, 107:14,
107:22, 126:5,
135:20, 141:9,
141:15
**cut** [3] - 79:3, 79:4,
79:6
**cuts** [1] - 77:17

## D

**damage** [3] - 77:12,
77:15, 77:24
**danger** [1] - 89:14
**DANIEL** [1] - 1:6
**Daniel** [1] - 1:20
**dark** [1] - 75:17
**Darwin** [5] - 2:9, 2:16,
3:14, 106:18, 120:5

**date** [14] - 89:9, 109:1,
109:10, 114:13,
116:21, 116:22,
120:13, 120:17,
120:21, 126:14,
126:25, 127:16,
143:6, 143:8
**Dated** [1] - 155:14
**dated** [1] - 50:20
**dates** [2] - 55:22,
131:24
**days** [9] - 19:1, 37:11,
37:14, 41:7, 41:8,
50:13, 50:15, 66:18,
81:4
**de** [1] - 2:3
**deadlines** [3] - 55:24,
87:17, 133:19
**deal** [2] - 56:24, 134:2
**dealing** [1] - 51:6
**dealt** [1] - 144:10
**death** [1] - 111:5
**December** [4] - 109:3,
109:4, 131:14,
155:14
**decide** [3] - 98:4,
101:4, 117:19
**decided** [1] - 102:18
**deciding** [1] - 132:9
**decision** [1] - 99:19
**decisions** [2] - 99:14,
99:16
**deep** [1] - 48:14
**defendant** [24] - 33:8,
36:5, 37:4, 59:11,
88:7, 88:21, 88:23,
101:3, 104:23,
112:4, 112:7,
113:12, 113:24,
115:1, 115:3,
122:15, 122:16,
127:9, 131:8,
131:13, 131:17,
132:5, 132:8, 132:14
**defendant's** [3] -
104:1, 131:2, 143:21
**defendants** [13] - 3:2,
55:13, 56:6, 59:4,
88:19, 103:24,
104:8, 144:18,
144:21, 145:11,
145:15, 145:24,
154:21
**Defendants** [2] - 1:8,
1:15
**defense** [18] - 50:4,
50:5, 50:11, 51:6,
51:24, 53:17, 56:20,
61:7, 61:23, 64:15,
65:10, 66:15, 66:16,

102:11, 102:12,
109:9, 117:1, 144:11
**definite** [1] - 131:20
**definitely** [1] - 61:14
**definition** [1] - 56:3
**Degree** [1] - 11:14
**delay** [1] - 67:6
**delivering** [1] - 143:23
**delusional** [1] - 64:10
**demonstrated** [1] -
131:8
**denied** [2] - 131:7,
133:6
**departed** [1] - 45:7
**depicted** [2] - 148:14,
148:23
**deputies** [1] - 127:19
**describe** [23] - 4:5,
4:10, 4:12, 7:15,
7:25, 19:7, 26:13,
32:25, 41:15, 47:13,
48:3, 48:14, 79:19,
87:14, 136:25,
139:15, 141:4,
141:7, 146:25,
147:3, 147:12,
147:15, 147:18
**describes** [1] - 132:2
**describing** [1] - 87:13
**detail** [3] - 66:22,
137:13, 137:15
**detailing** [1] - 57:19
**details** [7] - 58:18,
60:8, 62:14, 64:7,
125:22, 130:13,
145:6
**Detention** [4] - 110:4,
110:6, 124:3, 131:10
**detention** [3] - 66:5,
87:10, 103:24
**determine** [2] -
132:12, 132:15
**device** [2] - 103:15,
123:6
**devil** [4] - 9:13, 9:14,
9:16, 9:21
**dictionaries** [1] -
153:8
**dictionary** [2] - 49:12,
100:18
**difference** [1] - 117:4
**different** [9] - 29:18,
51:5, 55:15, 58:22,
62:20, 65:13,
125:14, 141:20,
145:14
**dig** [1] - 48:12
**digest** [1] - 56:21
**digging** [2] - 48:9,
67:19

**Direct** [1] - 2:10
**DIRECT** [2] - 2:8, 2:15
**direct** [18] - 5:7, 12:4,
22:25, 37:11, 41:6,
56:11, 63:17, 64:22,
66:13, 93:15, 95:20,
121:4, 121:20,
128:12, 130:21,
149:16, 151:21,
151:25
**directed** [4] - 88:18,
105:16, 120:17,
153:23
**directing** [39] - 7:1,
7:7, 8:9, 13:1, 14:15,
15:1, 15:10, 15:17,
16:4, 16:13, 17:1,
17:6, 17:13, 17:20,
22:19, 23:12, 23:23,
24:12, 25:8, 25:23,
26:16, 27:4, 27:21,
28:9, 28:20, 29:9,
29:24, 30:13, 30:25,
95:5, 95:14, 97:4,
111:12, 120:4,
130:22, 147:24,
148:19, 150:5,
151:14
**direction** [1] - 122:1
**directly** [1] - 16:21
**disagree** [2] - 61:21,
109:6
**disclosed** [1] - 64:1
**disco** [6] - 37:23,
37:24, 38:1, 38:6,
38:9, 38:24
**discovered** [2] -
56:10, 61:13
**discovery** [13] - 49:23,
55:15, 62:19, 63:2,
63:5, 63:16, 63:19,
63:21, 86:18, 86:21,
87:22, 88:1, 116:11
**discuss** [10] - 49:4,
49:5, 87:9, 90:18,
90:22, 100:10,
152:22, 152:23,
152:24
**discussed** [3] -
113:17, 123:22,
154:5
**discussing** [1] - 67:19
**discussion** [1] -
123:19
**Discussion** [1] - 90:4
**discussions** [2] -
97:24, 102:16
**dismember** [1] -
139:21
**dismembered** [3] -

139:18, 139:19,
140:1
**display** [1] - 10:25
**DISTRICT** [2] - 1:1, 1:1
**District** [2] - 155:7
**DIVISION** [1] - 1:2
**docket** [1] - 109:7
**document** [11] - 51:8,
51:19, 52:7, 52:13,
54:1, 55:2, 61:1,
61:12, 62:19, 65:19
**documents** [18] -
49:25, 50:3, 50:5,
51:21, 52:6, 52:14,
52:18, 53:23, 54:2,
55:6, 55:9, 61:20,
62:2, 64:13, 64:15,
64:17, 65:18
**dollars** [2] - 39:14,
40:13
**done** [3] - 52:1, 78:16,
90:19
**Dopazo** [1] - 2:2
**Doris** [6] - 43:15,
43:16, 43:24, 43:25,
44:24, 45:7
**Doris's** [2] - 44:20,
44:22
**dots** [2] - 4:8, 4:17
**doubt** [1] - 145:10
**down** [8] - 62:10, 73:4,
76:4, 76:5, 93:21,
103:14, 132:2,
152:12
**drain** [2] - 83:6, 83:7
**draw** [1] - 17:18
**drawing** [8] - 13:5,
13:6, 13:8, 13:11,
14:19, 14:20, 17:24,
17:25
**drawings** [1] - 12:2
**drawn** [1] - 13:17
**drew** [3] - 14:24, 15:6,
15:8
**drill** [1] - 62:10
**drive** [4] - 43:10, 46:4,
46:24, 83:16
**driving** [6] - 43:12,
45:19, 46:13, 69:24,
70:19, 82:6
**dropped** [2] - 48:5,
67:23
**drove** [1] - 47:1
**drugs** [1] - 64:10
**dug** [4] - 48:7, 68:20,
74:6, 78:23
**dumpster** [2] - 83:4,
83:8
**during** [17] - 18:16,
21:23, 22:7, 22:12,

22:20, 49:3, 83:16,
83:23, 90:10, 90:18,
100:9, 130:7,
130:10, 131:16,
132:6, 152:21
**duties** [1] - 89:2

## E

**e-mail** [2] - 53:25,
63:20
**early** [1] - 154:14
**ECF** [1] - 117:5
**edge** [1] - 69:6
**Edward** [1] - 1:23
**eight** [2] - 50:3, 53:23
**either** [2] - 86:20,
106:10, 128:19
**EI** [15] - 51:1, 51:4,
51:17, 53:7, 53:13,
54:21, 61:5, 98:21,
98:23, 98:24, 99:1,
99:18, 99:21,
112:17, 150:23
**electronic** [1] - 103:14
**elements** [1] - 86:7
**eleven** [1] - 54:22
**elicit** [2] - 102:20,
105:17
**elicitation** [2] -
129:22, 130:4
**elicited** [1] - 129:19
**eliciting** [3] - 66:22,
106:7, 129:20
**encyclopedia** [2] -
49:12, 100:17
**encyclopedias** [1] -
153:7
**end** [6] - 56:10, 60:20,
99:24, 131:16,
143:6, 143:8
**ended** [1] - 49:15
**ends** [5] - 89:23,
103:9, 106:14,
146:3, 154:8
**enjoy** [1] - 100:18
**entered** [6] - 55:21,
67:4, 83:1, 104:5,
115:6, 115:8
**entertaining** [1] -
133:12
**entire** [2] - 78:22,
133:21
**entirely** [1] - 125:14
**entitled** [1] - 155:10
**episode** [1] - 145:19
**error** [1] - 56:1
**errors** [3] - 56:2, 56:4
**escort** [1] - 10:24
**especially** [2] - 56:15,

64:7
**Esquire** [11] - 1:13,
1:13, 1:14, 1:16,
1:17, 1:18, 1:19,
1:20, 1:21, 1:22,
1:23
**essentially** [1] -
144:25
**establish** [1] - 40:17
**established** [1] -
129:23
**et** [4] - 56:22, 56:25,
119:16, 130:8
**events** [1] - 104:15
**eventually** [1] - 46:15
**evidence** [27] - 72:5,
88:8, 89:11, 89:15,
101:7, 101:9,
103:21, 117:12,
117:22, 121:21,
129:9, 129:11,
129:14, 131:23,
132:1, 132:4, 132:7,
132:17, 133:1,
134:1, 135:7,
144:18, 144:21,
145:1, 145:25,
153:11, 153:16
**evidently** [1] - 131:15
**exact** [3] - 60:8, 62:14,
127:16
**exactly** [5] - 40:12,
57:1, 113:1, 125:17,
144:15
**examination** [9] -
55:14, 56:11, 56:22,
61:19, 62:18, 63:17,
65:4, 129:23, 145:10
**Examination** [1] - 2:10
**examine** [3] - 56:6,
66:17, 105:25
**example** [1] - 13:22
**except** [3] - 32:18,
35:17, 102:25
**excluded** [1] - 131:3
**excuse** [5] - 6:14,
24:13, 72:15,
100:24, 131:17
**excused** [1] - 49:2,
49:14, 128:24,
129:2, 129:5, 129:8,
152:14, 153:24,
154:17, 154:19,
154:21
**exhibit** [12] - 12:5,
13:1, 13:2, 14:15,
15:1, 15:10, 15:17,
15:20, 16:4, 16:13,
95:5, 95:14, 95:21,
149:17, 152:12

**Exhibit** [30] - 5:9,
5:21, 12:5, 17:1,
17:6, 17:13, 23:1,
23:12, 23:23, 24:12,
24:20, 25:8, 25:23,
26:16, 27:4, 27:21,
28:9, 28:20, 29:9,
29:24, 30:13, 30:25,
31:13, 43:20, 45:12,
93:16, 147:24,
150:5, 151:14
**existed** [1] - 54:13
**existence** [1] - 144:4
**exited** [1] - 100:21
**exits** [1] - 117:11
**expand** [2] - 85:23,
85:24
**expect** [1] - 55:23
**expected** [3] - 56:6,
66:17, 89:2
**expert** [1] - 63:19
**expired** [2] - 87:18,
87:20
**explain** [7] - 7:3, 8:19,
8:21, 76:25, 80:19,
100:25, 117:25
**explained** [1] - 98:21
**explains** [1] - 133:5
**exposed** [4] - 49:6,
100:11, 152:25,
153:11
**extent** [3] - 57:12,
88:20, 104:21
**external** [1] - 153:7
**extra** [2] - 117:21,
117:23
**extraordinary** [1] -
103:1
**extremely** [1] - 103:2
**eye** [1] - 4:23

## F

**F-3d** [1] - 133:3
**F.3d** [1] - 132:10
**face** [3] - 76:4, 76:5,
118:25
**faces** [1] - 37:6
**facilities** [2] - 118:17,
145:17
**Facility** [4] - 110:4,
110:6, 124:4, 131:10
**facility** [5] - 141:20,
141:21, 141:24,
142:11, 145:14
**facing** [1] - 88:7
**fact** [10] - 65:1, 66:1,
86:12, 110:16,
121:16, 125:24,
127:14, 127:24,

133:4, 134:8
**factor** [3] - 56:1,
56:21, 133:25
**factors** [1] - 129:19
**facts** [5] - 49:10, 72:4,
100:16, 135:6, 153:4
**factual** [1] - 131:7
**fair** [8] - 52:4, 52:5,
55:10, 105:1, 114:3,
123:25, 126:13,
154:7
**fairly** [2] - 132:15,
132:19
**faith** [1] - 61:15
**fall** [2] - 55:6, 55:15
**familiar** [6] - 4:8, 47:8,
47:10, 57:10,
136:16, 140:13
**family** [3] - 19:5,
152:24, 153:21
**far** [6] - 49:5, 50:21,
50:23, 73:8, 127:11,
145:3
**Farrelly** [1] - 1:19
**fatal** [1] - 56:9
**FBI** [3] - 119:11,
121:10, 132:1
**February** [9] - 120:4,
120:14, 121:19,
125:6, 125:20,
126:4, 127:3, 127:7,
130:14
**FEDERAL** [1] - 155:18
**federal** [10] - 107:5,
107:7, 107:9,
107:12, 107:14,
107:22, 134:10,
135:20, 141:9,
141:15
**Federal** [1] - 1:24
**federally** [1] - 135:18
**Federally** [1] - 2:2
**feet** [3] - 5:4, 48:6,
48:15
**fellow** [2] - 121:25,
152:23
**felt** [1] - 105:1
**few** [10] - 13:15, 13:22,
31:25, 37:11, 37:14,
49:25, 87:9, 109:21,
123:2, 130:19
**figure** [5] - 96:23,
99:5, 99:9, 99:12,
130:11
**fill** [1] - 57:2
**finally** [1] - 75:19
**findings** [1] - 131:7
**fine** [1] - 123:9
**finish** [2] - 66:13,
89:19

