

*U.S. Department of Justice*

*United States Attorney
District of Maryland
Northern Division*

---

*Erek L. Barron*
*United States Attorney*

*Kenneth S. Clark*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4859*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*
*TTY/TDD: 410-962-4462*
*Kenneth.Clark@usdoj.gov*

April 1, 2022

**VIA EMAIL AND ECF**

Honorable James K. Bredar
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Jose Joya Parada*, No. JKB-16-0259

Dear Judge Bredar:

      I write in advance of sentencing in the above matter, currently scheduled for April 8, 2022, to provide the Court with the Government's position.

**Factual Background**

      The conduct underlying this case is quite serious. As the evidence at trial showed and as detailed in the presentence report, Mr. Joya Parada was a member of the Fulton clique of MS-13 in 2017. During that time period the Fulton clique of MS-13 engaged in a variety of criminal activity in the state of Maryland, including several murders, attempted murders, on-going extortion, and marijuana trafficking.

      Mr. Joya Parada was an upcoming clique member – he was participating in drug sales and collection of extortion on behalf of the gang. He was an enthusiastic gang member who was eager to move up in the ranks. To do so he had to participate in a murder. So, when he was approached by more senior gang members about participating in the murder of a suspected rival gang member, he enthusiastically agreed. On March 31, 2017, the gang lured 17-year-old Irvin Orellana (Victim 13) from Annapolis to Wheaton Regional Park, where they stabbed him over 100 times, dismembered him, removed his heart, and buried him in a clandestine grave. Defendant Joya Parada arrived at Wheaton Regional Park with other MS-13 members to dig the grave before the victim arrived there.

The Honorable James K. Bredar
Page 2 of 4

Defendant Joya Parada also participated in the murder by stabbing, cutting, and dismembering the victim. The victim's chest was also cut open and his heart removed. Irvin Orellana died as a result of the stabbing, cutting, chopping and dismemberment inflicted by the defendants and their co-conspirators. After Joya Parada and others buried the victim's body and disposed of evidence, the Defendants and other members of MS-13 all gathered in a hotel in Langley Park, Maryland to smoke marijuana and to celebrate the murder.

As the evidence showed at trial, Joya Parada was not required to participate in another murder on behalf of the gang. However, when the gang kidnapped Victor Turcios (Victim 14) from Silver Spring, Maryland -- two days after they killed Irvin Orellana – Joya Parada was eager to participate and further establish himself in the gang. The gang brought the Victim to a wooded area in Frederick, where MS-13 killed him with a machete before burying him in a shallow grave. Before he was taken to Frederick, the victim, who was extremely intoxicated, was held in a basement laundry room in Wheaton, Maryland by members and associates of MS-13, including by Defendant Joya Parada. Inside the laundry room, the victim was forced to remove his shirt so that gang members could examine his tattoos to satisfy themselves that the victim was associated with a rival gang and should therefore be killed. Other gang members arranged to transport the victim to Frederick, Maryland.  In the meantime, Defendant Joya Parada and other members of MS-13 went to the woods in Frederick with weapons and a shovel to dig a grave and to wait for the victim's arrival. When the victim arrived at the woods in Frederick, a member of MS-13 incapacitated the victim by hitting him in the head with a tree branch.  Defendant Joya Parada and others then dragged the victim through the woods to the hole they had dug, which would serve as the victim's grave. They placed the victim face down on the ground next to the hole and stabbed and slashed his body repeatedly with a machete. Defendant Joya Parada personally participated in this murder not only by slashing the victim with the long edge of the machete blade, but also by plunging the point of the machete into the victim's back numerous times. Victor Turcios Valle died as a result of the blunt for trauma, stabbing, cutting, and chopping inflicted by Defendant Joya Parada and his co-conspirators. While Defendant Joya Parada and others were burying the victim, they realized that one of his legs would not fit in the hole, so they chopped his leg below the knee and bent it back into the hole and covered it with dirt. Defendant Joya Parada and others were then picked up from the woods in Frederick by other co-conspirators so they could drive back to Montgomery County.