**finished** [2] - 80:17, 103:6
**firmly** [1] - 64:5
**first** [23] - 5:19, 19:22, 26:21, 27:11, 32:5, 33:13, 52:6, 54:5, 62:2, 64:13, 69:19, 98:7, 104:14, 104:15, 106:16, 113:24, 114:1, 120:7, 129:18, 129:22, 143:4
**fishing** [1] - 86:1
**fit** [5] - 78:22, 78:24, 78:25, 79:2, 79:21
**five** [2] - 48:15, 54:22
**flagged** [2] - 49:23, 64:13
**Floor** [1] - 1:25
**FLS** [5] - 8:2, 8:3, 10:14, 16:25, 17:8
**folder** [3] - 50:1, 52:17, 52:24
**folders** [1] - 49:24
**follow** [2] - 54:19, 152:22
**follow-up** [1] - 54:19
**font** [1] - 51:22
**FOR** [1] - 1:1
**force** [2] - 78:1, 78:3
**foregoing** [1] - 155:8
**form** [2] - 48:20, 49:17
**format** [1] - 155:11
**former** [1] - 141:23
**forming** [1] - 153:13
**forth** [1] - 153:21
**forthcoming** [1] - 86:3
**forward** [1] - 118:7
**foundation** [7] - 33:13, 40:8, 42:2, 73:17, 73:20, 135:6, 135:9
**four** [6] - 48:15, 54:20, 58:24, 75:3, 144:18, 144:20
**Fourth** [2] - 132:11, 133:3
**frame** [11] - 18:16, 22:7, 22:12, 24:14, 25:5, 25:21, 29:6, 30:8, 31:23, 130:7, 145:5
**frankly** [4] - 54:3, 63:18, 86:24, 102:2
**Frederick** [28] - 18:19, 20:19, 21:21, 21:24, 22:1, 23:11, 29:5, 29:7, 41:16, 42:21, 47:17, 58:11, 67:20, 68:14, 83:2, 83:16,

84:15, 84:22, 84:25, 90:1, 98:15, 98:17, 123:3, 127:19, 127:22, 128:8, 128:14, 128:15
**free** [1] - 100:18
**Freeport** [1] - 51:3
**Friday** [2] - 66:18, 154:12
**friend** [1] - 17:5
**friends** [1] - 152:24
**front** [7] - 5:8, 5:10, 5:22, 6:12, 7:20, 70:7, 147:25
**fully** [1] - 86:10
**Fulton** [38] - 8:4, 8:5, 12:18, 12:25, 14:6, 16:3, 17:8, 17:11, 18:14, 18:17, 19:14, 21:6, 21:20, 22:11, 23:8, 23:20, 24:6, 25:2, 25:6, 25:18, 27:1, 27:2, 27:20, 28:6, 28:17, 29:3, 30:7, 30:8, 30:19, 31:20, 33:24, 34:15, 95:4, 98:10, 147:16, 150:17, 150:20, 152:7
**function** [3] - 56:24, 86:12, 86:13
**furtherance** [1] - 143:18
**fussing** [1] - 52:3

## G

**gain** [1] - 121:4
**gang** [19] - 14:21, 15:19, 20:10, 20:12, 24:24, 25:15, 26:11, 26:13, 26:23, 31:5, 33:21, 34:12, 39:17, 45:3, 51:2, 53:7, 53:13, 53:14, 60:17
**Gangster** [65] - 19:20, 22:21, 31:25, 32:3, 32:5, 32:13, 32:23, 39:5, 39:6, 58:21, 59:13, 59:14, 59:17, 59:24, 60:3, 60:4, 60:6, 62:7, 62:10, 62:12, 85:15, 91:1, 91:6, 91:19, 91:23, 92:22, 93:11, 94:12, 94:13, 94:17, 95:11, 98:1, 98:9, 107:20, 108:8, 108:10, 108:18, 112:22, 126:2, 126:5,

126:15, 127:9, 131:21, 135:1, 136:8, 136:14, 136:19, 137:1, 137:7, 137:12, 137:19, 138:8, 138:9, 138:13, 138:21, 139:1, 139:4, 139:6, 146:11, 146:18, 148:5, 148:6, 148:20, 149:20, 150:9
**Gangster's** [5] - 95:25, 149:9, 149:21, 149:23, 151:18
**gap** [1] - 61:13
**garra** [1] - 4:7
**gather** [2] - 88:17, 121:21
**gathered** [1] - 50:2
**gathering** [1] - 132:7
**general** [5] - 9:16, 9:21, 55:14, 63:7, 131:12
**generally** [1] - 5:3
**gentleman** [1] - 101:8
**gentlemen** [6] - 3:13, 49:3, 67:6, 100:7, 152:15, 153:10
**Gerald** [1] - 1:18
**gestures** [2] - 149:10, 149:12
**Giglio** [10] - 53:20, 54:7, 54:9, 55:7, 55:16, 55:18, 56:3, 61:14, 62:14, 64:11
**girlfriend** [8] - 17:17, 41:20, 42:13, 43:17, 57:20, 90:9, 90:14, 90:16
**given** [10] - 65:3, 86:18, 105:25, 106:1, 127:11, 140:15, 140:17, 140:19, 140:21, 144:8
**glove** [2] - 80:6, 80:11
**gloves** [21] - 71:8, 71:9, 71:10, 71:11, 71:13, 72:3, 72:8, 72:9, 72:11, 72:13, 79:10, 79:11, 79:13, 79:15, 79:19, 79:20, 79:24, 80:13, 80:20, 81:1, 81:5
**golf** [1] - 129:7
**Government** [63] - 51:12, 51:14, 51:25,

53:6, 54:17, 55:22, 55:23, 56:14, 61:16, 62:8, 63:25, 64:5, 65:21, 66:4, 85:21, 86:1, 86:25, 87:23, 87:25, 88:4, 88:6, 89:9, 89:16, 101:4, 101:12, 102:4, 102:5, 102:8, 102:11, 102:15, 103:3, 103:4, 103:6, 104:4, 104:6, 105:4, 105:17, 106:2, 106:17, 107:11, 108:3, 108:17, 109:10, 117:13, 117:17, 118:3, 129:9, 130:6, 131:7, 131:9, 131:22, 132:5, 132:13, 132:16, 132:19, 132:22, 132:23, 132:24, 135:22, 136:23, 142:4, 143:5, 145:1
**Government's** [30] - 5:8, 5:9, 5:21, 12:4, 17:1, 22:25, 23:12, 24:12, 25:8, 25:23, 26:16, 27:4, 27:21, 28:9, 28:20, 29:9, 29:24, 30:13, 43:20, 45:12, 50:9, 86:18, 93:15, 129:21, 143:22, 144:15, 147:24, 149:16, 150:5, 151:14
**great** [1] - 133:23
**Gringo** [1] - 142:2
**ground** [2] - 93:21, 104:1
**group** [3] - 52:18, 75:10, 95:8
**Guanaco** [63] - 19:20, 20:17, 21:4, 21:9, 21:16, 22:8, 26:20, 26:21, 37:18, 38:12, 38:13, 39:2, 39:4, 39:6, 39:16, 39:21, 41:11, 41:12, 41:21, 42:11, 42:18, 42:20, 42:23, 43:1, 43:3, 43:6, 43:25, 46:1, 47:1, 48:18, 49:16, 67:22, 69:20, 81:15, 81:16, 81:17, 81:18, 82:21, 85:9, 92:2, 92:8, 92:15, 96:4, 96:6, 96:8, 96:17, 96:20, 96:25, 97:5,

97:9, 97:10, 97:12, 97:14, 98:5, 98:19, 99:7, 99:9, 99:13, 99:14, 99:24, 100:1, 138:24, 139:5
**guess** [2] - 60:4, 143:2
**guilty** [12] - 108:20, 109:1, 109:11, 115:6, 115:8, 115:11, 115:15, 116:22, 117:2, 117:4, 130:25, 131:14
**gun** [3] - 142:11, 142:21, 146:6
**guy** [4] - 51:9, 59:7, 59:8, 59:9
**guys** [11] - 58:11, 58:12, 58:13, 58:16, 58:19, 60:17, 60:19, 71:10, 83:19, 98:19, 99:9

## H

**hair** [1] - 73:6
**half** [1] - 154:13
**hallway** [1] - 118:8
**halting** [1] - 86:6
**hand** [15] - 3:21, 5:12, 5:14, 9:9, 9:11, 10:2, 10:3, 10:11, 94:13, 94:15, 118:25, 122:20, 149:6, 149:10, 149:12
**handle** [3] - 100:22, 101:1, 103:4
**handled** [1] - 134:3
**hands** [6] - 71:5, 71:7, 79:21, 93:24, 94:23, 149:9
**handwriting** [1] - 15:15
**hang** [1] - 59:6
**hard** [2] - 55:17, 56:15
**hardly** [1] - 58:16
**Hazlehurst** [2] - 87:20, 133:23
**head** [9] - 36:3, 64:10, 76:11, 76:18, 83:20, 84:2, 84:7, 150:10, 150:25
**heads** [1] - 109:9
**hear** [13] - 61:7, 67:13, 72:15, 101:21, 101:24, 103:3, 103:7, 103:15, 103:17, 103:18, 103:19, 129:16, 135:9

**heard** [11] - 58:12, 58:13, 58:16, 63:1, 101:11, 103:23, 105:12, 120:14, 131:4, 133:10, 145:2
**hearing** [7] - 101:3, 104:10, 106:13, 122:4, 123:19, 128:25, 132:18
**hearsay** [3] - 40:24, 86:20, 88:22
**heart** [1] - 50:8
**held** [5] - 77:1, 85:19, 90:4, 132:21, 155:10
**help** [10] - 20:20, 74:9, 74:10, 74:11, 74:15, 74:17, 74:19, 74:23, 74:25, 102:19
**helped** [1] - 20:22
**helpful** [2] - 61:11, 72:21
**Hempstead** [1] - 95:1
**Henry** [1] - 88:10
**hereby** [1] - 155:7
**herself** [1] - 128:12
**hide** [1] - 97:3
**high** [1] - 64:9
**himself** [1] - 102:19
**hint** [1] - 117:18
**hit** [10] - 71:24, 71:25, 73:22, 76:8, 76:19, 79:3, 83:20, 84:2, 84:7, 92:14
**hitting** [4] - 76:7, 78:16, 84:4, 84:8
**hold** [2] - 11:2, 143:12
**hole** [25] - 46:21, 47:23, 47:24, 48:1, 48:3, 48:7, 48:10, 48:12, 48:14, 48:16, 54:13, 67:20, 68:20, 69:5, 74:5, 74:6, 74:11, 75:12, 75:13, 75:19, 75:21, 75:22, 76:1, 78:22, 79:8
**holiday** [1] - 154:10
**home** [1] - 153:20
**homeboy** [26] - 22:10, 23:6, 23:22, 24:14, 25:4, 25:6, 25:14, 26:4, 26:5, 26:24, 27:18, 28:4, 28:15, 28:18, 29:15, 30:5, 30:8, 53:7, 61:5, 91:15, 91:17, 91:19, 91:21, 93:5, 93:7, 97:3
**homeboys** [4] - 22:11, 91:24, 92:19, 98:2
**homemade** [3] -

141:1, 141:2, 141:5
**homicide** [1] - 87:13
**Honda** [1] - 45:22
**honor** [1] - 118:18
**Honor** [119] - 3:4, 3:16, 4:22, 5:15, 10:5, 10:17, 10:23, 11:5, 13:16, 15:18, 24:13, 24:18, 32:16, 33:7, 33:16, 35:14, 36:4, 36:17, 37:3, 40:6, 40:14, 40:22, 48:23, 49:22, 57:4, 61:10, 63:15, 64:12, 65:7, 65:13, 66:8, 67:1, 67:15, 72:15, 72:20, 73:2, 73:5, 85:17, 86:15, 86:17, 87:6, 87:16, 87:21, 88:12, 88:23, 89:8, 89:18, 89:22, 100:5, 101:11, 101:16, 102:1, 103:8, 103:10, 104:14, 104:19, 105:7, 105:10, 105:12, 106:5, 106:17, 108:24, 109:5, 109:8, 109:12, 110:1, 111:7, 111:10, 114:17, 115:19, 115:22, 115:24, 116:11, 116:15, 116:20, 116:25, 117:5, 117:9, 117:14, 117:24, 118:8, 118:10, 118:21, 119:6, 122:7, 123:7, 124:2, 124:7, 125:12, 128:4, 128:9, 128:21, 128:23, 129:1, 129:10, 129:15, 129:17, 131:5, 133:10, 134:5, 134:12, 134:19, 135:11, 140:10, 143:2, 143:8, 143:10, 143:15, 144:1, 144:23, 145:16, 146:2, 148:13, 148:22, 150:15, 152:8, 152:10, 153:25, 154:4
**HONORABLE** [1] - 1:11
**hope** [1] - 133:19
**hospital** [1] - 4:16

**hot** [1] - 42:24
**hotel** [3] - 19:8, 84:21, 98:18
**hour** [3] - 3:10, 49:19, 64:25
**hours** [2] - 129:25
**house** [23] - 19:6, 41:13, 41:15, 41:17, 42:19, 43:3, 43:6, 44:6, 45:1, 45:3, 45:8, 45:15, 67:24, 67:25, 68:1, 68:2, 83:13, 83:14, 84:10, 84:14, 95:10, 95:25, 96:13
**houses** [1] - 47:18
**hugely** [1] - 61:13