## **Criminal History**

Mr. Joya Parada has a limited prior criminal history.  His prior conviction for assault related to an MS-13 assault that Joya Parada committed.  (PSR ¶ 54.)

As a result, he is a criminal history I.  (PSR ¶ 55.)

The Honorable James K. Bredar
Page 3 of 4

**Sentencing Guidelines Calculation**

The PSR correctly calculates the total offense level as forty-three (43). As a result, the government agrees with the PSR that the guidelines range in this case should be Life (based on an offense level of 43 and a criminal history category of I).

**Co-Defendants**

As the Court is aware, a number of other defendants have pled guilty and are pending sentencing in relation to this matter. They include:

- Mr. Guerra Castillo – who directed two murders, a kidnapping that was intended to be a murder, and a brutal attempted murder – was sentenced to 45 years in prison.
- Mr. Alas Brizuela – who helped direct one murder and participated in another murder – was sentenced to 32 years in prison.
- Mr. Sibrian Garcia – who participated in one murder in addition to other violence – was sentenced to 27 years in prison.
- Mr. Hernandez Diaz – who participated in one murder in addition to other violence – was sentenced to 27 years in prison.
- Mr. Ramirez Pena – who participated in one murder – was sentenced to 25 years in prison.
- Mr. Ruiz Urrutia – who participated in one murder – was sentenced to 25 years in prison.
- Mr. Lopez Abrego – who participated in one murder – was sentenced to 25 years in prison.
- Mr. Hernandez Solorzano – who attempted to murder of two victims – was sentenced to 210 months (17.5 years) in prison.
- Mr. Nolasco Soriano – who participated in the attempted murder of one victim and the kidnapping of another – was sentenced to 200 months (approximately 16.5 years).
- Mr. Guerra Zacarias – who drove other gang members to the site of a murder – was sentenced to 10 years in prison (the statutory maximum penalty).
- Mr. Diaz-Ramos – who was not alleged to have participated in a murder – was sentenced to 18 months in prison.
- Mr. Rodriguez-Hernandez – who was not alleged to have participated in a murder – was sentenced to 30 months.

Each of these individuals was sentenced after having pled guilty and receiving time off for acceptance of responsibility. Mr. Brizeula and Mr. Guerra Castillo were the only two defendants to have been involved in multiple murders. They received 32 and 45 years in prison, respectively. Mr. Joya Parada's conduct is comparable to theirs in many respects. But he has gone beyond them by refusing to accept responsibility and continuing his gang

The Honorable James K. Bredar
Page 4 of 4

activity after arrests. As we heard at trial, he has been jumped in as a homeboy since he has been incarcerated. A sentence of Life, although more than several of his homeboys who pled guilty, is an appropriate sentence.

### **Recommendation**

The Government submits that a sentence of life is sufficient but not greater than necessary in this case. Mr. Joya Parada personally participated in two murders within a few days. He was also a participant in a serious gang assault just a few months later. In addition, he was a gang leader who directed drug sales and extortions. Even after his arrest on assault charges, the evidence showed that he sought to recruit additional members into the gang in jail. Mr. Joya Parada, although young at the time of his most serious conduct, has shown that he is an unrepentant gang member who continues to pose a danger to the community. A sentence of life is appropriate.

### **Restitution**

In this case, as the PSR notes, pursuant to 18 U.S.C. § 3663A, restitution in the total amount to be determined shall be ordered in this case, which shall include funeral and related costs. In relation to the murder of Irvin Orellana, the family has identified $1,047 in costs paid to the funeral home and $280 in counseling costs that were paid. In relation to the Turcios family, they have identified $5,000 in funeral costs paid. We are attempting to collect documentation for the Turcios funeral expenses. The government will submit a separate proposed restitution order.

The Government, of course, looks forward to addressing this matter – including the application of the factors under 18 U.S.C. § 3553 – further at sentencing.

Of course, please let me know if you have any questions or need any additional information.

Sincerely,
Erek L. Barron
United States Attorney

By: ___/s/_____
Kenneth S. Clark
Zachary Stendig
Anatoly Smolkin
Assistant United States Attorneys

cc: Chad Curlett, Esq. (via email)
Lauren McLarney, Esq. (via email)