## I

**ID** [1] - 32:17
**idea** [3] - 125:1, 125:2, 128:13
**identification** [1] - 33:11
**identifications** [1] - 35:15
**identified** [5] - 33:8, 36:5, 36:18, 37:4, 58:25
**identify** [9] - 32:25, 35:25, 36:14, 36:25, 94:5, 124:15, 124:18, 125:24, 148:11
**image** [9] - 5:12, 5:13, 5:14, 5:19, 5:24, 7:20, 15:5, 15:6, 147:25
**images** [3] - 9:16, 13:15, 13:17
**immediately** [2] - 64:3, 75:13
**implicates** [1] - 102:2
**implicit** [1] - 134:9
**important** [2] - 61:14, 113:2
**IN** [1] - 1:1
**in-court** [2] - 32:17, 35:15
**inadmissible** [4] - 40:24, 89:11, 89:15, 134:1
**inappropriate** [1] - 153:12
**incarcerated** [4] - 24:10, 88:7, 135:25, 143:18
**incentives** [1] - 130:23
**inclined** [2] - 117:21,

117:23
**include** [1] - 89:3
**included** [1] - 52:16
**including** [2] - 132:8, 148:24
**inconsistent** [1] - 86:22
**increase** [1] - 102:8
**incriminating** [2] - 102:21, 104:8
**independent** [3] - 49:10, 100:15, 153:4
**indicate** [1] - 42:20
**indicated** [4] - 4:23, 132:20, 133:6
**indicates** [4] - 57:7, 57:9, 65:20, 131:17
**indicating** [2] - 77:1, 77:5
**indictment** [1] - 143:7
**individual** [3] - 58:23, 148:14, 148:23
**indulgence** [1] - 115:20
**inform** [1] - 97:10
**informant** [4] - 129:20, 132:12, 132:19, 132:21
**informant's** [2] - 132:15, 132:24
**information** [14] - 53:2, 63:16, 66:16, 88:17, 88:21, 89:4, 98:4, 102:7, 104:2, 105:17, 126:18, 129:20, 153:11, 153:16
**initial** [2] - 50:4, 105:5
**initiated** [1] - 130:2
**injury** [1] - 64:10
**ink** [2] - 141:11, 142:11
**innocuous** [1] - 62:4
**inside** [6] - 38:6, 38:9, 45:1, 60:20, 108:5, 108:6
**insinuation** [1] - 104:22
**instances** [2] - 56:23, 67:7
**instant** [1] - 101:14
**instead** [2] - 104:12, 153:18
**instruction** [1] - 128:16
**instructions** [4] - 127:11, 128:12, 132:23, 152:22
**intentional** [1] - 56:18
**intentions** [1] - 105:15

**interact** [1] - 70:24
**interacted** [1] - 40:18
**interests** [1] - 153:21
**internet** [3] - 49:11, 100:17, 153:5
**interpretation** [1] - 86:13
**interpreter** [8] - 47:15, 68:4, 72:16, 72:22, 73:4, 84:5, 99:6, 110:8
**INTERPRETER** [11] - 5:11, 5:17, 6:14, 8:15, 9:18, 47:15, 68:4, 73:5, 84:5, 99:6, 110:8
**Interpreter** [1] - 9:18
**Interpreters** [2] - 2:2, 143:12
**interrogating** [1] - 104:7
**interrupting** [2] - 50:10, 87:2
**interview** [5] - 54:20, 54:23, 122:16, 126:4, 126:17
**investigating** [2] - 127:20, 127:21
**investigation** [3] - 49:10, 100:16, 153:4
**investigator** [1] - 88:16
**investigators** [1] - 122:1
**involved** [7] - 11:17, 18:11, 18:14, 60:6, 62:12, 97:24, 135:24
**involvement** [4] - 20:9, 26:13, 87:12, 143:23
**involving** [1] - 70:5
**issue** [11] - 53:4, 60:2, 61:16, 86:24, 87:21, 89:21, 100:12, 100:22, 117:15, 134:2, 144:11
**issues** [9] - 49:7, 58:17, 60:19, 63:18, 64:2, 134:6, 153:1, 153:6, 153:8

## J

**jail** [30] - 4:16, 11:20, 11:23, 11:24, 18:8, 19:12, 19:23, 20:5, 20:9, 20:11, 21:5, 21:23, 22:2, 26:7, 27:13, 28:19, 60:20, 65:25, 106:10,

108:6, 126:8, 126:15, 127:4, 130:16, 131:18, 136:2, 136:12, 136:20, 140:22, 140:25

**jailhouse** [4] - 89:12, 125:13, 129:20, 132:21

**Jaime** [1] - 2:3

**JAMES** [1] - 1:11

**January** [2] - 18:9, 18:16

**Jencks** [13] - 50:17, 50:22, 54:8, 54:15, 55:20, 55:22, 56:4, 56:7, 56:8, 56:10, 56:12, 56:15, 56:21

**Jenni** [28] - 60:5, 62:11, 86:21, 87:13, 88:3, 108:11, 108:13, 109:23, 111:5, 113:13, 113:21, 114:6, 114:9, 115:14, 116:6, 120:11, 120:19, 120:23, 123:20, 125:22, 130:1, 131:21, 136:16, 136:20, 137:1, 137:6, 137:25

**Jennifer** [1] - 113:8

**JKB-16-259** [1] - 1:4

**job** [1] - 153:18

**jobs** [1] - 60:17

**join** [2] - 53:14, 105:24

**joining** [2] - 67:9, 105:21

**JOSÉ** [1] - 1:6

**José** [2] - 1:20, 36:18

**JOYA** [1] - 1:6

**Joya** [4] - 1:20, 36:18, 106:2, 106:6

**JUAN** [1] - 1:6

**Juan** [2] - 1:18, 36:5

**judge** [1] - 3:7

**Judge** [5] - 50:12, 54:10, 54:16, 110:1, 129:4

**JUDGE** [1] - 1:11

**Judicial** [1] - 155:12

**judicial** [2] - 108:25, 116:21

**July** [6] - 54:16, 54:19, 54:21, 57:6, 57:14, 57:18

**jumped** [1] - 93:14

**June** [1] - 18:22

**jurors** [1] - 152:23

**jury** [30] - 3:6, 3:11,

3:13, 10:2, 11:6, 32:19, 35:17, 49:13, 49:14, 66:25, 67:4, 87:3, 89:12, 89:20, 100:20, 100:21, 104:12, 118:19, 119:25, 126:10, 133:17, 134:13, 134:16, 153:24, 154:1, 154:6, 154:17, 154:19, 154:20

**JURY** [1] - 1:5

### K

**keeping** [1] - 26:15

**Kenneth** [1] - 1:13

**kept** [2] - 112:24, 112:25

**kill** [5] - 42:10, 97:15, 97:18, 99:17, 138:12

**killed** [10] - 46:18, 46:20, 112:17, 112:21, 113:8, 113:9, 113:13, 138:24, 139:14, 139:15

**killing** [1] - 99:24

**kind** [11] - 9:11, 45:19, 45:21, 51:22, 57:11, 77:15, 86:22, 97:2, 104:22, 146:25, 153:2

**knife** [1] - 65:25

**knives** [2] - 60:12, 65:22

**knocked** [4] - 74:1, 74:2, 74:8, 74:13

**knowing** [1] - 105:18

**knowledge** [4] - 52:11, 63:7, 102:13, 121:25

**knows** [2] - 48:21, 49:18

### L

**lack** [2] - 64:1, 135:6

**ladies** [3] - 1:12, 49:3, 67:6, 100:7, 152:15, 153:10

**laid** [2] - 40:8, 42:4

**lake** [2] - 84:22, 89:25

**land** [1] - 102:9

**Langley** [1] - 19:3

**language** [3] - 56:12, 56:14, 126:7

**large** [3] - 6:19, 7:2, 44:15

largely [1] - 134:3

**last** [5] - 58:13, 62:5, 100:9, 100:19, 134:24

**late** [2] - 65:2, 133:15

**latecomer** [2] - 63:18, 86:24

**laugh** [4] - 7:10, 7:11, 7:17, 15:5

**Laura** [2] - 1:16, 1:21

**law** [6] - 49:10, 100:16, 102:21, 105:18, 129:18, 153:4

**lawyer** [1] - 66:16

**lawyers** [3] - 51:8, 51:24, 133:19

**lay** [1] - 33:13

**laying** [1] - 57:1

**leader** [4] - 21:6, 21:8, 25:15, 27:2

**leaders** [1] - 21:10

**leadership** [1] - 99:18

**leading** [3] - 9:22, 38:16, 72:4

**learn** [1] - 18:6

**learned** [1] - 120:7

**learning** [1] - 130:12

**least** [7] - 54:2, 64:14, 64:16, 101:10, 105:18, 105:20, 132:6

**leave** [5] - 81:10, 81:12, 96:4, 96:6, 120:2

**led** [1] - 111:5

**left** [18] - 4:23, 7:7, 7:14, 7:24, 9:9, 9:11, 10:1, 10:3, 10:10, 12:9, 12:10, 12:12, 13:23, 44:25, 149:21, 149:23, 151:22, 154:20

**leg** [4] - 79:1, 79:2, 79:6, 79:7

**legal** [1] - 55:16

**length** [3] - 76:21, 76:22, 76:25

**lengthy** [2] - 54:21, 129:24

**Lentz** [1] - 133:3

**lesbian** [1] - 137:25

**less** [1] - 53:12

**letter** [4] - 16:8, 16:9, 16:17, 17:5, 50:4, 52:21, 52:23, 154:7

**letters** [12] - 7:2, 7:5, 7:17, 10:10, 10:13, 12:1, 148:24, 150:16, 151:22,

151:23, 152:1, 152:4

**license** [1] - 66:21

**lie** [1] - 51:1

**life** [2] - 4:13, 4:14

**lift** [1] - 10:1

**light** [3] - 64:18, 86:8, 117:14

**likely** [1] - 104:7

**lined** [1] - 133:8

**lineup** [1] - 65:5

**link** [1] - 102:5

**list** [1] - 52:20

**listed** [3] - 52:14, 52:21, 52:23

**literally** [1] - 154:2

**live** [2] - 23:9, 95:11

**lived** [1] - 23:10

**living** [3] - 21:14, 21:16, 21:18

**LMS** [1] - 147:8

**Lobo** [19] - 22:18, 34:25, 35:3, 35:7, 36:22, 68:19, 69:22, 70:1, 70:5, 70:10, 70:12, 70:20, 82:11, 96:24, 96:25, 97:2, 98:9, 98:10

**loca** [1] - 4:13

**local** [2] - 55:23, 56:13

**location** [1] - 37:21

**locations** [1] - 18:17

**locked** [1] - 60:11

**Loco** [2] - 16:3, 147:16

**Locos** [5] - 8:4, 8:5, 150:17, 150:20, 152:7

**Locotes** [1] - 17:8

**logic** [1] - 54:13

**logical** [1] - 61:13

**Lois** [1] - 2:3

**Lombard** [1] - 1:25

**look** [12] - 32:21, 35:21, 36:10, 36:21, 49:11, 55:17, 56:4, 100:16, 122:18, 123:1, 132:14, 132:17

**looked** [2] - 9:6, 59:5

**Looked** [1] - 59:6

**looking** [10] - 7:19, 12:7, 12:9, 17:7, 49:23, 49:24, 52:16, 75:19, 75:20, 149:9

**looks** [3] - 16:18, 57:10, 57:11

**loop** [1] - 104:18

**Lopez** [29] - 60:5, 62:11, 86:21, 87:13, 88:3, 108:11,

108:13, 109:24, 111:5, 112:7, 113:8, 113:13, 113:21, 114:6, 114:9, 115:14, 116:6, 120:11, 120:19, 120:23, 123:20, 125:22, 130:2, 131:21, 136:17, 136:20, 137:1, 137:13

**Lorenzana** [1] - 2:4

**lost** [1] - 65:2

**lower** [5] - 7:14, 9:1, 32:19, 35:17, 148:24

**lunch** [5] - 3:8, 3:9, 48:25, 49:22, 67:19

**Luncheon** [1] - 49:20

**luncheon** [1] - 49:4

**lying** [1] - 76:4

### M

**ma'am** [2] - 118:24, 129:5

**machete** [30] - 44:12, 44:13, 44:19, 46:2, 47:3, 76:8, 76:10, 76:12, 76:17, 76:19, 77:1, 77:2, 77:4, 77:6, 77:10, 77:12, 77:15, 77:18, 77:23, 78:17, 78:19, 79:5, 79:23, 80:15, 81:9, 82:22, 83:2, 83:5, 83:7, 139:24

**machetes** [1] - 76:7

**machine** [6] - 141:1, 141:2, 141:5, 142:13, 151:7, 151:12

**magnitude** [1] - 62:20

**mail** [2] - 53:25, 63:20

**main** [1] - 129:19

**majority** [2] - 97:23, 136:6

**Maligno** [3] - 94:22, 94:23, 94:25

**manner** [1] - 55:17

**Mara** [5] - 3:12, 7:4, 9:4, 77:22, 112:20

**March** [1] - 100:20

**marijuana** [7] - 20:12, 20:14, 20:18, 20:21, 20:23, 47:12, 83:15

**mark** [5] - 6:13, 6:15, 7:20, 94:4

**marked** [3] - 6:18, 8:15, 123:2

**marshal** [1] - 10:24

**MARYLAND** [1] - 1:1
**Maryland** [11] - 1:11,
1:25, 18:17, 19:3,
23:9, 28:7, 29:4,
41:15, 58:17, 95:12,
155:7
**mask** [2] - 33:11,
50:14
**masks** [6] - 32:19,
33:13, 33:14, 35:18,
37:6
**material** [4] - 51:22,
55:16, 55:20, 55:22
**materials** [1] - 49:23
**matter** [5] - 119:19,
119:22, 134:2,
153:22, 155:10
**matters** [1] - 153:14
**McLarney** [1] - 1:21
**mean** [19] - 4:14, 7:17,
14:22, 22:21, 42:9,
46:8, 55:24, 62:8,
64:14, 66:7, 68:25,
74:10, 76:25,
117:19, 118:12,
144:10, 151:10,
152:4, 152:6
**meaning** [1] - 51:5
**means** [1] - 7:10
**meant** [1] - 42:1
**meet** [4] - 26:21, 32:5,
32:11, 137:22
**meeting** [25] - 18:23,
18:25, 19:2, 19:6,
19:9, 19:23, 20:5,
40:6, 40:8, 84:16,
84:18, 84:22, 84:24,
85:12, 85:14, 89:25,
90:3, 90:6, 90:10,
90:14, 90:18, 98:6,
98:8, 98:12, 98:14
**meetings** [1] - 50:19
**Mejía** [72] - 2:9, 2:16,
3:14, 3:19, 3:21, 5:2,
5:7, 5:19, 6:5, 9:5,
10:1, 11:10, 18:8,
32:21, 33:18, 35:21,
36:10, 36:21, 37:8,
40:20, 50:16, 54:23,
58:6, 64:3, 67:12,
67:17, 87:8, 87:10,
87:11, 87:13, 88:13,
88:16, 89:6, 89:7,
89:25, 102:14,
106:18, 106:19,
106:21, 107:1,
109:18, 115:13,
115:21, 116:1,
116:4, 118:1,
119:24, 120:5,

120:8, 120:17,
120:21, 120:25,
121:10, 121:13,
121:20, 123:19,
125:21, 127:4,
127:9, 127:14,
127:22, 127:25,
128:2, 128:8,
129:24, 134:22,
135:14, 140:13,
146:5, 148:17,
149:4, 150:20
**Mejía's** [1] - 57:20
**member** [7] - 12:15,
19:5, 32:3, 41:7,
51:2, 112:13, 121:21
**members** [35] - 10:2,
11:19, 11:24, 12:8,
14:6, 14:21, 18:20,
18:23, 19:10, 19:14,
19:17, 19:22, 20:4,
22:1, 22:14, 84:16,
85:11, 97:17, 98:24,
99:1, 107:15,
107:17, 108:4,
113:10, 136:2,
136:5, 137:9,
137:11, 138:25,
139:1, 139:10,
141:23, 142:18,
146:8
**membership** [1] -
144:5
**memory** [11] - 60:7,
60:9, 62:13, 63:18,
63:22, 63:24, 64:1,
64:2, 64:11, 88:10,
89:10
**mention** [1] - 66:1
**mentioned** [15] - 18:8,
21:20, 31:25, 33:18,
34:9, 34:25, 47:7,
62:8, 72:8, 73:22,
79:9, 96:20, 113:23,
135:1, 147:17
**mentioning** [4] -
59:12, 59:16, 59:18,
62:6
**Merit** [1] - 155:6
**met** [13] - 19:22,
25:19, 25:21, 27:11,
32:7, 34:2, 34:4,
34:18, 34:20, 35:7,
43:18, 53:5, 53:9
**mic** [1] - 73:6
**microphone** [3] -
67:13, 119:2, 143:13
**middle** [4] - 12:10,
12:11, 48:4, 149:6
**midnight** [2] - 70:3,

82:7
**Midnight** [7] - 68:19,
69:22, 70:1, 70:5,
70:13, 70:19, 82:8
**midstream** [1] -
103:19
**might** [6] - 87:1,
101:5, 102:17,
104:11, 121:1,
124:21
**MILTON** [1] - 1:5
**Milton** [6] - 1:16, 33:8,
109:20, 122:15,
129:14, 130:15
**mind** [5] - 63:7, 86:14,
125:17, 153:13,
153:22
**minor** [1] - 50:8
**minute** [3] - 52:7,
75:16, 133:11
**minutes** [13] - 32:1,
46:11, 64:24, 87:9,
100:9, 100:18,
100:20, 109:21,
118:22, 126:11,
133:7, 133:8, 152:15
**misdirected** [1] -
105:15
**missing** [1] - 51:18
**misstated** [1] - 111:8
**mistakes** [1] - 56:19
**Mole** [3] - 23:4, 23:5,
136:9
**moment** [14] - 15:18,
32:21, 35:21, 42:12,
67:10, 73:11, 73:22,
101:9, 103:11,
106:5, 108:24,
115:19, 140:9, 152:8
**Monday** [6] - 65:8,
66:14, 152:18,
153:23, 154:18,
154:22
**money** [12] - 20:23,
21:1, 26:15, 38:14,
38:19, 39:9, 39:11,
39:13, 39:15, 40:21,
58:18, 121:7
**Montgomery** [1] -
18:19
**month** [1] - 108:22
**months** [6] - 53:6,
60:11, 123:2, 125:9,
130:19, 145:18
**Moreno** [2] - 22:5,
57:11
**morning** [8] - 3:12,
3:19, 3:20, 50:13,
51:13, 51:20, 54:11,
152:18

**most** [11] - 11:10,
57:5, 57:17, 57:18,
60:17, 61:11, 64:25,
103:1, 107:18,
131:25, 132:4
**mostly** [1] - 85:9
**Motion** [7] - 100:23,
101:1, 103:21,
105:6, 106:16,
131:6, 133:6
**MOTION** [1] - 2:14
**motion** [7] - 101:4,
103:3, 105:24,
106:11, 117:12,
133:12, 144:1
**motions** [5] - 65:10,
87:17, 101:3,
132:18, 133:18
**motor** [1] - 141:8
**mountain** [2] - 46:7,
46:8
**move** [3] - 67:13,
74:15, 123:8
**moved** [8] - 58:21,
141:20, 145:3,
145:4, 145:7,
145:14, 145:17
**MR** [253] - 3:4, 3:7,
3:16, 3:18, 4:22,
4:25, 5:1, 5:15, 5:18,
6:16, 6:17, 8:16,
9:20, 9:22, 9:25,
10:5, 10:9, 10:17,
10:22, 11:4, 11:5,
11:9, 13:16, 13:20,
24:13, 24:18, 24:19,
32:16, 32:20, 33:4,
33:7, 33:12, 33:16,
33:17, 35:14, 35:19,
35:20, 36:4, 36:9,
36:17, 36:20, 37:3,
37:7, 38:16, 38:18,
40:2, 40:6, 40:11,
40:14, 40:17, 40:22,
41:5, 42:2, 42:7,
48:20, 49:22, 50:12,
50:15, 50:23, 51:12,
51:18, 52:9, 52:11,
52:13, 52:21, 52:23,
53:4, 53:19, 53:22,
54:9, 55:1, 55:9,
55:11, 57:4, 57:14,
57:17, 58:2, 58:5,
58:10, 58:15, 59:2,
59:16, 59:19, 59:23,
60:2, 60:10, 60:24,
61:4, 61:8, 61:10,
61:24, 62:2, 62:5,
62:18, 62:23, 63:4,
63:10, 63:12, 63:15,

63:23, 64:12, 64:24,
65:7, 65:13, 65:16,
65:19, 65:24, 66:7,
66:11, 67:1, 67:15,
67:16, 68:8, 70:1,
70:4, 72:4, 72:7,
72:15, 72:20, 73:2,
73:10, 73:17, 73:21,
84:9, 85:17, 85:21,
86:15, 86:17, 87:6,
87:16, 87:21, 88:12,
88:23, 89:8, 89:18,
89:22, 89:24, 99:8,
100:5, 100:24,
101:11, 101:16,
101:19, 102:1,
103:8, 103:10,
103:18, 104:14,
104:19, 105:7,
105:10, 105:12,
105:14, 106:5,
106:9, 106:17,
106:25, 109:3,
109:5, 109:8,
109:12, 109:15,
109:17, 110:15,
111:7, 111:10,
111:11, 111:16,
111:20, 114:17,
114:20, 115:19,
115:21, 115:24,
115:25, 116:11,
116:15, 116:18,
116:20, 116:25,
117:5, 117:9,
117:14, 117:21,
117:23, 118:5,
118:8, 118:12,
118:21, 119:6,
119:8, 122:3, 122:7,
122:11, 122:22,
122:25, 123:7,
123:10, 123:11,
124:2, 124:6, 124:9,
124:10, 124:23,
124:25, 125:12,
125:19, 126:12,
128:4, 128:7, 128:9,
128:11, 128:19,
128:21, 128:23,
129:1, 129:4,
129:10, 129:12,
129:14, 129:17,
131:5, 133:10,
133:14, 134:5,
134:12, 134:19,
134:21, 135:6,
135:10, 135:13,
140:9, 140:12,
142:24, 143:2,
143:8, 143:10,

143:15, 144:1,
144:22, 145:4,
145:16, 146:2,
146:4, 148:16,
149:2, 149:3,
150:19, 152:8,
152:10, 153:25,
154:2, 154:4
**MS** [12] - 8:22, 9:4,
15:23, 15:24, 58:11,
60:19, 111:14,
118:10, 118:16,
147:4, 150:25,
151:23
**MS-13** [65] - 3:22, 4:3,
4:6, 4:7, 4:15, 5:5,
6:16, 6:22, 7:3, 7:5,
7:9, 7:12, 7:15, 8:1,
8:3, 8:11, 8:19, 9:3,
9:7, 9:12, 9:14, 9:17,
11:17, 11:19, 11:24,
12:15, 13:9, 13:12,
14:20, 17:9, 17:25,
18:12, 18:20, 18:23,
21:24, 22:7, 22:14,
22:20, 23:17, 24:3,
32:3, 35:3, 37:9,
41:8, 73:15, 84:16,
94:15, 98:24, 99:1,
107:15, 108:4,
135:24, 136:2,
140:19, 141:23,
142:18, 143:23,
144:19, 144:20,
146:8, 147:22,
148:17, 149:4,
150:1, 150:20
**MS-13-related** [5] -
6:13, 7:21, 9:9, 10:2,
13:15
**multiple** [1] - 86:7
**murder** [39] - 37:9,
37:12, 37:15, 40:7,
59:12, 59:16, 59:20,
59:24, 60:5, 60:6,
62:7, 62:11, 62:12,
62:24, 63:1, 63:6,
84:15, 84:25, 86:20,
86:21, 87:15, 90:21,
116:6, 116:9,
120:11, 120:19,
120:23, 123:3,
123:20, 124:1,
124:13, 125:3,
125:22, 125:25,
127:22, 130:1,
130:13
**murdered** [1] - 51:17
**murdering** [1] - 88:2
**murders** [5] - 51:1,

53:8, 54:20, 59:25,
90:23
**murky** [2] - 86:22,
116:12
**must** [2] - 51:19,
132:14

# N

**NADINE** [1] - 155:18
**Nadine** [2] - 1:24,
155:5
**name** [10] - 29:20,
29:22, 33:18, 59:7,
109:20, 119:3,
122:14, 124:15,
136:16, 141:21
**named** [2] - 59:7,
108:11
**names** [1] - 86:1
**narrative** [1] - 61:13
**natural** [1] - 100:6
**nature** [1] - 143:24
**near** [4] - 7:24, 75:22,
84:22, 89:25
**necessary** [2] -
101:20, 118:14
**necklaces** [1] - 7:25
**need** [11] - 48:23,
50:24, 55:5, 57:2,
62:9, 73:8, 74:15,
99:18, 117:24,
118:19
**needed** [8] - 38:14,
38:19, 39:9, 42:20,
45:16, 67:7, 81:14,
97:18
**negotiating** [1] - 130:8
**Neris** [2] - 62:24, 63:6
**never** [7] - 51:2, 51:3,
56:17, 88:18,
110:22, 121:3,
132:21
**new** [14] - 19:14,
19:17, 54:23, 55:9,
63:21, 92:19, 92:21,
92:22, 92:24, 93:2,
93:5, 135:2, 135:4,
141:24
**New** [4] - 58:12, 58:13,
58:16, 58:17
**newer** [1] - 22:1
**news** [3] - 49:6,
100:11, 152:25
**next** [26] - 3:15, 4:23,
42:18, 47:22, 57:9,
57:17, 58:1, 61:23,
65:4, 67:13, 73:8,
73:20, 76:6, 78:17,
91:14, 94:9, 94:11,

94:17, 94:19, 94:21,
105:3, 112:11,
128:20, 135:12,
154:5, 154:9
**nice** [1] - 129:7
**nickname** [14] - 16:3,
31:25, 34:9, 34:25,
92:20, 92:21, 92:22,
92:23, 92:25, 93:2,
93:3, 93:5, 135:4
**nicknames** [3] - 14:4,
134:24, 135:2
**night** [1] - 113:14
**nine** [2] - 50:3, 53:23
**NO** [1] - 1:4
**none** [2] - 55:3, 59:3
**nonetheless** [1] -
130:22
**normal** [2] - 101:2,
152:18
**north** [1] - 152:7
**North** [2] - 96:11,
96:20
**NORTHERN** [1] - 1:2
**note** [2] - 64:12, 65:13
**notes** [1] - 51:7
**nothing** [6] - 56:8,
58:1, 75:8, 112:24,
126:25, 128:21
**notice** [7] - 55:1,
63:23, 109:1,
109:10, 116:21,
117:6, 117:7
**noticed** [1] - 78:10
**November** [12] - 1:10,
50:17, 50:20,
122:17, 123:22,
124:11, 125:2,
125:6, 125:21,
127:6, 130:10,
131:15
**NSFLS** [3] - 147:4,
147:5, 152:4
**number** [6] - 8:24,
55:20, 101:6,
102:24, 137:18
**numbers** [1] - 54:14
**numerous** [1] - 13:17

# O

**o'clock** [1] - 49:12
**oath** [5] - 3:14, 67:12,
106:20, 106:21,
134:18
**object** [3] - 117:7,
144:18, 144:21
**objecting** [1] - 65:25
**objection** [26] - 9:22,
36:7, 38:16, 40:2,

42:2, 48:20, 49:17,
72:4, 73:17, 85:17,
85:21, 105:22,
111:7, 114:17,
124:2, 124:23,
125:12, 125:15,
128:4, 128:5, 128:6,
134:7, 135:6,
142:24, 143:3,
143:16
**objections** [1] - 146:1
**obligation** [1] - 104:4
**observation** [1] -
40:23
**obvious** [1] - 85:25
**obviously** [6] - 59:25,
64:11, 64:20, 87:16,
89:11, 144:11
**occur** [2] - 98:14,
102:16
**occurred** [16] - 58:6,
88:3, 88:13, 88:15,
102:11, 111:13,
114:21, 124:21,
127:8, 130:17,
131:11, 131:13,
131:18, 145:12,
145:20
**occurring** [2] - 144:3,
154:10
**October** [3] - 50:2,
52:15, 52:16
**OF** [3] - 1:1, 1:3, 155:1
**offer** [1] - 121:7
**offered** [4] - 96:24,
96:25, 97:2, 130:24
**offering** [2] - 86:19,
106:3
**office** [1] - 127:19
**officers** [1] - 80:25
**OFFICIAL** [2] - 155:1,
155:18
**Official** [1] - 1:24
**old** [4] - 92:23, 92:25,
93:2, 93:4
**once** [9] - 32:11, 34:4,
34:20, 35:9, 35:16,
85:22, 103:6,
143:17, 145:3
**one** [62] - 6:19, 8:12,
8:13, 8:14, 10:4,
15:18, 24:9, 33:13,
49:19, 49:24, 50:19,
54:2, 55:1, 57:5,
57:6, 57:7, 57:14,
57:15, 57:17, 57:18,
57:24, 58:2, 59:2,
59:5, 60:14, 60:20,
61:22, 62:5, 64:6,
64:8, 64:14, 67:7,

82:13, 85:22, 85:24,
94:5, 101:7, 102:24,
103:10, 103:24,
106:5, 108:24,
115:19, 117:7,
117:25, 122:14,
128:12, 129:25,
130:2, 130:11,
130:16, 133:11,
140:9, 144:22,
145:16, 151:8,
152:8, 153:25, 154:2
**one-on-one** [1] -
129:25
**ones** [4] - 6:14, 54:4,
100:19, 148:22
**open** [1] - 105:2
**operate** [2] - 33:25,
34:16
**operating** [3] - 28:7,
30:11, 31:9
**opinion** [2] - 132:9,
132:11, 133:5
**opportunities** [1] -
130:23
**opportunity** [3] -
62:15, 105:25, 106:1
**oral** [4] - 100:23,
101:1, 106:11,
106:15
**order** [2] - 62:20,
120:22
**orders** [1] - 55:21
**original** [1] - 61:4
**originally** [2] - 127:12,
127:16
**Oscar** [1] - 37:4
**otherwise** [2] - 64:10,
104:11
**ought** [1] - 86:1
**ourselves** [1] - 51:23
**outside** [19] - 12:2,
13:5, 38:24, 38:25,
39:17, 39:22, 40:21,
45:1, 45:2, 58:19,
67:8, 83:13, 83:14,
100:18, 108:5,
114:24, 114:25,
119:24, 144:6
**overall** [1] - 104:21
**overarching** [1] -
65:11
**overheard** [1] - 104:2
**overruled** [10] - 9:23,
40:25, 42:5, 48:21,
49:17, 86:5, 86:14,
114:18, 124:8,
125:17
**own** [1] - 133:21

# P

**p.m** [2] - 49:14, 154:19
**page** [6] - 13:1, 13:2, 15:19, 51:21, 55:1, 155:11
**Page** [11] - 14:15, 15:1, 15:10, 15:17, 15:20, 16:4, 16:13, 93:16, 95:5, 95:14, 95:20
**pages** [3] - 54:22, 55:3
**painting** [1] - 60:17
**Palacios** [1] - 132:10
**PALACIOS** [1] - 132:10
**paper** [1] - 14:24
**papers** [4] - 59:13, 60:3, 60:4, 62:10
**Parada** [4] - 1:20, 36:18, 106:2, 106:6
**PARADA** [1] - 1:7
**paragraph** [2] - 57:7, 57:9
**Paragraph** [2] - 123:2, 123:12
**paragraphs** [1] - 57:7
**Park** [3] - 19:3, 29:23, 40:7
**park** [3] - 19:6, 47:11, 92:7
**part** [35] - 9:16, 12:17, 12:24, 21:24, 22:6, 22:19, 23:9, 23:17, 24:3, 24:24, 26:9, 28:7, 29:4, 30:11, 30:20, 31:9, 31:21, 33:25, 34:12, 34:16, 35:3, 37:9, 41:15, 53:7, 53:13, 61:16, 66:5, 73:15, 76:10, 76:16, 76:19, 78:25, 95:12, 98:10, 102:24
**participants** [6] - 49:8, 49:9, 100:14, 100:15, 153:2, 153:3
**participated** [8] - 37:9, 53:8, 59:24, 61:6, 116:5, 116:9, 124:1, 124:12
**participating** [2] - 152:19, 153:6
**participation** [1] - 133:22
**particular** [5] - 17:11, 65:19, 83:10, 86:14, 93:13
**particularly** [1] - 86:7
**parties** [1] - 132:9
**parts** [2] - 113:20,

146:21
**passage** [1] - 66:18
**passed** [1] - 153:10
**passenger** [1] - 70:20
**passenger's** [1] - 70:8
**past** [3] - 50:18, 130:19, 152:16
**pattern** [1] - 133:4
**pay** [1] - 153:20
**Pelón** [6] - 21:13, 21:14, 25:12, 25:13, 90:13, 90:18
**Pelón's** [2] - 90:14, 90:16
**pending** [1] - 90:5
**people** [40] - 12:2, 22:9, 24:9, 46:12, 51:17, 59:4, 68:6, 69:1, 69:3, 69:22, 70:14, 70:15, 70:23, 70:24, 72:2, 72:9, 72:23, 73:11, 74:14, 75:2, 75:5, 79:9, 79:16, 79:17, 82:4, 83:17, 88:18, 94:1, 94:5, 95:2, 95:8, 95:17, 96:12, 99:21, 102:9, 108:6, 127:18, 130:21, 136:11
**Pequeño** [4] - 26:2, 26:3, 37:25, 38:5
**percent** [1] - 61:11
**perhaps** [2] - 51:13, 154:13
**period** [8] - 22:20, 28:18, 30:22, 31:11, 131:16, 132:6, 132:7, 144:3
**permit** [2] - 56:13, 103:22
**person** [30] - 12:10, 12:12, 12:19, 24:14, 25:19, 25:21, 32:7, 32:22, 33:18, 34:2, 34:18, 35:7, 35:22, 36:11, 36:22, 56:7, 57:10, 80:6, 80:9, 93:21, 94:7, 94:9, 94:11, 94:17, 94:19, 94:21, 105:16, 125:24, 132:25, 136:16
**person's** [1] - 124:15
**personally** [1] - 20:20
**persons** [3] - 32:19, 35:17, 153:6
**phase** [3] - 133:21, 133:24, 153:15
**phone** [8] - 11:23,

12:1, 32:9, 38:8, 41:7, 90:10, 90:12, 99:22
**photo** [11] - 6:3, 12:8, 12:9, 13:23, 57:7, 57:10, 58:22, 59:5, 59:9, 93:20, 112:12
**photograph** [20] - 6:6, 12:20, 13:18, 13:22, 24:9, 43:21, 95:3, 95:6, 95:15, 95:18, 95:21, 95:23, 148:6, 148:14, 148:24, 149:17, 150:6, 150:13, 151:23, 152:2
**photos** [7] - 55:2, 55:3, 58:24, 58:25, 59:3, 60:13, 96:13
**phrase** [3] - 7:11, 41:25, 42:8
**physiologically** [1] - 118:14
**pick** [1] - 138:6
**picked** [1] - 138:5
**picking** [2] - 143:13
**Picoro** [24] - 19:21, 22:22, 33:19, 33:21, 34:2, 34:6, 35:23, 60:10, 60:12, 60:14, 60:15, 60:19, 91:1, 91:8, 91:21, 91:23, 93:2, 93:10, 93:11, 107:20, 135:1, 136:8, 139:5
**picture** [3] - 17:18, 17:21, 131:12
**pictures** [1] - 137:8
**piece** [5] - 14:24, 35:25, 36:14, 36:25, 131:25
**place** [16] - 37:5, 41:24, 46:18, 46:19, 47:11, 83:10, 84:21, 92:6, 98:22, 110:2, 111:16, 111:18, 130:7, 130:19, 137:23, 138:23
**placed** [1] - 57:19
**plain** [2] - 56:12, 56:14
**Plaintiff** [2] - 1:4, 1:12
**plan** [1] - 154:5
**planning** [3] - 3:8, 66:8
**plans** [1] - 56:22
**plastic** [2] - 44:14, 44:15
**play** [3] - 105:8, 129:7, 133:25
**player** [1] - 141:8

**plea** [10] - 104:5, 109:1, 109:11, 115:6, 115:8, 116:22, 117:2, 130:8, 130:25, 132:2
**plead** [4] - 108:20, 115:10, 115:15, 131:14
**pled** [1] - 117:4
**PLS** [2] - 29:17, 29:18
**plunged** [1] - 89:17
**podium** [1] - 10:25
**point** [37] - 26:14, 33:3, 33:5, 35:25, 36:25, 38:8, 39:17, 45:6, 51:22, 58:22, 71:3, 74:4, 74:12, 76:2, 76:21, 77:2, 77:4, 78:10, 84:15, 86:19, 87:23, 98:2, 100:6, 110:25, 115:3, 121:5, 130:5, 133:17, 135:5, 135:14, 135:18, 141:19, 144:22, 145:7, 145:16, 153:16, 154:9
**points** [2] - 16:25, 119:21
**police** [1] - 80:25
**poop** [1] - 78:13
**pop** [3] - 73:7
**Portillo** [24] - 1:16, 33:8, 87:12, 87:14, 88:20, 103:20, 105:21, 109:20, 110:16, 110:23, 111:6, 118:2, 118:16, 119:16, 120:8, 120:18, 120:22, 121:2, 121:5, 121:8, 122:15, 129:14, 130:15, 132:8
**PORTILLO** [1] - 1:5
**portillo** [1] - 87:8
**portion** [2] - 7:22, 72:25
**position** [6] - 61:23, 101:6, 101:10, 104:24, 143:21, 143:22
**Positivo** [47] - 14:3, 14:6, 16:12, 16:17, 20:8, 20:17, 21:4, 22:8, 27:8, 27:9, 37:18, 37:25, 38:5, 39:20, 44:3, 46:1, 46:23, 47:6, 47:22, 48:8, 68:20, 69:7,

69:10, 74:4, 74:20, 74:21, 75:5, 79:14, 81:21, 82:17, 85:9, 92:2, 92:8, 92:13, 94:10, 95:24, 97:6, 97:9, 97:15, 97:18, 98:9, 98:20, 99:7, 99:10, 107:20, 136:8, 146:15
**possession** [3] - 66:1, 66:2, 66:4
**possibilities** [1] - 101:7
**possibility** [1] - 130:18
**possible** [2] - 10:17, 131:18
**possibly** [1] - 62:5
**post** [1] - 143:25
**post-conspiratorial** [1] - 143:25
**postpone** [2] - 56:6, 65:3
**postponement** [1] - 56:20
**potential** [1] - 120:10
**potentially** [2] - 55:16, 56:9
**pow** [1] - 50:7
**pow-wow** [1] - 50:7
**powerful** [1] - 131:25
**practice** [2] - 55:23, 56:13
**prefer** [2] - 56:2, 89:16
**prejudice** [1] - 55:19
**prep** [3] - 53:9, 53:15, 58:5
**preparation** [2] - 61:19, 122:4
**prepared** [1] - 88:1
**prerequisite** [1] - 105:19
**presence** [2] - 67:8, 119:25
**present** [9] - 3:2, 3:3, 101:6, 101:9, 119:18, 119:21, 122:16, 130:13, 145:24
**Present** [1] - 2:1
**presentation** [1] - 101:7
**presented** [4] - 89:15, 144:15, 153:6, 153:9
**presents** [3] - 49:7, 100:13, 153:1
**press** [1] - 130:16
**pressed** [1] - 129:24
**pretrial** [6] - 66:4, 87:10, 101:2,

103:24, 133:21,
144:2
**previously** [5] - 52:2,
52:10, 62:9, 144:11,
144:12
**printed** [1] - 53:25
**prison** [9] - 11:12,
11:13, 11:16, 12:8,
18:7, 18:11, 18:22,
60:18, 130:16
**prisoners** [1] - 60:20
**private** [15] - 40:3,
40:4, 85:18, 85:19,
86:18, 101:22,
101:23, 103:12,
103:16, 106:12,
111:25, 142:24,
142:25, 143:1, 154:3
**Private** [5] - 89:23,
103:9, 106:14,
146:3, 154:8
**probed** [1] - 129:24
**problem** [4] - 50:11,
50:21, 57:2, 134:1
**problematic** [2] - 56:4,
89:13
**problems** [4] - 57:23,
60:18, 62:22, 63:24
**proceed** [1] - 101:5
**proceeded** [1] - 62:19
**proceeding** [2] - 56:9,
105:23
**Proceeding** [1] -
154:23
**proceedings** [1] -
155:10
**produce** [3] - 55:22,
56:15, 63:8
**produced** [7] - 50:1,
53:21, 55:17, 56:10,
61:12, 64:18, 64:21
**producing** [1] - 50:21
**production** [7] -
49:24, 52:15, 52:16,
54:14, 54:15, 55:13,
56:8
**productions** [2] -
50:17, 54:24
**proffer** [11] - 50:24,
57:12, 58:3, 58:5,
60:24, 61:5, 87:5,
102:14, 120:5,
121:16, 131:15
**proffered** [1] - 89:6
**proffers** [2] - 57:5,
57:8
**promises** [3] - 120:25,
121:3, 132:23
**promoted** [3] - 90:25,
91:4, 93:7

**promotion** [3] - 92:3,
92:11, 135:7
**promotions** [1] -
90:22
**promptly** [1] - 61:17
**prong** [1] - 130:4
**proof** [2] - 101:5,
103:6
**proposition** [1] -
144:2
**prosecutor** [1] - 88:16
**protected** [1] - 131:2
**provide** [6] - 54:12,
62:23, 102:16,
125:21, 126:14,
137:13
**provided** [19] - 50:18,
52:2, 52:6, 52:8,
52:10, 52:13, 52:14,
52:17, 52:22, 52:25,
53:16, 54:17, 56:10,
60:25, 61:17, 61:24,
63:19, 66:15, 126:14
**provides** [2] - 62:14,
88:24
**providing** [1] - 64:8
**proving** [1] - 144:4
**proximity** [1] - 145:15
**psychotic** [1] - 64:10
**public** [2] - 66:23,
111:25
**pull** [5] - 11:1, 73:6,
73:7, 102:22, 119:2
**pulling** [1] - 63:7
**purpose** [2] - 19:9,
144:9
**purposes** [1] - 128:24
**pursuant** [1] - 155:8
**push** [1] - 56:14
**put** [16] - 50:3, 54:6,
71:13, 72:3, 72:11,
72:13, 79:8, 86:25,
101:13, 103:12,
118:4, 122:20,
126:18, 142:15,
153:22
**PVLS** [3] - 29:19,
29:20, 35:6

**Q**

**quarrel** [1] - 117:1
**questioning** [2] -
24:17, 86:9
**questions** [18] - 10:20,
10:22, 18:2, 52:1,
62:9, 86:6, 86:7,
104:13, 109:12,
113:23, 116:12,
116:14, 116:15,

116:17, 116:18,
118:13, 122:8,
152:11
**quick** [1] - 39:10
**quickly** [1] - 64:25
**quite** [1] - 62:6
**quote** [2] - 132:12,
132:21

**R**

**racketeering** [1] -
143:6
**raise** [4] - 5:12, 5:13,
51:24, 118:25
**raised** [4] - 61:15,
61:17, 134:2, 144:12
**raises** [1] - 62:9
**range** [4] - 49:25,
53:24, 54:1, 144:7
**rank** [13] - 22:9, 23:21,
24:7, 25:3, 26:23,
27:17, 28:3, 31:7,
90:22, 91:6, 91:8,
91:10, 91:14
**rat** [1] - 97:9
**reached** [2] - 99:14,
127:24
**reaching** [1] - 153:17
**read** [10] - 41:2, 55:9,
72:18, 72:19, 72:25,
87:22, 123:2,
123:12, 123:15,
123:16
**reading** [1] - 61:25
**ready** [7] - 3:3, 3:13,
66:25, 67:3, 67:8,
104:12, 134:13
**really** [8] - 40:13, 59:8,
101:4, 101:13,
104:17, 131:22,
137:2, 137:16
**realm** [1] - 104:20
**Realtime** [1] - 155:5
**rearraignment** [1] -
117:3
**reason** [1] - 112:18
**reasonable** [1] - 56:19
**reasons** [2] - 132:20,
133:5
**recantation** [3] -
50:23, 53:18, 61:2
**recanted** [2] - 53:16,
60:23, 61:3
**recanting** [2] - 51:11,
53:3
**receive** [4] - 41:7,
54:7, 54:8, 54:10
**received** [6] - 50:13,
50:16, 50:18, 135:1,

135:4, 143:17
**receiving** [1] - 143:23
**recent** [5] - 53:15,
57:6, 57:17, 57:18
**recently** [2] - 53:9,
133:22
**recess** [5] - 49:4,
49:20, 89:20,
152:21, 154:21
**Recess** [1] - 118:23
**recite** [1] - 104:12
**recognize** [30] - 5:9,
5:24, 12:5, 13:2,
14:16, 15:2, 15:11,
16:5, 16:14, 17:2,
17:14, 17:20, 32:14,
32:22, 34:7, 34:23,
35:12, 35:22, 36:11,
43:21, 58:23, 58:24,
59:10, 95:6, 95:15,
95:21, 149:12,
149:17, 150:6,
151:15
**recollection** [6] -
86:11, 123:18,
131:19, 143:6,
145:20, 145:22
**reconsideration** [2] -
145:24, 145:25
**record** [29] - 4:22,
4:24, 13:16, 33:7,
33:10, 36:4, 36:7,
36:17, 37:5, 51:10,
51:19, 66:14, 86:25,
90:4, 106:11, 119:3,
125:16, 130:6,
131:23, 132:5,
134:1, 143:20,
144:10, 144:13,
144:23, 148:12,
148:22, 150:15,
150:18
**recorded** [1] - 58:20
**records** [1] - 53:2
**recovering** [1] - 75:8
**RECROSS** [2] - 2:8,
2:15
**redirect** [3] - 116:19,
117:8, 128:22
**REDIRECT** [2] - 2:8,
2:15
**reenters** [1] - 134:16
**refer** [2] - 93:16, 131:7
**reference** [4] - 51:8,
103:23, 106:15,
153:8
**referenced** [2] - 59:4,
59:10
**referred** [1] - 9:23
**referring** [9] - 8:23,

135:4, 143:17

47:5, 72:20, 74:6,
90:20, 97:16, 137:4,
137:10, 138:7
**reflect** [11] - 4:24,
13:19, 33:10, 36:8,
36:19, 37:5, 64:6,
66:14, 148:15,
149:1, 150:18
**reflects** [2] - 64:8,
109:7
**reframe** [1] - 72:6
**refresh** [1] - 143:5
**refreshed** [1] - 123:18
**refute** [1] - 131:24
**regard** [3] - 87:7,
120:10, 146:18
**regarding** [5] - 86:20,
120:10, 120:18,
120:23, 121:1
**regime** [1] - 152:20
**Regional** [1] - 40:7
**Registered** [1] - 155:6
**regular** [1] - 101:2
**regulations** [1] -
155:11
**relate** [4] - 49:8,
100:13, 113:21,
140:19
**related** [28] - 5:5, 6:16,
6:22, 7:3, 7:9, 7:15,
8:1, 8:11, 8:19, 9:2,
9:7, 9:14, 14:20,
15:19, 17:9, 17:11,
17:25, 50:15, 54:18,
60:4, 60:5, 62:11,
104:15, 135:7,
148:17, 149:4,
150:1, 150:20
**relates** [2] - 9:12,
144:20
**relating** [2] - 63:25,
144:19
**relation** [4] - 69:5,
84:25, 98:19, 105:5
**relationship** [1] - 97:5
**released** [1] - 18:22
**relevance** [4] - 40:2,
40:14, 125:15, 128:7
**relevant** [11] - 40:15,
40:17, 66:7, 124:3,
126:18, 132:6,
132:7, 144:4, 144:7,
145:11, 153:4
**rely** [1] - 133:2
**remain** [1] - 67:12
**remained** [1] - 87:24
**remaining** [1] - 144:22
**remains** [2] - 3:14,
134:17
**remanded** [1] - 154:21

**remedy** [3] - 55:19, 56:5, 56:19
**remember** [45] - 3:22, 32:1, 33:19, 34:10, 35:1, 38:1, 41:1, 41:3, 42:15, 45:19, 48:13, 59:21, 59:23, 63:20, 63:23, 64:9, 67:20, 80:4, 80:12, 81:25, 83:22, 83:23, 84:1, 84:3, 84:18, 84:24, 85:1, 85:4, 85:10, 85:11, 85:16, 90:1, 91:5, 92:6, 93:14, 108:22, 111:2, 112:9, 112:11, 113:1, 113:4, 114:1, 114:2, 115:2, 135:2
**remembers** [1] - 88:14
**reminder** [1] - 154:16
**remove** [3] - 33:13, 35:18, 44:19
**renew** [1] - 134:7
**repeat** [4] - 5:17, 72:16, 115:12, 128:3
**repetition** [3] - 9:18, 84:6, 110:9
**replace** [1] - 33:14
**report** [5] - 53:16, 125:3, 126:7, 126:13, 126:19
**reported** [2] - 132:10, 155:9
**Reporter** [3] - 1:24, 155:5, 155:6
**reporter** [3] - 72:18, 72:19, 73:1
**REPORTER** [2] - 155:1, 155:18
**reports** [8] - 49:6, 49:7, 53:15, 63:8, 100:12, 100:13, 127:6, 152:25
**represent** [3] - 109:20, 116:1, 122:14
**represented** [1] - 133:24
**represents** [1] - 103:1
**request** [5] - 10:5, 49:18, 66:23, 122:1, 134:6
**Requested** [1] - 72:25
**requests** [4] - 9:18, 68:4, 84:5, 110:8
**required** [1] - 55:13
**requiring** [1] - 55:21
**reservation** [1] - 134:11
**resolved** [2] - 58:18,

89:17
**respect** [5] - 24:20, 55:12, 56:7, 153:5, 153:14
**respond** [2] - 128:9, 137:7
**responds** [1] - 101:12
**response** [3] - 42:11, 62:25, 71:23
**rest** [1] - 95:2
**restate** [1] - 111:8
**restated** [1] - 144:16
**restroom** [2] - 49:18, 118:20
**result** [1] - 90:23
**resume** [3] - 11:7, 49:12, 152:18
**resumed** [1] - 67:11
**resumes** [1] - 134:15
**return** [1] - 153:23
**returned** [1] - 33:11
**reviewed** [1] - 62:3
**RHODES** [3] - 111:14, 118:10, 118:16
**Rhodes** [3] - 1:16, 87:19, 133:23
**ride** [8] - 19:5, 43:9, 44:8, 45:16, 45:17, 81:13, 81:14, 83:24
**rights** [2] - 104:1, 104:23
**ripening** [1] - 86:25
**Rivas** [2] - 40:8, 40:19
**RMR** [2] - 1:24, 155:18
**Robert** [3] - 1:17, 109:20, 122:14
**rock** [1] - 84:8
**Rodríguez's** [1] - 110:23
**RODRÍGUEZ** [2] - 1:5, 1:6
**Rodríguez** [29] - 1:16, 1:18, 33:9, 36:6, 87:8, 87:12, 87:14, 88:20, 103:20, 105:14, 105:18, 109:21, 111:6, 116:2, 116:5, 116:8, 118:2, 118:16, 119:16, 120:8, 120:18, 120:23, 121:2, 121:5, 121:8, 122:16, 129:15, 130:15, 132:8
**Rodríguez's** [2] - 105:22, 110:16
**role** [2] - 92:11, 129:20
**rolling** [1] - 105:11
**ROMERO** [1] - 1:7

**Romero** [5] - 1:22, 37:4, 106:3, 106:8, 106:10
**room** [7] - 32:22, 35:22, 36:10, 36:12, 36:21, 36:22, 66:24
**round** [1] - 48:17
**rubber** [1] - 79:20
**rule** [1] - 130:18
**ruled** [1] - 144:12
**rules** [1] - 142:11
**ruling** [3] - 117:18, 144:20, 145:23
**rundown** [1] - 57:4
**RUTER** [18] - 24:13, 65:13, 65:16, 65:19, 65:24, 66:11, 72:15, 72:20, 73:2, 85:17, 85:21, 105:12, 105:14, 115:24, 115:25, 116:11, 129:4, 131:5
**Ruter** [10] - 1:18, 2:19, 65:6, 65:12, 85:20, 105:13, 109:14, 115:23, 129:2, 131:4

## S

**safest** [1] - 65:3
**Salvador** [15] - 51:1, 51:4, 51:17, 53:7, 53:13, 54:21, 61:6, 98:21, 98:23, 98:24, 99:1, 99:18, 99:21, 112:17, 150:23
**Salvatrucha** [6] - 6:23, 7:4, 8:4, 8:5, 9:4, 152:7
**SANDOVAL** [1] - 1:6
**Sandoval** [7] - 1:18, 36:5, 105:14, 105:17, 116:1, 116:4, 116:8
**Saturday** [1] - 66:18
**saw** [12] - 32:13, 34:6, 34:22, 35:11, 40:18, 52:17, 59:14, 60:3, 60:4, 62:10, 65:21, 96:12
**scrambling** [1] - 51:25
**screaming** [1] - 71:22
**screen** [10] - 5:8, 5:15, 5:19, 5:22, 6:12, 7:20, 8:13, 9:2, 9:6, 147:25
**scrolling** [1] - 15:18
**scrub** [1] - 64:19
**sealed** [2] - 88:24, 89:2

**Sean** [1] - 1:19
**searches** [1] - 153:5
**seat** [2] - 70:8, 129:6
**seated** [3] - 3:12, 67:5, 134:17
**seco** [1] - 93:1
**Seco** [2] - 22:21, 39:21
**second** [7] - 57:23, 69:21, 70:1, 126:18, 130:5, 143:12, 154:2
**Second** [1] - 11:13
**secondly** [1] - 129:21
**security** [3] - 57:9, 57:21, 58:8
**see** [38] - 6:20, 10:17, 13:23, 14:9, 15:19, 15:22, 16:19, 16:22, 26:7, 32:22, 35:22, 36:11, 36:22, 38:21, 38:23, 47:16, 47:20, 50:1, 56:5, 62:16, 62:17, 65:5, 76:12, 77:6, 77:12, 94:1, 100:19, 101:6, 103:4, 107:15, 107:17, 122:23, 133:8, 141:23, 142:1, 147:25, 151:23, 152:2
**seeing** [1] - 50:8
**seek** [1] - 24:17
**seem** [1] - 53:12
**segment** [1] - 89:19
**seized** [1] - 60:13
**sell** [4] - 20:12, 20:18, 20:20
**send** [2] - 12:1, 89:20
**sense** [1] - 101:17
**sent** [4] - 16:8, 16:9, 16:17, 17:5
**separate** [1] - 54:11
**September** [1] - 107:4
**sequence** [1] - 132:2
**service** [1] - 66:23
**session** [5] - 50:24, 53:16, 58:5, 120:5, 131:15
**set** [4] - 53:25, 64:13, 133:2, 133:18
**seven** [1] - 54:22
**seventh** [1] - 143:7
**several** [9] - 19:12, 19:18, 33:12, 50:13, 50:15, 76:15, 136:10, 144:2, 145:18
**shall** [1] - 35:17
**shape** [1] - 48:16
**Shelly** [1] - 2:4

**sheriff's** [1] - 127:19
**shirt** [6] - 6:5, 33:2, 36:2, 36:16, 37:2, 93:22
**shorn** [1] - 132:1
**short** [1] - 3:9
**shortly** [2] - 18:22, 45:7
**shoulder** [1] - 7:8
**shovel** [10] - 44:12, 44:13, 44:19, 46:2, 47:3, 47:25, 82:22, 83:2, 83:3, 83:8
**show** [6] - 5:8, 10:2, 11:2, 43:20, 45:12, 130:6
**showed** [2] - 7:21, 24:9
**showing** [2] - 5:21, 31:13
**shown** [7] - 57:9, 58:22, 58:23, 59:9, 60:13, 130:4, 150:13
**Side** [1] - 152:7
**side** [8] - 8:13, 12:19, 13:23, 50:9, 50:11, 80:23, 94:4, 143:5
**sign** [1] - 94:15
**signed** [1] - 130:25
**significant** [1] - 62:6
**significantly** [1] - 132:4
**signing** [1] - 102:6
**signs** [1] - 3:21
**Silvestre** [8] - 20:3, 22:13, 28:13, 28:14, 85:9, 107:21, 136:9, 139:5
**similar** [1] - 106:3
**simply** [1] - 105:22
**single** [2] - 51:7, 51:21
**single-spaced** [1] - 51:21
**sister** [2] - 112:17, 112:21
**sit** [1] - 154:12
**sitting** [5] - 32:23, 66:19, 70:6, 154:11, 154:12
**situation** [3] - 56:17, 98:21, 102:2
**six** [4] - 53:6, 54:22, 94:1, 94:5
**Sixth** [7] - 88:4, 102:9, 103:5, 104:1, 105:19, 131:2, 133:5
**skimmed** [1] - 122:5
**Skinny** [2] - 12:23, 24:2
**skinny** [1] - 59:8

**sleeves** [1] - 11:1
**slightly** [1] - 73:4
**slow** [3] - 22:18, 29:13, 73:4
**Slow** [2] - 29:14, 44:5
**small** [1] - 44:15
**smaller** [1] - 7:1
**smell** [2] - 78:10, 78:12
**Smith** [2] - 103:14, 133:7
**smoke** [2] - 47:12, 83:15
**SMOLKIN** [92] - 3:4, 3:16, 3:18, 4:22, 4:25, 5:1, 5:15, 5:18, 6:16, 6:17, 8:16, 9:20, 9:25, 10:5, 10:9, 10:22, 11:4, 11:9, 13:16, 13:20, 24:18, 24:19, 32:16, 32:20, 33:4, 33:7, 33:12, 33:16, 33:17, 35:14, 35:19, 35:20, 36:4, 36:9, 36:17, 36:20, 37:3, 37:7, 38:18, 40:6, 40:11, 40:17, 41:5, 42:7, 64:24, 67:1, 67:15, 67:16, 68:8, 70:1, 70:4, 72:7, 73:10, 73:21, 84:9, 87:6, 88:12, 89:18, 89:22, 89:24, 99:8, 100:5, 103:10, 106:17, 106:25, 109:3, 109:5, 109:8, 109:12, 111:7, 114:17, 116:20, 116:25, 117:5, 117:9, 118:8, 134:19, 134:21, 135:10, 135:13, 140:9, 140:12, 143:8, 144:1, 145:16, 146:4, 148:16, 149:2, 149:3, 150:19, 152:8, 152:10
**Smolkin** [24] - 1:13, 2:11, 2:17, 3:3, 3:14, 33:14, 35:18, 40:5, 51:15, 61:17, 64:23, 66:13, 66:20, 67:14, 87:4, 88:11, 89:5, 89:14, 106:15, 106:23, 114:13, 123:9, 134:18, 144:16
**Sola** [1] - 86:21

**sold** [1] - 20:24
**solve** [1] - 62:22
**someone** [20] - 20:20, 20:22, 21:2, 34:9, 34:25, 42:10, 43:10, 59:10, 68:3, 68:13, 68:19, 69:12, 74:11, 102:13, 108:11, 124:1, 124:12, 130:12, 140:24, 143:5
**sometimes** [3] - 14:21, 52:1
**somewhat** [4] - 39:10, 86:11, 86:12, 86:13
**somewhere** [1] - 46:15
**song** [1] - 15:14
**Sonpopo** [1] - 142:2
**soon** [1] - 86:19
**sorry** [13] - 9:19, 59:6, 63:4, 63:15, 63:21, 88:23, 111:16, 123:7, 125:6, 127:18, 147:5, 150:22, 154:4
**sort** [3] - 86:6, 133:4, 133:21
**Sorto** [5] - 1:22, 37:4, 106:3, 106:8, 106:10
**SORTO** [1] - 1:7
**Sorto-Romero** [5] - 1:22, 37:4, 106:3, 106:8, 106:10
**SORTO-ROMERO** [1] - 1:7
**Sosa** [5] - 22:24, 31:16, 31:17, 63:16, 63:17
**Sosa's** [1] - 64:2
**sound** [3] - 54:7, 57:13
**sounded** [2] - 84:4, 84:8
**sounds** [4] - 50:5, 54:5, 55:15, 57:25
**sources** [1] - 153:7
**spaced** [1] - 51:21
**Spanish** [1] - 2:2
**speaking** [4] - 61:22, 86:16, 102:14, 103:25
**special** [3] - 119:11, 123:12, 124:11
**Special** [7] - 57:19, 118:5, 122:12, 123:1, 125:1, 125:2, 126:13
**specific** [4] - 87:7, 98:16, 131:20,

132:22
**specifically** [8] - 19:6, 37:21, 46:22, 85:8, 97:24, 136:7, 146:21, 147:22
**speculation** [4] - 73:19, 102:23, 124:24, 131:23
**spelling** [1] - 150:17
**spend** [2] - 13:14, 117:21
**spoken** [5] - 58:16, 99:20, 102:17, 124:12, 126:5
**squatting** [1] - 93:21
**stand** [13] - 10:6, 10:7, 11:6, 11:8, 50:16, 54:18, 56:14, 63:14, 67:11, 101:8, 106:19, 118:24, 134:15
**standing** [4] - 94:1, 143:2, 143:15, 146:1
**standpoint** [1] - 56:8
**stands** [2] - 10:8, 125:15
**start** [12] - 50:24, 56:16, 65:4, 101:14, 101:17, 102:14, 103:3, 105:11, 113:23, 153:13, 154:13, 154:14
**started** [6] - 65:2, 75:19, 76:7, 114:3, 127:12, 138:12
**starting** [2] - 92:22, 148:11
**state** [12] - 11:13, 30:11, 30:20, 31:9, 31:21, 33:25, 34:16, 105:8, 119:2, 127:12, 127:14, 127:17
**statement** [9] - 51:8, 51:11, 59:1, 88:21, 89:6, 129:19, 129:22, 130:14, 131:25
**statements** [10] - 53:1, 53:2, 60:23, 61:2, 63:21, 104:9, 106:3, 106:6, 106:9, 143:25
**STATES** [2] - 1:1, 1:3
**States** [10] - 1:14, 51:4, 53:11, 53:14, 88:9, 119:15, 132:10, 133:2, 155:6, 155:12
**stay** [2] - 11:16, 45:1
**stayed** [1] - 45:2

**staying** [2] - 43:4, 44:7
**STENDIG** [10] - 119:6, 119:8, 122:3, 122:7, 124:2, 124:23, 125:12, 128:4, 128:7, 128:23
**Stendig** [2] - 1:14, 2:21
**stenographically** [1] - 155:9
**stenographically-reported** [1] - 155:9
**Stewie** [2] - 23:16
**still** [15] - 18:11, 18:14, 26:9, 55:5, 58:7, 58:8, 58:11, 76:2, 87:24, 125:15, 133:4, 144:4, 144:7, 153:12, 153:15
**stomach** [11] - 5:4, 7:19, 9:1, 138:16, 138:18, 146:22, 147:1, 147:8, 148:19, 148:23, 148:25
**stood** [1] - 105:9
**stop** [4] - 48:25, 152:16, 153:19, 154:15
**stopping** [1] - 152:17
**straight** [1] - 55:20
**strangle** [1] - 138:12
**street** [3] - 69:6, 80:21, 80:23
**Street** [11] - 1:25, 112:8, 112:13, 112:15, 113:25, 114:4, 114:5, 137:3, 137:9, 137:11, 137:17
**strike** [2] - 150:12, 150:22
**strikes** [1] - 65:2
**striking** [2] - 77:7, 77:9
**stuff** [4] - 52:2, 52:17, 53:11, 62:17
**style** [1] - 86:6
**stylistic** [1] - 86:11
**subject** [6] - 65:9, 111:6, 123:22, 135:10, 145:9, 145:24
**substantial** [1] - 102:15
**suggesting** [1] - 61:15
**suggestion** [3] - 66:3, 103:5, 106:2
**Sunday** [1] - 66:18
**superseding** [1] -

143:7
**supplement** [3] - 88:24, 89:3, 144:10
**supplied** [1] - 61:1
**support** [2] - 101:6, 101:10
**SUPPRESS** [1] - 2:14
**Suppress** [7] - 100:23, 101:1, 103:21, 105:6, 106:16, 131:6, 133:6
**suppressed** [2] - 104:12, 131:3
**suppression** [1] - 86:24
**Supreme** [1] - 88:10
**suspect** [1] - 89:11
**sustained** [6] - 24:17, 38:17, 72:6, 73:19, 124:24, 135:9
**sworn** [1] - 119:1
**symbol** [3] - 4:8, 9:14, 15:24
**symbols** [5] - 9:16, 9:21, 13:15, 15:19, 15:22
**system** [1] - 49:25

---

**T**

---

**table** [2] - 52:19, 61:25
**tail** [1] - 131:16
**talks** [1] - 58:6
**tasked** [3] - 104:6, 132:5, 132:6
**tattoo** [31] - 6:22, 7:9, 7:15, 7:16, 8:1, 8:10, 8:19, 9:11, 14:23, 36:3, 51:3, 51:4, 137:17, 140:24, 141:2, 141:5, 142:10, 142:11, 142:13, 142:21, 146:5, 147:12, 147:18, 149:6, 150:23, 151:1, 151:7
**tattooed** [2] - 4:17, 10:10
**tattooing** [1] - 145:11
**tattoos** [55] - 3:24, 3:25, 4:2, 4:5, 5:2, 5:5, 6:8, 6:13, 6:16, 7:21, 9:2, 9:5, 9:6, 9:9, 10:3, 10:18, 11:10, 18:2, 18:3, 18:4, 18:6, 140:13, 140:15, 140:17, 140:19, 140:21, 141:11, 143:16, 143:17, 143:23,

144:6, 144:8,
144:19, 144:20,
144:24, 145:19,
146:6, 146:8,
146:18, 146:25,
147:10, 147:20,
147:22, 148:7,
148:9, 148:12,
148:17, 148:20,
149:4, 149:23,
150:1, 150:3,
150:13, 150:15,
150:20
**team** [1] - 64:19
**technique** [1] - 86:9
**Teleprompter** [1] -
51:22
**temperature** [1] -
100:19
**ten** [1] - 118:22
**tends** [1] - 64:5
**terms** [10] - 55:4,
62:15, 89:13, 101:5,
104:4, 130:4, 130:5,
131:24, 144:14,
153:8
**tested** [1] - 145:23
**testified** [5] - 37:8,
53:4, 109:21,
128:11, 130:20
**testify** [2] - 88:1,
103:22
**testifying** [1] - 119:24
**testimony** [12] - 40:19,
42:5, 72:25, 104:11,
110:22, 132:1,
135:7, 142:6,
143:16, 144:14,
145:2, 145:13
**testing** [1] - 152:19
**text** [2] - 55:4, 59:6
**Thanksgiving** [1] -
154:10
**THE** [247] - 1:1, 1:1,
1:11, 3:2, 3:5, 3:9,
3:12, 4:24, 5:11,
5:12, 5:17, 6:14,
8:15, 9:18, 9:23,
9:24, 10:7, 10:20,
10:24, 11:6, 13:19,
24:16, 32:18, 33:3,
33:10, 33:14, 35:16,
36:7, 36:19, 37:5,
38:17, 40:3, 40:5,
40:9, 40:15, 40:25,
41:1, 41:3, 42:3,
42:4, 42:6, 47:15,
48:21, 48:23, 48:25,
49:3, 49:15, 49:21,
50:10, 50:14, 50:21,

51:10, 51:16, 52:7,
52:10, 52:19, 52:22,
53:1, 53:17, 53:20,
54:5, 54:25, 55:5,
55:10, 55:12, 57:13,
57:15, 57:25, 58:4,
58:9, 58:14, 58:25,
59:15, 59:18, 59:21,
60:1, 60:9, 60:22,
61:1, 61:7, 61:9,
61:21, 62:1, 62:4,
62:16, 62:22, 63:2,
63:5, 63:11, 63:14,
63:22, 64:4, 64:22,
65:1, 65:9, 65:15,
65:17, 65:23, 66:3,
66:10, 66:12, 67:2,
67:5, 67:12, 68:4,
68:6, 69:25, 70:3,
72:6, 72:18, 72:22,
73:3, 73:5, 73:6,
73:19, 84:5, 84:7,
85:18, 85:20, 86:5,
86:16, 87:4, 87:19,
88:9, 89:5, 89:13,
89:19, 90:5, 90:7,
99:6, 99:7, 100:7,
100:22, 100:25,
101:12, 101:18,
101:21, 101:24,
102:23, 103:12,
103:17, 103:19,
104:17, 104:25,
105:8, 105:11,
105:13, 105:24,
106:8, 106:11,
106:15, 106:19,
106:22, 106:23,
108:25, 109:4,
109:6, 109:9,
109:14, 110:8,
110:10, 110:11,
110:13, 110:14,
111:8, 111:15,
111:19, 114:18,
114:19, 115:23,
116:13, 116:16,
116:19, 116:23,
117:1, 117:6,
117:10, 117:12,
117:18, 117:22,
118:3, 118:7, 118:9,
118:14, 118:18,
118:22, 118:24,
119:2, 119:4, 119:5,
121:19, 121:24,
121:25, 122:2,
122:9, 122:20,
122:23, 123:6,
123:8, 124:5, 124:8,
124:24, 125:16,

126:10, 128:5,
128:10, 128:15,
128:17, 128:18,
128:20, 128:22,
128:24, 129:2,
129:5, 129:9,
129:11, 129:13,
129:16, 131:4,
131:6, 133:13,
133:16, 134:9,
134:13, 134:17,
135:9, 135:12,
140:11, 142:25,
143:4, 143:9,
143:12, 143:20,
144:9, 145:2, 145:9,
145:22, 148:15,
149:1, 150:18,
152:9, 152:12,
152:15, 154:1,
154:7, 154:9, 154:20
**theoretical** [2] - 62:22,
131:23
**theory** [1] - 144:15
**therefore** [1] - 131:3
**they've** [4] - 40:22,
52:2, 64:15, 64:17
**thinks** [1] - 54:3
**third** [3] - 58:2, 65:17,
85:23
**thorough** [1] - 126:21
**thoughts** [2] - 88:11,
97:10
**threaten** [2] - 78:5,
78:7
**threatened** [1] -
120:21
**three** [24] - 4:8, 4:17,
16:25, 22:9, 50:18,
50:19, 54:15, 54:17,
54:23, 57:5, 57:6,
57:16, 60:11, 60:15,
60:21, 65:22, 66:18,
81:4, 85:25, 118:12,
125:9, 151:25,
152:17, 152:21
**three-day** [2] - 152:17,
152:21
**threw** [1] - 82:23
**throw** [3] - 83:2, 83:3,
83:5
**throwing** [3] - 83:7,
93:25, 94:14
**Thursday** [5] - 1:10,
66:15, 152:17,
154:11
**tier** [1] - 58:22
**tightly** [1] - 79:21
**timeframe** [1] - 3:10
**timely** [1] - 55:17

**timing** [1] - 89:14
**tips** [1] - 131:18
**tired** [1] - 74:16
**TO** [1] - 2:14
**today** [13] - 3:8, 32:13,
32:23, 35:23, 36:12,
36:23, 52:14, 52:16,
52:24, 65:2, 66:16,
119:24, 152:16
**today's** [1] - 65:17
**together** [5] - 7:16,
52:24, 88:2, 88:8,
107:22
**took** [4] - 110:2,
111:16, 130:7,
130:18
**top** [6] - 7:8, 7:24,
8:17, 12:9, 16:18,
122:23
**topic** [2] - 88:11,
128:20
**topics** [1] - 153:21
**tore** [4] - 80:3, 80:4,
80:7, 80:11
**total** [1] - 53:23
**touch** [7] - 6:12, 6:13,
49:6, 58:10, 100:12,
137:22, 153:1
**touching** [2] - 72:3,
72:12
**towards** [3] - 7:8,
14:8, 93:21
**transcript** [2] - 155:9,
155:11
**transpire** [1] - 105:2
**transpired** [1] - 65:11
**transport** [1] - 121:16
**treat** [1] - 153:18
**trees** [1] - 47:16
**trial** [21] - 3:13, 49:9,
53:9, 55:21, 56:16,
66:5, 88:7, 100:15,
103:20, 103:25,
104:8, 115:4,
115:11, 115:15,
119:19, 119:22,
121:22, 145:15,
153:2, 153:3, 153:6
**TRIAL** [1] - 1:5
**trick** [1] - 117:20
**Tricky** [6] - 22:24,
31:4, 31:5, 94:18,
94:19, 139:5
**tried** [3] - 127:24,
128:8, 130:11
**trifecta** [1] - 85:22
**true** [7] - 53:13, 97:21,
97:25, 137:2, 137:3,
145:6, 155:9
**truly** [1] - 55:18

**trunk** [2] - 44:14,
44:19
**try** [3] - 80:25, 87:1,
138:12
**trying** [3] - 117:18,
118:18, 124:6
**Tuesday** [2] - 65:2,
154:14
**turned** [1] - 64:2
**turns** [3] - 51:1, 51:2
**twice** [1] - 85:24
**two** [38] - 7:1, 9:1,
13:22, 19:1, 35:10,
51:21, 53:15, 54:15,
55:1, 55:3, 55:15,
62:2, 64:12, 69:18,
69:22, 70:14, 70:15,
70:23, 70:24, 71:10,
72:2, 72:9, 72:23,
73:11, 73:12, 74:14,
75:5, 79:9, 79:17,
82:4, 102:24,
111:25, 113:17,
122:15, 129:18,
133:16, 151:21
**two-page** [2] - 51:21,
55:1
**type** [2] - 14:23, 79:19
**types** [1] - 4:5
**Tímido** [7] - 22:13,
91:3, 91:12, 94:20,
94:21, 107:21, 136:9
**Títere** [1] - 136:9

## U

**U.S.C** [1] - 155:8
**ultimately** [2] - 42:16,
69:12
**unable** [2] - 101:24,
130:18
**unanimous** [1] - 5:13
**unconscious** [1] -
76:2
**under** [10] - 3:14,
55:23, 67:12, 89:2,
102:19, 104:3,
106:20, 106:21,
128:12, 134:18
**underneath** [3] - 7:2,
8:23, 150:23
**understood** [1] -
102:7
**unified** [1] - 61:23
**unit** [14] - 110:12,
110:13, 111:9,
111:10, 111:14,
111:15, 111:16,
111:17, 111:21,
111:22, 111:23,

113:12, 114:9

**Unit** [1] - 111:19
**UNITED** [2] - 1:1, 1:3
**United** [9] - 1:14,
53:11, 53:14, 88:9,
119:15, 132:9,
133:2, 155:6, 155:12
**unless** [1] - 117:6
**unlikely** [1] - 103:2
**untimely** [1] - 56:7
**untoward** [1] - 104:22
**unusual** [2] - 56:1,
100:8
**up** [34] - 10:1, 10:6,
11:1, 11:2, 46:13,
49:11, 50:3, 54:16,
54:19, 55:20, 56:19,
60:12, 61:22, 66:9,
67:13, 68:5, 72:22,
73:3, 76:4, 89:19,
99:24, 100:17,
101:4, 102:22,
123:6, 126:17,
132:1, 133:8, 134:4,
138:5, 138:6,
143:13, 154:9
**upper** [5] - 6:11, 6:20,
150:16, 151:22,
152:1
**urge** [1] - 153:17
**USAfx** [4] - 49:24,
50:1, 52:17, 53:24
**uses** [2] - 3:22, 9:17

## V

**value** [1] - 102:8
**various** [1] - 13:17
**Vaseline** [1] - 141:14
**verify** [2] - 99:3, 99:4
**via** [1] - 58:6
**Vicoria** [1] - 2:2
**victim** [48] - 46:18,
46:20, 48:2, 68:7,
68:9, 68:11, 68:13,
68:24, 68:25, 69:2,
69:23, 70:14, 70:17,
71:1, 71:3, 71:14,
71:16, 72:3, 72:12,
73:22, 74:3, 74:8,
74:12, 74:15, 75:1,
75:2, 75:4, 75:11,
75:20, 75:23, 76:20,
77:6, 77:7, 77:9,
77:10, 77:23, 78:15,
78:16, 78:17, 78:20,
79:17, 79:23, 80:15,
80:17, 80:22, 81:9,
81:10, 82:5
**victim's** [9] - 76:10,

76:16, 77:13, 77:16,
77:19, 77:24, 78:22,
78:25, 79:7
**Vida** [1] - 4:13
**View** [1] - 29:23
**view** [6] - 6:11, 61:11,
65:9, 149:21,
150:10, 151:19
**violation** [7] - 88:5,
102:9, 103:5,
103:25, 104:23,
105:20, 133:6
**virtue** [2] - 42:4, 104:4
**visible** [2] - 6:8,
149:23
**voice** [1] - 73:8
**VOLUME** [1] - 1:5
**vs** [4] - 1:4, 88:10,
132:10, 133:3

## W

**wait** [6] - 52:7, 65:8,
68:3, 68:22, 69:1,
101:12
**waiting** [3] - 69:3,
69:5, 69:12
**waiver** [1] - 134:6
**walked** [1] - 54:17
**wants** [2] - 61:9, 103:4
**warm** [2] - 100:19,
114:25
**warrant** [1] - 96:7
**warranting** [1] -
145:25
**Wasapa** [1] - 59:7
**weapons** [5] - 60:13,
60:16, 60:17, 66:4,
78:19
**wear** [1] - 71:5
**wearing** [12] - 6:5,
7:25, 33:1, 36:1,
36:15, 37:1, 72:8,
72:9, 79:10, 79:11,
79:13, 79:25
**Weaver** [1] - 2:3
**Webex** [2] - 57:6, 58:6
**Wednesday** [4] -
154:5, 154:12,
154:15
**week** [5] - 50:18, 65:4,
153:10, 154:10
**weekend** [2] - 66:13,
152:17
**weeks** [1] - 56:16
**welcome** [1] - 133:13
**West** [1] - 17:8
**Wheaton** [21] - 20:15,
21:19, 22:6, 22:7,
22:11, 22:12, 22:15,

23:11, 28:8, 30:21,
34:17, 37:14, 37:20,
37:22, 40:7, 42:24,
68:12, 83:9, 83:10,
83:16, 86:20
**white** [2] - 37:2, 93:22
**whole** [3] - 47:16,
121:13, 147:19
**Wicho** [1] - 12:14
**wish** [1] - 101:9
**wishes** [1] - 47:15
**witness** [89] - 3:5,
3:14, 4:23, 10:6,
10:24, 10:25, 11:1,
11:2, 11:6, 11:7,
13:16, 33:8, 36:5,
36:17, 37:3, 49:1,
50:15, 51:7, 53:2,
54:18, 55:14, 63:12,
63:16, 63:24, 65:20,
66:17, 67:3, 67:9,
67:11, 68:5, 86:5,
86:10, 86:23, 87:23,
88:24, 89:1, 100:24,
101:8, 101:14,
101:17, 101:24,
102:6, 102:12,
102:17, 102:18,
102:25, 103:2,
104:11, 105:5,
106:7, 106:16,
106:19, 117:10,
117:15, 117:19,
118:24, 119:5,
123:19, 123:25,
124:12, 124:15,
125:2, 125:21,
126:14, 127:3,
127:9, 127:14,
128:11, 128:13,
128:24, 129:24,
130:7, 130:12,
130:15, 130:24,
131:17, 131:25,
132:6, 134:14,
134:15, 134:17,
144:8, 148:13,
148:22, 150:16,
152:13
**Witness** [7] - 10:8,
49:2, 67:11, 117:11,
119:1, 129:8, 152:14
**WITNESS** [22] - 2:8,
2:15, 9:24, 41:1,
41:3, 42:3, 42:6,
48:23, 68:6, 70:3,
84:7, 90:7, 99:7,
106:22, 110:11,
110:14, 111:19,
114:19, 119:4,

121:24, 122:2,
128:17
**witness'** [5] - 64:1,
86:14, 89:10, 102:2,
131:19
**witnesses** [3] - 64:6,
105:25, 117:24
**woman** [2] - 137:2,
137:4
**women** [2] - 90:3, 90:5
**woods** [6] - 46:9,
46:10, 46:13, 47:7,
48:4, 81:10
**word** [3] - 16:18,
16:21, 111:9
**words** [6] - 13:21,
13:22, 13:25, 14:8,
117:3, 129:19
**works** [1] - 86:14
**wow** [1] - 50:7
**writing** [3] - 15:25,
16:2, 16:21
**written** [1] - 13:21
**wrote** [1] - 122:17

## X

**XV** [1] - 1:5

## Y

**yard** [4] - 110:11,
111:4, 111:9, 111:13
**year** [4] - 25:5, 58:15,
65:16, 130:10
**years** [5] - 19:12, 27:9,
63:19, 119:14,
126:23
**yesterday** [13] - 3:21,
37:8, 50:13, 51:13,
51:23, 52:8, 52:14,
53:5, 54:11, 60:25,
61:1, 61:12, 66:16
**yesterday's** [2] -
62:19, 65:15
**York** [4] - 58:12,
58:13, 58:16, 58:17
**yourself** [2] - 6:3,
123:16, 140:15
**yourselves** [5] - 49:5,
100:11, 152:25
**yup** [1] - 128:10

## Z

**Zachary** [1] - 1:14
**zero** [1] - 56:2
**Zimmerman** [7] - 2:20,
57:19, 57:22,
117:25, 118:6,

118:7, 119:4
**zoom** [5] - 6:10, 7:18,
123:4, 123:9
**zoomed** [4] - 6:12,
7:20, 7:21, 151:19
**zoomed-in** [2] - 7:20,
7:21

## §

**§** [1] - 155:8

## Ó

**ÓSCAR** [1] - 1:7
**Óscar** [1] - 1:22